**Fill in this information to identify your case:**

Debtor 1    Matthew Brandon Martorello
_____
First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:  Northern District of Texas

Case number    24-90016-mxm-11
_____
(If known)

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

### Part 1:    Summarize Your Assets

|  | Your assets Value of what you own |
|---|---|
| 1. *Schedule A/B: Property* (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*.................................................... | $ 0.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*........................................ | $ 26,055,424.78 |
| 1c. Copy line 63, Total of all property on *Schedule A/B* ................................................. | $ 26,055,424.78 |

### Part 2:    Summarize Your Liabilities

|  | Your liabilities Amount you owe |
|---|---|
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D* ............ | $ 72,609.51 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ............................................ | $ 0.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*................................. | + $ 57,260,238.55 |
| **Your total liabilities** | $ 57,332,848.06 |

### Part 3:    Summarize Your Income and Expenses

|  | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I* .................................................................. | $ 44,771.20 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J* ........................................................ | $ 35,311.83 |

| Debtor 1 | Matthew Martorello | | | Case number *(if known)* | 24-90016-mxm-11 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 4:    Answer These Questions for Administrative and Statistical Records**

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☐ Your debts are primarily consumer debts. *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

   ☑ Your debts are not primarily consumer debts. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. **From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

   $ _____

9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $_____ |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $_____ |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $_____ |
| 9d. Student loans. (Copy line 6f.) | $_____ |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $_____ |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $_____ |
| 9g. **Total.** Add lines 9a through 9f. | $_____ |

**Fill in this information to identify your case and this filing:**

Debtor 1    Matthew Brandon Martorello
_____
First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)  _____
First Name    Middle Name    Last Name

United States Bankruptcy Court for the:  Northern District of Texas

Case number    24-90016-mxm-11
(if know)

☐ Check if this is an amended filing

## Official Form 106A/B

# Schedule A/B: Property

**12/15**

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**
   - ☑ No. Go to Part 2
   - ☐ Yes. Where is the property?

### Part 2:  Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**
   - ☐ No
   - ☑ Yes

3.1 Make: Cadillac

Model: Escalade

Year:    2023

Approximate mileage:  14,500

Other information:

Condition:Very Good; Carmax Bid 10.2.24 VIN 1GYS3RKL9PR346575

**Who has an interest in the property?** Check one
   - ☑ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 79,000.00

**Current value of the portion you own?**
$ 79,000.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☐ No
   - ☑ Yes

4.1 Make: Club Car

Model: Tempo

Year:    2020

Other information:

Condition:Very Good; Golf cart - BX2030-091413;

**Who has an interest in the property?** Check one
   - ☑ Debtor 1 only
   - ☐ Debtor 2 only
   - ☐ Debtor 1 and Debtor 2 only
   - ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property:*

**Current value of the entire property?**
$ 10,000.00

**Current value of the portion you own?**
$ 10,000.00

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.......................................................►

$ 89,000.00

### Part 3:  Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**

Debtor 1   Matthew Brandon Martorello    Case number *(if known)* 24-90016-mxm-11
    First Name    Middle Name    Last Name

---

**6. Household goods and furnishings**

Do not deduct secured claims or exemptions.

*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No
☑ Yes. Describe...

| books, pictures, and misc household items (Storage unit 1 items -- kids items, maternity clothing, misc household goods, carpet or rugs, furniture, certain nominal art works). (Storage unit 2 items -- kids items, maternity clothing, misc household goods, carpet or rugs, furniture, certain nominal art works). | $ 1,100.00 |

**7. Electronics**

*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

☐ No
☑ Yes. Describe...

| Control 4 home equipment '16 and systems in rack, router, cables, apple TVs (4), TVs , audio and electronic equipment | $ 5,000.00 |

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

☐ No
☑ Yes. Describe...

| Untitled II by Fabian Perez A119/120 (web search 7,000) 1983 Roland Jupiter 6 Keyboard Painting of City -unknown artist and title (est 4,000) Spirit Quest by Joshua Tobey - w/dent (est 2,000 web search) | $ 18,000.00 |

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

☐ No
☑ Yes. Describe...

| Water Rower Classic - Black Walnut (est 30% of '17 purchase price) Used Octane Fitness LX8000 2017 (est 30% of '17 purchase price) Power Plate MY7 (est 30% of '17 purchase price) Vectra Bench (est 30% of '17 purchase price) Ibanez Blue acoustic guitar (unknown model) Bike Tuff Stuff Evo Bench (est 30% of '17 purchase price) Nufit Nugym Elite 530 Kit (est 30% of '17 purchase price) Used 2021 Peloton Bike Plus (Ebay price) Troy Rack Kettle Bell (est 30% of '17 purchase price) Cybex cycle IC7 (est 30% of '17 purchase price) Manduka Mat Pro Squared (est 30% of '17 purchase price) Airex Mat Atlas Red (est 30% of '17 purchase price) Tuff Stuff Cable Crossover (est 30% of '17 purchase price) TRX bands (est 30% of '17 purchase price) Baseball glove, balls and coaching equipment Golf Clubs | $ 9,176.25 |

**10. Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☑ No
☐ Yes. Describe...

**11. Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
☑ Yes. Describe...

| Clothing, shoes, sunglasses, hats, accessories | $ 8,000.00 |

Debtor 1    Matthew Brandon Martorello
First Name    Middle Name    Last Name    Case number *(if known)* 24-90016-mxm-11

12. **Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems
gold, silver

☐ No
☑ Yes. Describe...

| |
|---|
| Cartier Ronde Solo 29mm - 796540VX<br>Wedding Ring (2)<br>Black Bulgari Watch - Diagono - DG 42 SC CH - MP 0465<br>Silver Bulgari Watch - BB 42 SS CH 0395<br>heirloom jewelry |

$ 7,900.00

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes. Describe...

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes. Give specific information...

15. Add the dollar value of the portion you own for all of your entries from Part 3, including any entries for pages
you have attached for Part 3. Write that number here.................................................................................➤

$49,176.25

## Part 4:    Describe Your Financial Assets

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?<br>Do not deduct secured claims or exemptions. |
|---|---|

16. **Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☐ No
☑ Yes...............................................................................................................    Cash ...........................    $ 440.00

17. **Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses
and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes..................    Institution name:

| | | |
|---|---|---|
| 17.1. Checking account: | RBFCU - 6246 (Checking Account never funded) | $ 0.00 |
| 17.2. Checking account: | Citibank 6710 | $ 25,256.51 |
| 17.3. Checking account: | Tolleson 638 | $ 4,187.50 |
| 17.4. Other financial account: | Paypal | $ 0.00 |
| 17.5. Other financial account: | Venmo | $ 126.68 |
| 17.6. Savings account: | Citibank 1675 | $ 232.45 |
| 17.7. Savings account: | RBFCU - 6237 | $ 1.00 |
| 17.8. Savings account: | RBFCU - 6228 | $ 1.00 |

18. **Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☐ No
☑ Yes..................

Institution or issuer name:

| | |
|---|---|
| Fidelity 4014 | $ 335.57 |
| E-Option 714 | $ 70.13 |
| Fidelity 0643 | $ 0.06 |
| TradeStation 4044 | $ 1,347.15 |

Debtor 1    Matthew Brandon Martorello
         First Name    Middle Name    Last Name

Case number (if known) 24-90016-mxm-11

| | |
|---|---|
| Tasty Trade 188 | $ 1,114.50 |
| TD Ameritrade 335 | $ 860.62 |

**19.** **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them...........

| Name of entity: | % of ownership: | |
|---|---|---|
| Trinity Forest Golf Club Membeship | _____% | $ Unknown |
| Gallant Capital, LLC | 100 % | $ Unknown |
| Liont, LLC | 100 % | $ Unknown |
| New Summit, LLC | 100 % | $ Unknown |
| GFGP Entity I, LP | 10 % | $ 0.00 |
| GFLP Entity 1, LP | 1 % | $ 0.00 |

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

Negotiable instruments include personal checks, cashiers' checks, promissory notes, and money orders.
Non-negotiable instruments are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific information about them..........

**21.** **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account separately

| Type of account | Institution name | |
|---|---|---|
| 401(k) or similar plan: | Liont, LLC 401k | $ 127,354.12 |
| 401(k) or similar plan: | Braviant 401k | $ 202,686.94 |
| IRA: | Inspira Fin Roth - 1175 at June 30 | $ 274,864.95 |
| IRA: | Fidelity Roth 5244 | $ 160,961.93 |

**22.** **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes.....................

**23.** **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes.....................

**24.** **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes.....................

**25.** **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific information about them...

**26.** **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific information about them...

**27.** **Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific information about them...

Debtor 1    Matthew Brandon Martorello
First Name    Middle Name    Last Name

Case number(*if known*) 24-90016-mxm-11

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**28. Tax refunds owed to you**

☐ No

☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years...

> Unused NOL Carryforward, United States Virgin Islands owes Matt and Rebecca $1,165,934 overpayment from '12 and $1,131,502 refund from '13 as a result of '13 amended returns which were filed in '19.

Federal: $ Unknown
State: $ 0.00
Local: $ 2,297,436.00

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information....

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No

☑ Yes. Give specific information....

> Martorello 2018 Children's Trust Balloon Face Value due '41 (2018 sale of interests in a private company) - see global notes, Eventide 12 months at 40,000, RLM 2018 Trust - Balloon Note Face Value due '41 ('18 sale of interests in a private company) - see global notes

$ 22,789,000.00

**31. Interests in insurance policies**

☑ No

☐ Yes. Name the insurance company of each policy and list its value....

**32. Any interest in property that is due you from someone who has died**

☑ No

☐ Yes. Give specific information....

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

☐ No

☑ Yes. Give specific information....

> See attached Schedule of Claims

$ Unknown

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No

☐ Yes. Give specific information....

**35. Any financial assets you did not already list**

☑ No

☐ Yes. Give specific information...

**36.** Add the dollar value of the portion you own for all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................➤

$25,886,277.11

**Part 5:    Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☐ No. Go to Part 6.

☑ Yes. Go to line 38.

Current value of the portion you own? Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No

☐ Yes. Describe...

Debtor 1  <u>Matthew Brandon Martorello</u>  Case number *(if known)* <u>24-90016-mxm-11</u>
First Name      Middle Name      Last Name

39. **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☑ Yes. Describe...

| Liont Computer, printer and home office furniture | $ 2,000.00 |

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe...

41. **Inventory**

☑ No
☐ Yes. Describe...

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))**?**

44. **Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information ...........

45. **Add the dollar value of the portion you own for all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here**....................................................................................................➤ | $2,000.00 |

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| | If you own or have an interest in farmland, list it in Part 1. |

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**

*Examples:* Season tickets, country club membership

☐ No
☑ Yes. Give specific information...

| H. Lopez Law - Retainer with non-bankruptcy attorneys executing and defending litigation in Puerto Rico., Brophy & Devaney - Retainer with non-bankruptcy attorneys leading EDVA post-judgment defense., Sands Anderson - Retainer with non-bankruptcy attorneys in EDVA. |

54. **Add the dollar value of all of your entries from Part 7. Write that number here**  ................................................➤ | $28,971.42 |

Debtor 1   _Matthew Brandon Martorello_    Case number *(if known)* _24-90016-mxm-11_
First Name   Middle Name   Last Name

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ...........................................................................➤

$ 0.00

56. **Part 2: Total vehicles, line 5**                                  $ 89,000.00

57. **Part 3: Total personal and household items, line 15**          $ 49,176.25

58. **Part 4: Total financial assets, line 36**                       $ 25,886,277.11

59. **Part 5: Total business-related property, line 45**              $ 2,000.00

60. **Part 6: Total farm- and fishing-related property, line 52**     $ 0.00

61. **Part 7: Total other property not listed, line 54**          +   $ 28,971.42

62. **Total personal property. Add lines 56 through 61** ...................   $ 26,055,424.78     Copy personal property total➤   + $

26,055,424.78

63. **Total of all property on Schedule A/B. Add line 55 + line 62**          $ 26,055,424.78

Matthew Brandon Martorello, Case 24-90016-mxm-11

Schedule A/B – Schedule of claims against third parties (all values unknown) (Question 33)

33.1    Possible responsible Third-Party Contribution Claims- apportionment for potential liability (numerous of LVD tribe's tribal lenders' vendors and financiers).

33.2    Possible legal malpractice, negligence or similar claim, or contribution claim, re: Conner and Winters structuring of 2016 Eventide sale transaction.

33.3    Claim against Summit Investments and Mike Basile (unlicensed sale of $1.25mm in securities on misinformation) – lawsuit pending in Puerto Rico.

33.4    Indemnity claim against Eventide re: advancement of past and ongoing fees and expenses from various litigations, plus potential $43 million judgment pending appeal.

33.5    Possible legal malpractice, negligence or similar claim, or contribution claim, re: Greenberg Traurig structuring of 2011 relationships between prior businesses and LVD tribe, and opining on the legality of the tribe's loans.

33.6    Possible legal malpractice, negligence or similar claim, or contribution claim, re: Loeb & Loeb structuring the 2020 Settlement, LSA and Note between Eventide and the LVD Tribe.

33.7    Possible accounting malpractice or negligence claim re: Talkington & Assoc CPA firm regarding IRS penalties and filing methodology for Forms 3520-A from 2014 through 2017.

33.8    Possible negligence or similar claim, or contribution claim, re: Rosette Law (2016 and 2020 legal opinions issued to Eventide regarding legality and enforceable of LSA).

33.9    Rule 68 offer made and registered and resultant possible contingent claim against Oregon named plaintiff Richard Smith.

33.10   Rule 68 offer made and registered and resultant possible contingent claim against Massachusetts named plaintiff Dana Duggan.

33.11   Potential claims and causes of actions against Virginia consumer plaintiff attorneys.

33.12   Potential fraudulent transfer claim relating to 2018 transfer of shares in a private, regulated company.  See also Global Notes.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Matthew Brandon Martorello | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: Northern District of Texas

Case number  24-90016-mxm-11
(If known)

☐ Check if this is an amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt                    4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2023 Cadillac Escalade<br>Line from *Schedule A/B*: 3.1 | $ 79,000.00 | ☑ $ 6,390.49<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(9) |
| Brief description: (Storage unit 1 items -- kids items, maternity clothing, misc household goods, carpet or rugs, furniture, certain nominal art works). (Stored Within 1 Year)<br>Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Household Goods - books, pictures, and misc household items<br>Line from *Schedule A/B*: 6 | $ 100.00 | ☑ $ 100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |

3. **Are you claiming a homestead exemption of more than $189,050?**

   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
   
     ☐ No
     ☐ Yes

| Debtor | Matthew Brandon Martorello | | | |
| --- | --- | --- | --- | --- |
| | First Name   Middle Name   Last Name | | Case number *(if known)* 24-90016-mxm-11 | |

| Part 2: | Additional Page |
| --- | --- |

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>Check only one box for each exemption | Specific laws that allow exemption |
| --- | --- | --- | --- |
| Brief description: (Storage unit 2 items -- kids items, maternity clothing, misc household goods, carpet or rugs, furniture, certain nominal art works). (Stored Within 1 Year)<br>Line from *Schedule A/B*: 6 | $ 500.00 | ☑ $ 300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Electronics - Control 4 home equipment '16 and systems in rack, router, cables, apple TVs (4), TVs , audio and electronic equipment<br>Line from *Schedule A/B*: 7 | $ 5,000.00 | ☑ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Collectibles Of Value - Untitled II by Fabian Perez A119/120 (web search 7,000)<br>Line from *Schedule A/B*: 8 | $ 7,000.00 | ☑ $ 7,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Collectibles Of Value - 1983 Roland Jupiter 6 Keyboard<br>Line from *Schedule A/B*: 8 | $ 5,000.00 | ☑ $ 5,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Collectibles Of Value - Painting of City -unknown artist and title (est 4,000)<br>Line from *Schedule A/B*: 8 | $ 4,000.00 | ☑ $ 4,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Collectibles Of Value - Spirit Quest by Joshua Tobey - w/dent (est 2,000 web search)<br>Line from *Schedule A/B*: 8 | $ 2,000.00 | ☑ $ 2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Sports & Hobby Equipment - Water Rower Classic - Black Walnut (est 30% of '17 purchase price)<br>Line from *Schedule A/B*: 9 | $ 375.00 | ☑ $ 375.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description: Sports & Hobby Equipment - Used Octane Fitness LX8000 2017 (est 30% of '17 purchase price)<br>Line from *Schedule A/B*: 9 | $ 1,875.00 | ☑ $ 1,875.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description: Sports & Hobby Equipment - Power Plate MY7 (est 30% of '17 purchase price)<br>Line from *Schedule A/B*: 9 | $ 1,950.00 | ☑ $ 1,950.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description: Sports & Hobby Equipment - Vectra Bench (est 30% of '17 purchase price)<br>Line from *Schedule A/B*: 9 | $ 150.00 | ☑ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description: Sports & Hobby Equipment - Ibanez Blue acoustic guitar (unknown model)<br>Line from *Schedule A/B*: 9 | $ 150.00 | ☑ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(1) |
| Brief description: Sports & Hobby Equipment - Bike<br>Line from *Schedule A/B*: 9 | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |

Debtor    Matthew Brandon Martorello
First Name    Middle Name    Last Name

Case number (if known)    24-90016-mxm-11

| Part 2: | Additional Page | | | |
|---|---|---|---|---|
| | Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from Schedule A/B | Amount of the exemption you claim<br>Check only one box for each exemption | Specific laws that allow exemption |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - Tuff Stuff Evo Bench (est 30% of '17 purchase price) | $ 150.00 | ☑ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - Nufit Nugym Elite 530 Kit (est 30% of '17 purchase price) | $ 465.00 | ☑ $ 465.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - Used 2021 Peloton Bike Plus (Ebay price) | $ 750.00 | ☑ $ 750.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - Troy Rack Kettle Bell (est 30% of '17 purchase price) | $ 60.00 | ☑ $ 60.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - Cybex cycle IC7 (est 30% of '17 purchase price) | $ 900.00 | ☑ $ 900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - Manduka Mat Pro Squared (est 30% of '17 purchase price) | $ 150.00 | ☑ $ 150.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - Airex Mat Atlas Red (est 30% of '17 purchase price) | $ 56.25 | ☑ $ 56.25<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - Tuff Stuff Cable Crossover (est 30% of '17 purchase price) | $ 1,200.00 | ☑ $ 1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - TRX bands (est 30% of '17 purchase price) | $ 45.00 | ☑ $ 45.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - Baseball glove, balls and coaching equipment | $ 500.00 | ☑ $ 500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 9 | Sports & Hobby Equipment - Golf Clubs | $ 200.00 | ☑ $ 200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(8) |
| Brief description:<br><br>Line from *Schedule A/B*: 11 | Clothing - Clothing, shoes, sunglasses, hats, accessories | $ 8,000.00 | ☑ $ 8,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(2),(5) |

Debtor  Matthew Brandon Martorello
        First Name    Middle Name    Last Name

Case number *(if known)*  24-90016-mxm-11

| Part 2: | Additional Page |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own Copy the value from *Schedule A/B* | Amount of the exemption you claim Check only one box for each exemption | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: Jewelry - Cartier Ronde Solo 29mm - 796540VX<br><br>Line from *Schedule A/B*: 12 | $2,250.00 | ☑ $ 2,250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(6) |
| Brief description: Jewelry - Wedding Ring (2)<br><br>Line from *Schedule A/B*: 12 | $1,000.00 | ☑ $ 1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(6) |
| Brief description: Jewelry - Black Bulgari Watch - Diagono - DG 42 SC CH - MP 0465<br><br>Line from *Schedule A/B*: 12 | $2,800.00 | ☑ $ 2,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(6) |
| Brief description: Jewelry - Silver Bulgari Watch - BB 42 SS CH 0395<br><br>Line from *Schedule A/B*: 12 | $1,800.00 | ☑ $ 1,800.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(6) |
| Brief description: Jewelry - heirloom jewelry<br><br>Line from *Schedule A/B*: 12 | $50.00 | ☑ $ 50.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Tex. Prop. Code Ann. § 42.002 (a)(6) |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |
| Brief description:<br><br>Line from *Schedule A/B*: | $ | ☐ $<br>☐ 100% of fair market value, up to any applicable statutory limit | |

| Fill in this information to identify your case: |
|---|
| Debtor 1    Matthew Brandon Martorello<br>First Name       Middle Name       Last Name |
| Debtor 2<br>(Spouse, if filing)   First Name       Middle Name       Last Name |
| United States Bankruptcy Court for the:  Northern District of Texas |
| Case number   24-90016-mxm-11<br>(if know) |

☐ Check if this is
an amended
filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.
If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write
your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>**Amount of claim** Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion** If any |
|---|---|---|---|---|
| **2.1** | Describe the property that secures the claim: | $ 72,609.51 | $ 79,000.00 | $ 0.00 |

Bank of America
Creditor's Name

PO Box 15220
Number       Street

Wilmington DE        19886
City       State   ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a
community debt

Date debt was incurred  04/29/2023

Describe the property that secures the claim:

2023 Cadillac Escalade - $79,000.00

**As of the date you file, the claim is:** Check all
that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or
secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number 5707

| Add the dollar value of your entries in Column A on this page. Write that number here: | $ 72,609.51 |
|---|---|

**Part 2:    List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection
agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here.
Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have
additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

**Fill in this information to identify your case:**

Debtor 1   Matthew Brandon Martorello
           First Name        Middle Name              Last Name

Debtor 2
(Spouse, if filing)  First Name      Middle Name       Last Name

United States Bankruptcy Court for the:  Northern District of Texas

Case number   24-90016-mxm-11
(if know)

☐ Check if this is
an amended
filing

## Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| **Part 1:** | **List All of Your PRIORITY Unsecured Claims** |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**
   - ☑ **No. Go to Part 2.**
   - ☐ **Yes.**

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

3. **Do any creditors have nonpriority unsecured claims against you?**
   - ☐ **No. You have nothing else to report in this part. Submit to the court with your other schedules.**
   - ☑ **Yes. Fill in all of the information below.**

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

| 4.1 | American Express<br>Nonpriority Creditor's Name<br><br>Attn BK Department<br>Number          Street<br>PO Box 981535<br><br>El Paso TX      79998<br>City     State    ZIP Code | **Last 4 digits of account number** ____<br>**When was the debt incurred?**  Various | $ 6,654.89 |

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  Credit Card Debt

Debtor   Matthew Brandon Marroselle

**4.2**

| Bank of America | Last 4 digits of account number | $ 12,027.11 |

Bank of America
Nonpriority Creditor's Name

Attn BK Department

Number          Street
PO Box 982234

El Paso TX      79998

City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** Various

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 12,027.11

---

**4.3**

BVNT Children's LLC
Nonpriority Creditor's Name

c/o GFGR LLP 2301 S. Capital of TX Hwy

Number          Street
Bldg K

Leander TX      78646

City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number**
**When was the debt incurred?** 03/06/2024

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Pledge of notes and Eventide recoveries to support potential settlement

$ Unknown

---

**4.4**

Citibank
Nonpriority Creditor's Name

Bankruptcy Dep

Number          Street
PO Box 790034

Saint Louis MO      63179

City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** 8470
**When was the debt incurred?** Various

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 42,006.61

| 4.5 | Comenity Capital Bank | Last 4 digits of account number ____ | $ 59.92 |

**Comenity Capital Bank**
Nonpriority Creditor's Name

Attn BK Department
Number          Street

PO Box 183043

Columbus OH    43218
City      State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Credit Card Debt

---

| 4.6 | Dana Duggan | | $ Unknown |

**Dana Duggan**
Nonpriority Creditor's Name

CADDELL & CHAPMAN 628 East 9th Street
Number          Street

Houston, Texas 77007

City      State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Duggan v. Big Picture

---

| 4.7 | Dana Duggan & others named | | $ Unknown |

**Dana Duggan & others named**
Nonpriority Creditor's Name

c/o Caddell & Chapman
Number          Street

628 E. 9th Street

Houston          77007
City      State    ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** ____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  Litigation

| 4.8 | David French & Assoc | Last 4 digits of account number ___ |
|---|---|---|

**David French & Assoc**
Nonpriority Creditor's Name

609 Castle Ridge Rd Ste 445
Number          Street

Austin TX          78746
City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___
**When was the debt incurred?** 06/21/2024

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  CPA Services and Tax Returns

---

| 4.9 | Diane Turner |
|---|---|

**Diane Turner**
Nonpriority Creditor's Name

CONSUMER LITIGATION ASSOCIATES, P.C.
Number          Street

763 J. Clyde Morris Blvd., Ste. 1-A Newport

News, VA 23601

City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___
**When was the debt incurred?** ___

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Galloway v. Big Picture

---

| 4.10 | Discover Card |
|---|---|

**Discover Card**
Nonpriority Creditor's Name

Attn BK Department
Number          Street

PO Box 3025

New Albany OH          43054

City     State     ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ___
**When was the debt incurred?** Various

$ 263.30

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

Debtor Matthew Brandon Marcoulle _____ Case number (if known) _____

**4.11** | Dowin Coffy
Nonpriority Creditor's Name

Kelly & Crandall, PLC, 3925 Chain Bridge Road,
Number       Street
Suite 202, Fairfax, VA 22030

_____
City      State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Williams v. Big Picture

$ Unknown

---

**4.12** | Earl Browne
Nonpriority Creditor's Name

CONSUMER LITIGATION ASSOCIATES, P.C.
Number       Street
763 J. Clyde Morris Blvd., Ste. 1-A Newport

News, VA 23601

_____
City      State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Galloway v. Big Picture

$ Unknown

---

**4.13** | Felix Gillison, Jr.
Nonpriority Creditor's Name

Kelly & Crandall, PLC, 3925 Chain Bridge Road,
Number       Street
Suite 202, Fairfax, VA 22030

_____
City      State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____
**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Williams v. Big Picture

$ Unknown

---

**4.14** First National Bank of Omaha

Nonpriority Creditor's Name

Attn BK Department

Number        Street
PO Box 3412

Omaha NE        68103

City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 35.58

---

**4.15** George Hengle

Nonpriority Creditor's Name

Kelly & Crandall, PLC, 3925 Chain Bridge Road,

Number        Street
Suite 202, Fairfax, VA 22030

City        State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Williams v. Big Picture

$ Unknown

---

**4.16** Giordani and Assoc

Nonpriority Creditor's Name

2301 S. Capital of Texas Hwy

Number        Street
Bldg K

Austin TX        78746

City        State    ZIP Code

**Who owes the debt?** Check one.
- [ ] Debtor 1 only
- [ ] Debtor 2 only
- [x] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** ____

**When was the debt incurred?** various - 2024

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Legal Services

$ 6,838.50

---

| 4.17 | Gloria Turnage | Last 4 digits of account number _____ | $ Unknown |

**4.17**

**Gloria Turnage**
Nonpriority Creditor's Name

Kelly & Crandall, PLC, 3925 Chain Bridge Road,
Number          Street
Suite 202, Fairfax, VA 22030

City      State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Williams v. Big Picture

$ Unknown

---

**4.18**

**Greenberg Traurig**
Nonpriority Creditor's Name

1144 15th Street
Number          Street
Suite 3300

Denver CO      80202
City      State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 2019

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Legal Services

$ 101,518.20

---

**4.19**

**Internal Revenue Service**
Nonpriority Creditor's Name

PO Box 7346
Number          Street
Philadelphia PA      19101-7346
City         State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 07/2022

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Penalties - Informational Filings

$ 8,540,795.51

Debtor 1  Matthew Brandon Morsell _____ Case number (if known) 24-90016-nxm-11

---

**4.20** | **JP Morgan Chase Bank NA**
Nonpriority Creditor's Name

Attn BK Department

PO Box 15298
Number           Street

Wilmington DE      19850
City           State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** Various

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 263.30

---

**4.21** | **Kevin Minor**
Nonpriority Creditor's Name

CONSUMER LITIGATION ASSOCIATES, P.C.

763 J. Clyde Morris Blvd., Ste. 1-A Newport
Number           Street

News, VA 23601

City           State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Galloway v. Big Picture

$ Unknown

---

**4.22** | **Kohl's Credit Card**
Nonpriority Creditor's Name

Attn BK Department

PO Box 3115
Number           Street

Milwaukee WI      53201
City           State      ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** Various

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Credit Card Debt

$ 537.01

---

Debtor 1   Matthew Brendan Marroselle   Case 4-90016-hxm-11   Doc 36   Filed 10/23/24   Entered 10/23/24 21:16:54   Desc Main
First Name   Middle Name   Last Name   (if known)   24-90016-hxm-11

Document     Page 24 of 42

| 4.23 | Loeb & Loeb | **Last 4 digits of account number** | $ 5,061,265.28 |

Nonpriority Creditor's Name

10100 Santa Monica Blvd

Number    Street

Ste 2200

Los Angeles CA    90067

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** 05/2023

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Legal Services

---

| 4.24 | Lula Williams | **Last 4 digits of account number** | $ Unknown |

Nonpriority Creditor's Name

Kelly & Crandall, PLC, 3925 Chain Bridge Road,

Number    Street

Suite 202, Fairfax, VA 22030

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Williams v. Big Picture

---

| 4.25 | Regina Notle | **Last 4 digits of account number** | $ Unknown |

Nonpriority Creditor's Name

CONSUMER LITIGATION ASSOCIATES, P.C.

Number    Street

763 J. Clyde Morris Blvd., Ste. 1-A Newport

News, VA 23601

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Galloway v. Big Picture

Debtor Matthew Brandon Martorello    Case number (if known) 4-90010-jxm-11

---

**4.26**

Renee Galloway

Nonpriority Creditor's Name

CONSUMER LITIGATION ASSOCIATES, P.C.

Number    Street
763 J. Clyde Morris Blvd., Ste. 1-A Newport

News, VA 23601

_____

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Galloway v. Big Picture

---

**4.27**

Renee Galloway & others

Nonpriority Creditor's Name

c/o Caddell & Chapman

Number    Street
628 E. 9th Street

Houston        77007

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Litigation

---

**4.28**

Richard Lee Smith, Jr.

Nonpriority Creditor's Name

CADDELL & CHAPMAN 628 East 9th Street

Number    Street
Houston, TX 77007; STOLL STOLL BERNE

LOKTING & SHLACHTER P.C., 209 SW Oak

Street, Suite 500

_____

City    State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Smith v. Martorello

---

Debtor 1  Matthew Brandon Marroselle

**4.29**

Richard L. Smith
Nonpriority Creditor's Name

c/o Caddell & Chapman

Number        Street
628 E. 9th Street

Houston          77007

City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Litigation

---

**4.30**

Rose Marie Buchert
Nonpriority Creditor's Name

CONSUMER LITIGATION ASSOCIATES, P.C.

Number        Street
763 J. Clyde Morris Blvd., Ste. 1-A Newport

News, VA 23601

City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

$ Unknown

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Galloway v. Big Picture

---

**4.31**

Solomon Blum Heymann LLP
Nonpriority Creditor's Name

40 Wall Street

Number        Street
35th Floor

New York NY    10005

City      State    ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** 2022-2024

$ 7,251.45

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Legal Services

---

| 4.32 | Teresa Titus | Last 4 digits of account number _____ | $ Unknown |

**4.32**

Teresa Titus
Nonpriority Creditor's Name

CONSUMER LITIGATION ASSOCIATES, P.C.
Number        Street
763 J. Clyde Morris Blvd., Ste. 1-A Newport

News, VA 23601

_____
City        State        ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____                  $ Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Galloway v. Big Picture

---

**4.33**

The Summit Investment Group
Nonpriority Creditor's Name

3207 Plantation VVillage
Number        Street
Dorado PR        00646

City        State        ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____                  $ 78,183.00

**When was the debt incurred?** 11/2021

**As of the date you file, the claim is:** Check all that apply.
- [x] Contingent
- [x] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Commission for Sale of Securities

---

**4.34**

Upgrade
Nonpriority Creditor's Name

Attn BK Department
Number        Street
2 N. Central Ave 10th Floor

Phoenix AZ        85004

City        State        ZIP Code

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim relates to a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Last 4 digits of account number** _____                  $ 721.42

**When was the debt incurred?** Various

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify  Personal Loan

---

Debtor   Matthew Brandon Marcoselle

| 4.35 | Virgina Borrower Class | Last 4 digits of account number | | $ 43,401,817.47 |
| | Nonpriority Creditor's Name | When was the debt incurred?   09/2023 | | |

Nonpriority Creditor's Name

c/o Caddell & Chapman

Number       Street
628 E. 9th Street

Houston TX    77007

City      State    ZIP Code

**Who owes the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**As of the date you file, the claim is:** Check all that apply.

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   Judgment Class, Appeal Pending

---

**Part 3:   List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**Part 4:   Add the Amounts for Each Type of Unsecured Claim**

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. | $ 0.00 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 57,260,238.55 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. | $ 57,260,238.55 |

| Fill in this information to identify your case: |
|---|

| Debtor 1 | Matthew Brandon Martorello |
|---|---|
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name          Middle Name          Last Name |

United States Bankruptcy Court for the:  Northern District of Texas

| Case number (if know) | 24-90016-mxm-11 |
|---|---|

☐ Check if this is an amended filing

## Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases     12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).**

1. **Do you have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Property (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).**  See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| | Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|---|
| 2.1 | Marriott Vacation Club <br> Name <br><br> Attn BK Department 7812 Palm Parkway <br> Street <br> Orlando FL      32836 <br> City     State    ZIP Code | Sheraton Desert Oasis - Scottsdale Customer ID - 1601508669002 Wk 31 Contract - 622766 17700 N Hayden Road Scottsdale, AZ 85255 Purchaser Timeshare |
| 2.2 | Marriott Vacations <br> Name <br><br> Attn BK Department 7812 Palm Parkway <br> Street <br> Orlando FL      32836 <br> City     State    ZIP Code | Sheraton Desert Oasis - Scottsdale Customer ID - 1601508669002 Wk 48 Contract - 603043 17700 N Hayden Road Scottsdale, AZ 85255 Purchaser Timeshare |
| 2.3 | Galloway V J Martorello Settlement <br> Name <br><br> PO Box 23489 <br> Street <br> Jacksonville FL      32241 <br> City     State    ZIP Code | Galloway V J Martorello Settlement |

**Fill in this information to identify your case:**

Debtor 1    Matthew Brandon Martorello
            First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)   First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Texas

Case number    24-90016-mxm-11
(if know)

☐ Check if this is
  an amended
  filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

**Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.**

1. **Do you have any codebtors?**  (If you are filing a joint case, do not list either spouse as a codebtor.)
   ☑ No
   ☐ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?**  (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   ☐ No. Go to line 3.
   ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
      ☐ No
      ☑ Yes. In which community state or territory did you live?  TX  .  Fill in the name and current address of that person.

   Rebecca LeAnn Martorello
   Name of your spouse, former spouse, or legal equivalent

   3805 Greenbrier Dr
   Number        Street
   Dallas                                    TX        75225
   City                                      State    ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| Column 1:  **Your codebtor** | Column 2:  **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |

**Fill in this information to identify your case:**

Debtor 1    Matthew Brandon Martorello
_____
First Name        Middle Name        Last Name

Debtor 2
(Spouse, if filing)  First Name        Middle Name        Last Name

United States Bankruptcy Court for the:  Northern District of Texas

Case number    24-90016-mxm-11
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13
income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income
12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| 1. Fill in your employment information. | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| If you have more than one job, attach a separate page with information about additional employers. Include part-time, seasonal, or self-employed work. Occupation may include student or homemaker, if it applies. | **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☑ Not employed |
| | **Occupation** | Director of Business Developme | |
| | **Employer's name** | Insperity PEO LP - Braviant LLC | |
| | **Employer's address** | 19001 Crescent Springs Dr<br>Number  Street | Number  Street |
| | | Kingswood, TX 77339-3802<br>City        State    ZIP Code | City        State    ZIP Code |
| | **How long employed there?** | 7 years | |

## Part 2:    Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 43,054.18 | $ 0.00 |
| 3. | Estimate and list monthly overtime pay. | + $ 0.00 | + $ 0.00 |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 43,054.18 | $ 0.00 |

Debtor 1  Matthew Brandon Martorello

First Name  Middle Name  Last Name

Case number (if known)  24-90016-mxm-11

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................................. → | 4. | $ 43,054.18 | $ 0.00 |

5. List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 5a. | Tax, Medicare, and Social Security deductions | 5a. | $ 163.04 | $ 0.00 |
| 5b. | Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. | Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. | Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. | Insurance | 5e. | $ 151.21 | $ 0.00 |
| 5f. | Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. | Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. | Other deductions. Specify:  Dependent Medical | 5h. | + $ 716.21 | + $ 0.00 |
| | Dependent Dental and Vision | | $ 55.51 | $ |
| | | | $ | $ |
| | | | $ | $ |
| 6. | Add the payroll deductions. Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 1,085.98 | $ 0.00 |
| 7. | Calculate total monthly take-home pay. Subtract line 6 from line 4. | 7. | $ 41,968.20 | $ 0.00 |

8. List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8a. | Net income from rental property and from operating a business, profession, or farm | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. | Interest and dividends | 8b. | $ 0.00 | $ 2,803.00 |
| 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. | Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. | Social Security | 8e. | $ 0.00 | $ 0.00 |
| 8f. | Other government assistance that you regularly receive | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: _____ | 8f. | $ 0.00 | $ 0.00 |
| 8g. | Pension or retirement income | 8g. | $ 0.00 | $ 0.00 |
| 8h. | Other monthly income. Specify: _____ | 8h. | + $ 0.00 | + $ 0.00 |
| 9. | Add all other income. Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $ 0.00 | $ 2,803.00 |
| 10. | Calculate monthly income. Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ 41,968.20 + | $ 2,803.00 = $ 44,771.20 |

11. State all other regular contributions to the expenses that you list in *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____  11. + $ _____

12. Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies

12. $ 44,771.20

**Combined monthly income**

13. Do you expect an increase or decrease within the year after you file this form?

☐ No.

☑ Yes. Explain: Eventide's bankruptcy may impact accruing and ongoing salary.  Spouse dividend and interest income dwindling from her continued financial supporting of the family and due to litigation fees.

Matthew Brandon Martorello

Debtor 1 _____    Case number (if known)_____
         First Name    Middle Name    Last Name

## Continuation Sheet for Official Form 106I

1. Describe Employment:

Debtor: Matthew Brandon Martorello

Occupation: Manager

Name of Employer: Eventide Credit Acquistions

Employer's Address: 3805 Greenbrier Dr, Dallas, TX 75225

Length of Employment: 4 years

-------

**Fill in this information to identify your case:**

Debtor 1    Matthew Brandon Martorello
             First Name            Middle Name            Last Name

Debtor 2    _____
(Spouse, if filing)  First Name   Middle Name            Last Name

United States Bankruptcy Court for the:  Northern District of Texas
                                                              (State)

Case number    24-90016-mxm-11
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 expenses as of the following date:
_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No.  Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2. **Do you have dependents?**

   Do not list Debtor 1 and Debtor 2.

   Do not state the dependents' names.

   ☐ No
   ☑ Yes. Fill out this information for each dependent..........................

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Son | 9 | ☐ No ☑ Yes |
| Son | 7 | ☐ No ☑ Yes |
| Son | 1 | ☐ No ☑ Yes |
| _____ | _____ | ☐ No ☐ Yes |
| _____ | _____ | ☐ No ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ☐ No
   ☑ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. | The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot. | 4. $ 0.00 |
| | If not included in line 4: | |
| 4a. | Real estate taxes | 4a. $ 3,872.26 |
| 4b. | Property, homeowner's, or renter's insurance | 4b. $ 784.07 |
| 4c. | Home maintenance, repair, and upkeep expenses | 4c. $ 1,833.33 |
| 4d. | Homeowner's association or condominium dues | 4d. $ 0.00 |

| Debtor 1 | Matthew | Brandon | Martorello | Case number (if known) | 24-90016-mxm-11 |
| | First Name | Middle Name | Last Name | | |

| | | Your expenses |
|---|---|---|
| 5. **Additional mortgage payments for your residence**, such as home equity loans | 5. | $_____0.00 |
| 6. **Utilities:** | | |
| 6a.   Electricity, heat, natural gas | 6a. | $_____900.00 |
| 6b.   Water, sewer, garbage collection | 6b. | $_____150.00 |
| 6c.   Telephone, cell phone, Internet, satellite, and cable services | 6c. | $_____905.00 |
| 6d.   Other. Specify: _____ | 6d. | $_____0.00 |
| 7. **Food and housekeeping supplies** | 7. | $_____2,500.00 |
| 8. **Childcare and children's education costs** | 8. | $_____6,500.00 |
| 9. **Clothing, laundry, and dry cleaning** | 9. | $_____850.00 |
| 10. **Personal care products and services** | 10. | $_____450.00 |
| 11. **Medical and dental expenses** | 11. | $_____450.00 |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $_____695.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $_____950.00 |
| 14. **Charitable contributions and religious donations** | 14. | $_____250.00 |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| 15a.   Life insurance | 15a. | $_____0.00 |
| 15b.   Health insurance | 15b. | $_____0.00 |
| 15c.   Vehicle insurance | 15c. | $_____394.15 |
| 15d.   Other insurance. Specify: Umbrella _____ | 15d. | $_____117.42 |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: estimated from 2023 annual federal tax payment _____ | 16. | $_____4,144.25 |
| 17. **Installment or lease payments:** | | |
| 17a.   Car payments for Vehicle 1 | 17a. | $_____1,870.35 |
| 17b.   Car payments for Vehicle 2 | 17b. | $_____0.00 |
| 17c.   Other. Specify: Physical Therapy and gym _____ | 17c. | $_____1,251.00 |
| 17d.   Other. Specify: _____ | 17d. | $_____0.00 |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income** (Official Form 106I). | 18. | $_____0.00 |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | $_____0.00 |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.** | | |
| 20a.   Mortgages on other property | 20a. | $_____0.00 |
| 20b.   Real estate taxes | 20b. | $_____0.00 |
| 20c.   Property, homeowner's, or renter's insurance | 20c. | $_____0.00 |
| 20d.   Maintenance, repair, and upkeep expenses | 20d. | $_____0.00 |
| 20e.   Homeowner's association or condominium dues | 20e. | $_____0.00 |

| Debtor 1 | Matthew Brandon Martorello | | | Case number *(if known)* | 24-90016-mxm-11 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

21. **Other**. Specify: CPA - Annual Books and Tax Requirements

21.  +$ _____4,166.00

children's sports, camps, classes, lessons, etc

+$ _____1,000.00

Storage Units

+$ _____1,279.00

22. **Calculate your monthly expenses.**

22a. Add lines 4 through 21.

22a. $ _____35,311.83

22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 22c. Add line 22a

22b. $ _____

and 22b. The result is your monthly expenses.

22c. $ _____35,311.83

23. **Calculate your monthly net income.**

23a. Copy line 12 (*your combined monthly income*) from *Schedule I*.

23a. $ _____44,771.20

23b. Copy your monthly expenses from line 22c above.

23b. −$ _____35,311.83

23c. Subtract your monthly expenses from your monthly income.
    The result is your *monthly net income*.

23c. $ _____9,459.37

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes.    Explain here:   Expenses include those of the Debtor, the spouse and their 3 children.

**MATTHEW BRANDON MARTORELLO, CASE 24-90016-MXM-11**

**GENERAL NOTES AND STATEMENTS OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING DEBTOR'S SCHEDULE OF ASSETS AND LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

On September 20, 2024, (the "Petition Date"), Matthew Brandon Martorello (the "Debtor") commenced his case under title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"), Case No. 24-90016-mxm-11. The Debtor is authorized to manage his property as debtor-in-possession pursuant to section 1107(a) of the Bankruptcy Code.

## OVERVIEW OF GENERAL NOTES

The Debtor has herewith filed his Schedules of Assets and Liabilities ("Schedules") and Statements of Financial Affairs ("Statements"). These General Notes and Statement of Limitations, Methodology, and Disclaimers Regarding Debtor's Schedules and Statements (the "General Notes") relate to the Debtor's Schedules and Statements and set forth the basis upon which the Schedules and Statements are presented. **These General Notes comprise an integral part of the Schedules and Statements and should be referred to and considered in connection with any review of the Schedules and Statements**. The General Notes are in addition to any specific notes contained in the Debtor's Schedules or Statements. Nothing contained in the Schedules and Statements shall constitute a waiver of any rights or claims of the Debtor against any third party, or in or with respect to any aspect of the chapter 11 case.

The Schedules and Statements have been prepared, pursuant to section 521 of the Bankruptcy Code and Bankruptcy Rule 1007, by the Debtor with the assistance of his counsel. While the Debtor has made reasonable efforts to ensure that the Schedules and Statements are accurate and as complete as possible based on information that was available to him at the time of preparation, given the complexity and substantial business interests of the Debtor over the years and the complexity of the multiple litigation claims, subsequent information or discovery could provide more information about the items identified in the Schedules and Statements, and inadvertent errors or omissions may have occurred.

The Debtor is the Manager of Eventide Credit Acquisitions, LLC ("Eventide") and the President of Liont LLC, the Manager for BWH Texas, LLC ("BWH"). Eventide and BWH are both debtors and debtors in possession in this Court, jointly administered under Case 23-90007-mxm-11.

Nothing contained in the Schedules and Statements shall constitute a waiver of any of the Debtor's rights with respect to the chapter 11 cases.

**Matthew Martorello:  Schedules and Statements Global Notes**

1.  Amendment. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements. Despite these efforts, inadvertent errors or omissions may exist. The Debtor reserves all rights to, but are not required to, amend or supplement, or both, the Schedules and Statements from time to time as is necessary and appropriate.

2.  Recharacterization. The Debtor has made reasonable efforts to correctly characterize, classify, categorize, and designate assets, liabilities, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtor may have improperly characterized, classified, categorized, or designated certain items. The Debtor thus

reserves all of rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements as necessary or appropriate as additional information becomes available.

3.    <u>Causes of Action.</u> Despite the reasonable efforts to identify all known assets, the Debtor may not have listed all the causes of action or potential causes of action against third parties as assets in its Schedules and Statements. The Debtor reserves rights with respect to any claims or causes of action he may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any such claims or causes of action or in any way prejudice or impair the assertion of such claims or causes of action.

4.    <u>Claim Description.</u> Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission that such claim or amount is not "contingent," unliquidated," or "disputed." The Debtor reserves the right to dispute, or to assert offsets or defenses to, any claim reflected on these Schedules on any grounds, including, without limitation, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtor reserves all rights to, but are not required to, amend the Schedules and Statements as necessary and appropriate, including modifying claims descriptions and designations.

5.    <u>Unliquidated Claim Amounts.</u> Claim amounts that could not be readily quantified by the Debtor are scheduled as "unliquidated." To the extent the Debtor is able to ascertain or estimate all or a portion of the claim amounts, he may have listed the known or estimated claim amount and marked the claims as unliquidated, pending final resolution of outstanding issues necessary to determine the total claim amount with certainty.

6.    <u>Totals.</u> All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "undetermined" or "unliquidated." To the extent that there are undetermined or unliquidated amounts, the actual totals may be materially different from the listed totals.

**<u>Specific Disclosures with Respect to the Debtor's Schedules</u>**

7.    <u>Schedule A/B.</u> Bank account balances are as of the petition filing on September 20, 2024 in all cases but one, which could differ from the reported value by an estimated tens of dollars or less. With respect to tax refunds owed, the Debtor has noted an unused NOL Carryforward on item 28. The amount of the NOL Carryforward is $19,985,324. The value, however, is listed as unknown as it is unclear whether it could ever be monetized.

The Debtor's family residence at 3805 Greenbriar Drive is titled solely in name of the Debtor's spouse, and the Debtor therefore has not listed it as his asset. The Debtor, however, asserts a homestead exemption in whatever equitable or other interest he has or may later be determined to have in that home.

The Debtor owns 100% of Liont LLC. Liont LLC owns a computer, printer and home office furniture. Liont owns legal title to those items, but the Debtor uses those items both for Liont business and for personal matters and has listed those items as business-related property in which the Debtor could be said to have an equitable interest.

The Debtor and his spouse have had separate property agreements pursuant to a pre-nuptial agreement established in March 2012, and amended and restated as recently as 2018 upon their relocation to Texas, and they maintain their property separately. Pursuant to their agreements,

they have no community property.

The Debtor's membership at Trinity Forest Golf Club is frozen and no payments have been made or will be required. The Debtor does not know the redemption value, but believes it would have allotted a 20 to 25% recovery based on the value at the time of purchase (less than $50k), though it has substantially decreased in value since his purchase.

In litigation pending in the Eastern District of Virginia, *Williams v. Big Picture Loans, LLC et al*. Case 3:17-cv-461-REP, the consumer borrower plaintiffs filed a Motion to Repatriate Foreign Assets, seeking an "accounting of all foreign assets, directly or indirectly, owned, controlled, managed, transferred by, or affiliated with Mr. Martorello; and delivery of all such assets to the registry of this Court or to an escrow account maintained and established by a third-party" to facilitate collection on a judgment against the Debtor. The Debtor opposed that motion. The court in Virginia has not considered the motion. In 2010, the Debtor, through his counsel, and Guardian Trust Corporation as trustee, settled a Cook Islands irrevocable spendthrift discretionary trust (the "Bluetech Trust"). Guardian Trust Corporation was a subsidiary of a large and reputable international trust management company, duly licensed in the Cook Islands. The Debtor's mother and siblings were the beneficiaries. In 2013, the Guardian Trust Corporation settled a Nevis irrevocable discretionary spendthrift trust (the "Capstone Trust"). Bluetech was the sole beneficiary of the Capstone Trust and the trustee for the Capstone Trust was Asiatrust Nevis Limited. The Debtor has not made any contributions to Bluetech since 2013. The Bluetech Trust's corpus stemmed not from the Debtor, but almost entirely from the Bluetech Trust's ownership distributions from a holding company over several businesses, which the Debtor also owned in part and managed. The Debtor has never made any contributions to the Capstone Trust. The Capstone Trust was amended and restated in 2018, and the Debtor's spouse and three children became the direct beneficiaries rather than Bluetech. The Bluetech Trust and the Capstone Trust are both foreign trusts pursuant to section 7701(a)(31) of the Internal Revenue Code and grantor trusts pursuant to section 679 of the Internal Revenue Code. As "grantor trusts" Matt is deemed the "tax owner" of each trust for U.S. tax purposes, even though he has no control over, and is not a beneficiary of, either trust. As the U.S. tax owner, Matt is responsible for reporting the trusts' assets, income and transfers to the IRS. The consumer borrower plaintiffs in the *Williams* case assert that all these assets that Matt is required to report as the "tax owner" should be available to pay their judgment against the Debtor, which payment the Debtor could effectuate under threat of contempt and imprisonment, and that the Bluetech and Capstone trusts are de-facto self-settled trusts. The Debtor disputes that the assets of the Capstone Trust (the Bluetech Trust was terminated in 2023) or similarly characterized trusts (or entities owned by such trusts)—which are reported on the Debtor's tax returns because the Debtor or his spouse is the "tax owner"—are his assets or that he has any legal or equitable interest in those assets, nor any rights or authority to access, transmit or send those assets to this estate, and is therefore not listing the assets of such trusts on his Schedules or as self-settled. Because the *Williams* plaintiffs assert otherwise, however, the Capstone Trust assets and those of similarly situated trusts (or entities owned by such trusts) are, under *Brown v. Chestnut (In re Chestnut),* 422 F.3d 298, 301 (5th Cir. 2005), arguably property of the Debtor's estate and thus the automatic stay unquestionably applies to any attempts to collect or exercise control over those assets, which the *Williams* plaintiffs have asserted are in fact property of the Debtor's estate. This Court, exercising its exclusive jurisdiction over property of the estate, will likely need to resolve this dispute and enforce the automatic stay against stated intentions to violate the stay by pursuing the control over and recovery of these assets elsewhere.

The Debtor has listed a possible fraudulent conveyance action relating to his prior ownership of

shares in a private, regulated company (the "Regulated Company") that has become very successful. The substance of the claim stems from a commonplace estate planning effort to enable the equity in the Regulated Company to grow free from federal estate tax for the benefit of the Debtor's descendants. The Debtor's shares, held through a Texas limited partnership in which the Debtor initially held 100% of the limited partner and general partner interests, were sold in 2018 (via a transfer of limited partner interests) to Texas trusts in exchange for two promissory notes, which currently aggregate a little over $20 million and are the Debtor's primary asset in this case along with his rights to indemnity from Eventide. The Debtor had been a trustee for those trusts in some periods past, but no longer controls those trusts and was never a beneficiary of those trusts. Substantial payments had been made on the notes prior to October 2021 when the note was restructured to address the impacts on the Regulated Company that occurred because of the pandemic, increasing inflation and lost markets due to regulatory changes. The maturity date on the notes is now 9/30/41 and the notes pay IRS AFR (at that time 1.74%) with all interest and principal deferred to maturity. In 2022, the Regulated Company entered negotiations with a third-party purchaser for a sale of the shares in stages at a valuation of over $100 million. In connection with that potential transaction, the purchaser required that a new sister trust and LLC be formed, and the shares be transferred to the new structure to help insulate the Regulated Company from licensing risks considering the pending litigation against the Debtor. The new sister trust and LLC committed to transfer cash inflows from the shares to the original trust and obligor on the notes for purposes of paying the notes. Shortly before the anticipated consummation of that deal, however, inflation spiked, the Yen crashed and the global corporation shut down all acquisitions. In January 2024, the consumer borrower plaintiffs in *Williams v. Big Picture Loans, LLC et al*. Case 3:17-cv-461-REP, pending in Eastern District of Virginia, filed a motion seeking to set aside the Debtor's transfer of the Regulated Company shares. Before any response to that motion was due, however, the Debtor and the consumer borrower plaintiffs entered into a contingent, global settlement relating to the Debtor's potential liability to consumers nationwide that obtained loans from the LVD Tribe through May 1, 2024, which settlement provided for a stay of all litigation pending the process for determining if the required funding for the settlement could be accomplished. The Debtor does not believe there is any merit to this potential fraudulent transfer claim given, among other things, the third-party valuations of the shares, the notes, and the Debtor's solvency that were done for purposes of the transfer and the time period in which it occurred. More importantly, though, pursuit of the potential fraudulent transfer claim relating to the Debtor's transfer of the shares could severely risk both the value of the estate's assets and the value of the Regulated Company given the licensing requirements and approvals required by the highly regulated bank partners of the Regulated Company that are necessary for greater than 10% owners. Unwinding the transaction to bring the shares into the Debtor's estate could create a major licensing and regulatory challenge for the Regulated Company, possibly collapsing the value of the shares and thereby the value of the Debtor's notes.

       8.    <u>Schedule F: Creditors Holding Unsecured Non-Priority Claims.</u> The inclusion of any litigation in these Schedules and Statements does not constitute an admission by the Debtor of liability, the validity of any action, or the amount or treatment of any claims, defenses, counterclaims, or cross-claims or the amount or treatment of any potential claim resulting from any current or future litigation.

       9.    <u>Schedule G: Executory Contracts and Unexpired Leases.</u> The Debtor hereby reserves the right to dispute the validity, status, or enforceability of any contracts, agreements or

leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Nothing herein shall be construed as a concession or evidence that any of the contracts, agreements or leases identified on Schedule G: (i) constitute an executory contract within the meaning of section 365 of the Bankruptcy Code or other applicable law; or (ii) have not expired or been terminated or otherwise are not current in full force and effect. The Debtor reserves the rights, claims and causes of action with respect to the contracts and agreements listed on the Schedule, including the right to dispute or challenge the characterization or the structure of any transaction or document.

10.   <u>Schedules I/J.</u>  The Debtor's spouse is paying family living expenses and has paid their various and separate litigation fees, including the prepetition payment of the $150,000 retainer to Winikka Law PLLC and a post-petition payment of a $200,000 retainer to Meadows Collier for their joint representation of the Debtor and his spouse.  Any stub period accounts payable (invoices for a service period that includes in part a prepetition period) from various utilities and related subscription or service providers at the time of the bankruptcy filing were paid by the Debtor's spouse to maintain such services for their collective benefit.  Accordingly, those service providers do not have prepetition claims against the Debtor.  These service providers include:  AT&T, Terminix, Atmos Energy, Change4Electric, University Park gas, waste and trash services, pool care, Netflix and related subscriptions and lawn care provider Opulent Gardens, Park House and Equinox memberships (spouse). The Debtor's spouse also recently paid in full for home insurance (6 months) and auto and umbrella insurance (annual) and is paying the Debtor's automobile loan payments.  Prior to the petition date, the Debtor paid for his kids' school tuition for the full school year and has paid his CPA for his bookkeeping and tax requirements and filings (via retainer).  Family health insurance through the Debtor's employer is currently being deducted from the Debtor's salary.  The Debtor ceased all 401(k) payment withdrawals from his W2 salary upon filing his bankruptcy petition.

## **Specific Disclosures with Respect to the Debtor's Statements**

11.   <u>Question 4: Income from Employment</u>.  The Debtor has included his accrued salary of $40,000 a month from Eventide Credit Acquisitions, LLC.  Eventide, however, has not paid the Debtor's salary since September 2023 when it filed for relief under chapter 11 of the Bankruptcy Code.

12.   <u>Question 5: Other Income</u>.  Although not income, since September 2023, when the Debtor's salary and indemnity rights from Eventide were cut off by Big Picture Loan LLC's default on its debt obligations to Eventide, the Debtor has borrowed approximately $1,495,592 from his spouse through 25 transactions, for litigation and ordinary living expenses.  Of that amount, $250,000 was documented as a Note, and the remainder subject to agreement for identical treatment.  Until September 2023, the Debtor had funded family expenses, including paying his spouse's credit card in the ordinary course.  After September 2023, the Debtor's spouse began paying her own credit card and the loans from his spouse ensued.

13.   <u>Question 23:  Property Held in Trust for Others</u>.  The filing of the Debtor's petition caused the removal of the Debtor from his position as trustee over the following trusts and managership of their subsidiaries:  the Martorello 2018 Children's Trust, the RLM Management Trust, the RLM 2018 Family Trust, and the Martorello 2023 Children's Trust.  The Debtor's AGI reporting will not match tax reporting due to differences between legal ownership, tax ownership and joint filings.

**Fill in this information to identify your case:**

Debtor 1    Matthew Brandon Martorello
            First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the Northern District of Texas

Case number    24-90016-mxm-11
(If known)

☐ Check if this is an
   amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | Sign Below |
|---|---|

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✘ /s/ Matthew Brandon Martorello          ✘ _____
Signature of Debtor 1                        Signature of Debtor 2

Date 10/23/2024                              Date _____
    MM / DD / YYYY                               MM / DD / YYYY