Daniel P. Winikka (State Bar No. 00794873)
**WINIKKA LAW PLLC**
6060 North Central Expressway, Suite 500
Dallas, TX 75206
Phone: 469-384-7710
Facsimile 469-384-7709
dan@danwinlaw.com

COUNSEL FOR DEBTOR IN POSSESSION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| **MATTHEW B. MARTORELLO,** | § | Case No. 24-90016-mxm-11 |
| | § | |
| Debtor. | § | |
| | § | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that true and correct copies of (i) the *Order Granting Motion to Approve Settlement Agreement and Release Between the Debtor, Lac Vieux Desert Band of Lake Superior Chippewa Indians, Big Picture Loans, LLC, Eventide Credit Acquisitions, LLC and Certain Other Limited Parties to the Settlement Agreement* (the "Order") [Docket No. 36], and (ii) the support/supplemental document to the Order ("Exhibit A") [Docket No. 39], which is the *Settlement Agreement and Release* approved by the Order,[1] were served via the Bankruptcy Court's CM/ECF system on those parties requesting such electronic notice, via email on the parties reflected below, and upon the attached service list via United States mail, first class postage prepaid, on October 25, 2024.

---

[1] The Exhibit A to the Order was inadvertently omitted at the time the Order was uploaded to, and subsequently entered by, the Court. Per the Court's direction, the Exhibit A was subsequently filed as a "support/supplemental document" to the Order.

Mark Taylor
Holland & Knight LLP
98 San Jacinto Boulevard, Suite 1900
Austin, Texas 78701
Mark.Taylor@hklaw.com

Matthew Thomas
Hall Matson, PLC
1550 Watertower Place, Suite 200
East Lansing, Michigan 48823
MThomas@hallmatson.law
**Counsel for Brophy & Bland, PLLC**

Bernard R. Given, II
Loeb & Loeb LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
bgiven@loeb.com
**Individually, and on behalf of Loeb & Loeb LLP**

Joseph Brophy
Brophy & Bland, PLLC
The Overlook at Barton Creek
317 Grace Lane, Suite 210
Austin, Texas 78746
Joe@bdlawpllc.com
**Managing Partner Brophy & Bland, PLLC**

Justin Gray
Tanya Gibbs
Mshkawzi Law, LLP
44 Cesar E. Chavez Ave. SW
Suite 250
Grand Rapids, MI 49503
jgray@mshkawzilaw.com
tgibbs@mshkawzilaw.com
**Counsel for Big Picture Loans, LLC & Lac Vieux Desert Band of Lake Superior Chippewa Indians**

Toby L. Gerber
Michael C. Berthiaume
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
toby.gerber@nortonrosefulbright.com
michael.berthiaume@nortonrosefulbright.com

Steve A. Peirce
Norton Rose Fulbright US LLP
111 West Houston Street, Suite 1800
San Antonio, TX 78205
steve.peirce@nortonrosefulbright.com
**Counsel for Big Picture Loans, LLC**

Gary H. Leibowitz, *pro hac vice*
Cole Schotz, P.C.
1201 Wills Street, Suite 320
Baltimore, MD 21231
gleibowitz@coleschotz.com
**Counsel for the Eventide Official Committee of Unsecured Creditors**

J. Robert Forshey
Jeff Prostok
Suzanne K. Rosen
Forshey & Prostok, LLP
777 Main Street, Suite 1550
Fort Worth, TX 76012
Tel: 817-877-8855
Fax: 817-877-4151
Email: bforshey@forsheyprostok.com
Email: jprostok@forsheyprostok.com
Email: srosen@forsheyprostok.com
**Counsel for Eventide Credit Acquisitions, LLC**

Gregory Mitchell
Freeman Law, PLLC
1412 Main Street, Suite 500
Dallas, Texas 75202
gmitchell@freemanlaw.com
**Counsel for BWH Texas, LLC**

DATED: October 25, 2024      Respectfully submitted,

*/s/ Daniel P. Winikka*
Daniel P. Winikka (TX 00794873)
**WINIKKA LAW, PLLC**
6060 North Central Expressway, Suite 500
Dallas, TX 75206
Telephone: (469) 384-7710
Facsimile: (469) 384-7709
dan@danwinlaw.com

**COUNSEL FOR DEBTOR IN POSSESSION**

Matthew Brandon Martorello
Case 24-90016-mxm-11
Service List

Amadou Kilkenny DiawRuyak
Cherian LLP (NA)
1700 K Street NW
Suite 810
Washington, DC 20006

Lula Williams et al
c/o Kelly Guzzo PLC
3925 Chain Bridge Road
Suite 202
Fairfax, VA 22030

Andrew Kurt Clark
Hirschler Fleischer PC
2100 E. Cary Street
Richmond, VA 23223

Anna Bruty
Rosette, LLP
44 Grandville Ave., SW
Suite 300
Grand Rapids, MI 49503

Ascension Technologies, LLC
E23970 Pow Wow Trail
Watersmeet, MI 49969

Ascension Technologies, LLC
P.O. Box 704
Watersmeet, MI 49969

Lula Williams et al
c/o Beth Ellen Terrell
Terrell Marshall Law Group PLLC
936 North 34th St. Ste. 300
Seattle, WA 98103-6689

Brian McFadden
3133 Indian Pont Road
Saugatuck, MI 49453

Big Picture Loans, LLC
Attn: Co-Managers
E23970 Pow Wow Trail
P.O. Box 704
Watersmeet, Michigan 49969

Breakwater Holdings, LLC
3805 Greenbrier Drive
Dallas, TX 75225

Craig Thomas Merritt
Christian & Barton LLP
909 E Main St
Suite 1200
Richmond, VA 23219-3095

Richard Lee Smith
c/o Cynthia B. Chapman
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

Craig Carley Marchiando
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601

Craig Crandall Reilly
Law Office of Craig C. Reilly
111 Oronoco St
Alexandria, VA 22314

BWH Texas, LLC
3805 Greenbrier Drive
Dallas, TX 75225

Lula Williams et al
c/o Casey Shannon Nash
3925 Chain Bridge Road
Suite 202
Fairfax, VA 22030

Cortland Christopher Putbrese
Dunlap Bennett & Ludwig (Richmond)
8003 Franklin Farms Drive
Suite 220
Richmond, VA 23229

Chris Kobin
c/o John Scofield
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

Victoria Renee McKoy
c/o John Scofield
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

David N. Anthony
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219

Michael Berthiaume
Norton Rose Fulbright US LLP
111 West Houston Street,
Suite 1800
San Antonio, TX 78205

Devin Noble
Hinshaw & Culbertson LLP (IL-NA)
100 Park Avenue
PO Box 1389
Rockford, IL 61105

Eleanor Michelle Drake
Berger & Montague PC
43 S.E. Main Street
Suite 505
Minneapolis, MN 55414

William Blum
Solomon Blum Heymann LLP
40 Wall Street
35th Floor
New York, NY 10005

Anna C. Haac
Tycko & Zavareei LLP
1828 L. Street NW
Suite 1000
Washington, DC 20036

Gallant Capital, LLC
3805 Greenbrier Drive
Dallas, TX 75225

Harrison Mann Gates
Christian & Barton LLP
909 E Main St
Suite 1200
Richmond, VA 23219

Hugh McCoy Fain, III
Spotts Fain PC
411 E Franklin St
PO Box 1555
Richmond, VA 23218-1555

Matthew Brandon Martorello
Case 24-90016-mxm-11
Service List

Christine Cumming
c/o Tycko & Zavareei LLP
1828 L. Street NW
Suite 1000
Washington, DC 20036

Elizabeth A. Ryan
Bailey & Glasser LLP
Suite 304
99 High Street
Boston, MA 02110

Lula Williams et al
Terrell Marshall Law Group PLLC
936 North 34th St. Ste 300
Seattle, WA 98103-6689

Ian D. Roffman
Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604

Internal Revenue Service
Centralized Insolvency Office
P. O. Box 7346
Philadelphia, PA 19101-7346

Dana Duggan
c/o John B. Scofield , Jr.
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

John Michael Erbach
Spotts Fain PC
411 E Franklin St
Suite 600
Richmond, VA 23219

Woods Rogers PLC (Richmond)
c/o Ben Rottenborn
Riverfront Plaza, West Tower
901 East Byrd Street
Suite 1550
Richmond, VA 23219

Rosette, LLP
44 Grandville Ave., SW
Suite 300
Grand Rapids, MI 49503

Mshkawzi Law, LLP
44 Cesar Chavez Ave SW
Suite 250
Grand Rapids, MI 49503

Cliff Investments
c/o Creo Global Capital LLC
2803 S. State St. Ste A
Ann Arbor, MI 48104

Eugene, LLC
c/o Peter Savarino
2803 S. State St. Ste A
Ann Arbor, MI 48104

Three Stans, LLC
c/o Peter Savarino
2803 S. State St. Ste A
Ann Arbor, MI 48104

Justin Gray
Mshkawzi Law, LLP
44 Cesar Chavez Ave SW
Suite 250
Grand Rapids, MI 49503

Tim Arenberg
222 Middaugh Rd
Clarendon Hills, IL 60514

Terrence J. Arenberg
1120 W. Pershing Rd
Chicago, IL 60609

Columbia Pipe and Supply Co.
c/o Mike Moore
1120 W. Pershing Rd
Chicago, IL 60609

Dan Arenberg
DTA and DMA Trusts
1018 Salim Pl
Lemont, IL 60439

Thomas Lester
Hinshaw & Culbertson LLP (IL-NA)
100 Park Avenue
PO Box 1389
Rockford, IL 61105

Timothy J. St. George
Troutman Sanders LLP
1001 Haxall Point
Richmond, VA 23219

Vernie Charles Durocher , Jr.
Dorsey & Whitney LLP (MN-NA)
50 S Sixth St
Suite 1500
Minneapolis, MN 55402

Matthew Hall
c/o Edelman Combs Latturner
& Goodwin LLC
20 S Clark St. Ste 1500
Chicago, IL 60603

Giordani & Assoc
2301 S. Capital of Texas Hwy
Building K
Austin, TX 78746

Bank of America
PO Box 45224
Jacksonville FL 32232-5224

The Summit Investment Group
3207 Plantation Village
Dorado, PR 00646

Mike Basile
3207 Plantation Village
Dorado, PR 00646

Comenity Capital Bank
Attn: Bankruptcy Dept
PO Box 183043
Columbus, OH 43218-3043

Target Card Services
Attn: Bankruptcy Dept
PO Box 673
Minneapolis, MN 55440

Lulu Williams
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Lulu Williams
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Renee Galloway
c/o John Scofield

Matthew Brandon Martorello
Case 24-90016-mxm-11
Service List

628 E. 9th St
Houston, TX 77007

Renee Galloway
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Dianne Turner
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Dianne Turner
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Kevin Minor
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Kevin Minor
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Teresa Titus
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Teresa Titus
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Jerry Avent
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Jerry Avent
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Lucinda Gray
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Lucinda Gray
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Anthony Green
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Anthony Green
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Faith Thomas
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Faith Thomas
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Sharon Paavo
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Sharon Paavo
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Martorello 2023 Children's Trust
3805 Greenbrier Dr.
Dallas, TX  75225

BVNT Children's Trust 1
215 Fulton Ave
St. Charles, IL 60174

BVNT Children's Trust 2
215 Fulton Ave
St. Charles, IL 60174

BVNT Childrens, LLC
215 Fulton Ave
St. Charles, IL 60174

GFGP Entity 1, LP
3805 Greenbrier Dr.
Dallas, TX  75225

Kairos Holdings, LLC
3805 Greenbrier Dr.
Dallas, TX  75225

GFLP Entity 1, LP
3805 Greenbrier Dr.
Dallas, TX  75225

Internal Revenue Service
1100 Commerce St.
MC 5027DAL
Dallas, Texas 75242

Elizabeth Childress Burneson
Hirschler Fleischer PC
2100 E. Cary Street
Richmond, VA 23223

Galloway Settlement
c/o American Legal Claims LLC
PO Box 23650
Jacksonville, FL 32241-3650

Galloway Settlement
c/o American Legal Claims LLC
8011 Philips Highway Ste 5,
Jacksonville, FL 32256

James Dowd
2014 Calle Las Violetas
San Juan, PR 00915-3537

Jennifer Rust Murray
Terrell Marshall Law Group
936 North 34th St
Suite 300
Seattle, WA 98103-6689

David French & Assoc
609 Castle Ridge
Ste 445
Austin, TX 78746

Amlaur Resources, LLC
25 Bayberry Rd
Lawrence, NY 11599

Matthew Brandon Martorello
Case 24-90016-mxm-11
Service List

Crescendo Asset Management
501 Madison Ave
New York, NY 10022

Tanya Gibbs
Mshkawzi Law, LLP
44 Cesar Chavez Ave SW
Suite 250
Grand Rapids, MI 49503

Justin Martorello
2019 Westbourne Park Dr.
Houston, TX 77077

Lac Vieux Desert Band of
Lake Superior Chippewa Indians
N4698 US 45
P.O. Box 249
Watersmeet, Michigan 49969

Kristi Cahoon Kelly
Kelly Guzzo PLC
3925 Chain Bridge Road
Suite 202
Fairfax, VA 22030

Leonard Anthony Bennett
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601

Liont, LLC
3805 Greenbrier Drive
Dallas, TX 75225

Renee Galloway
Kelly Guzzo PLC
3925 Chain Bridge Road
Suite 202
Fairfax, VA 22030

Martin Cunniff
RuyakCherian LLP (NA)
1700 K Street NW
Suite 810
Washington, DC 20006

Michael A. Caddell
Caddell & Chapman
628 East 9th Street
Houston, TX 77007

Michael J. Leard
Nutter, McClennen & Fish, LLP
Seaport West
155 Seaport Boulevard
Boston, MA 02210-2604

Eventide Credit Acquisitions, LLC
3805 Greenbrier Dr
Dallas, TX 75225

Michael Stinson
Dorsey & Whitney LLP (MN-NA)
50 S Sixth St
Suite 1500
Minneapolis, MN 55402

Freeman Law, PLLC
1412 Main Street
Suite 500
Dallas, TX 75202

Van Ness Feldman, LLP
1050 Thomas Jefferson St. NW
Seventh Floor
Washington, DC 20007
David French & Assoc
609 Castle Ridge Rd
Ste 445
Austin, TX 78746

H Lopez Law
Metro Office Park
Lot 11, Suite 105ª
Guaynabo, Puerto Rico 00968

Gloria Turnage
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Gloria Turnage
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

George Hengle
c/o John Scofield
628 E. 9th St
Houston, TX 77007

George Hengle
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Dominique de la Bay
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Dominique de la Bay
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Lori Fitzgerald
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Lori Fitzgerald
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Rose Marie Buchert
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Regina Nolte
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Regina Nolte
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Burry Pough
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Matthew Brandon Martorello
Case 24-90016-mxm-11
Service List

Burry Pough
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Lisa Martinez
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Lisa Martinez
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Linda Madison
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Linda Madison
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Dennis Geter
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Latanya Tarleton
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Latanya Tarleton
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

JP Morgan Chase Bank NA
Attn: Bankruptcy Dept
PO Box 15298
Wilmington, DE 19850

Kohl's Credit Card
Attn: Bankruptcy Dept
PO Box 3115
Milwaukee, WI 53201-3115

Sands Anderson PC
c/o Cullen Seltzer
PO Box 1998
Richmond, VA 23218-1998

Capstone
c/o Giordani & Assoc
2301 S. Capital of Texas Hwy
Building K
Austin, TX 78746

Tribal Economic Development, LLC
E23970 Pow Wow Trail
PO Box 692
Watersmeet, MI 49969

Vroom Trust
c/o Giordani & Assoc
2301 S. Capital of Texas Hwy
Building K
Austin, TX 78746

Obsidian LLC
c/o Giordani & Assoc
2301 S. Capital of Texas Hwy
Building K
Austin, TX 78746

Office of Attorney General of the United Stats
Main Justice Bdlg, Room 5111
10th & Constitutional Ave, N.W.
Washington, D.C. 20530

Elizabeth Clay Solander
Hughes Hubbard & Reed LLP (DC)
1775 I Street NW
Suite 600
Washington, DC 20006

Bank OZK
Attention: Bankruptcy Department
17901 Chenal Parkway
Little Rock, AR 72223

Lenord Bennett
Consumer Litigation Associates (Richmond)
626 E Broad Street
Suite 300
Richmond, VA 23219

John Gerard Albanese
Berger & Montague PC
43 S.E. Main Street
Suite 505
Minneapolis, MN 55414

Dana Duggan
c/o John J. Roddy
Bailey & Glasser LLP
99 High Street Ste. 304
Boston, MA 02110

Nicole St. Germain
Rosette LLP
1415 L Street
Sacramento, CA 95814

Office of General Counsel
801 Cherry Street
Suite 2500, Unit 45
Fort Worth, TX 76102

Office of United States Trustee
Earle Cabell Federal Building
1100 Commerce St, Room 976
Dallas, TX 75242

Rebecca Martorello
3805 Greenbrier Drive
Dallas, TX 75225

Rebecca Ruby Anzidei
Ruyak Cherian LLP
1700 K St. NW
Suite 810
Washington, DC 20006

Steve A. Peirce
Norton Rose Fulbright US LLP
111 West Houston Street,
Suite 1800
San Antonio, TX 78205

Robert Allen Rosette
Rosette, LLP
565 W. Chandler Blvd
Suite 212
Chandler, AZ 85225

Simon Liang
119 Gascony Dr.
Greenville, SC 29609-6048

Matthew Brandon Martorello
Case 24-90016-mxm-11
Service List

Steve D. Larson
Stoll Stoll Berne Lokting &
Shlachter P.C.
209 SW Oak Street
Suite 500
Portland, OR 97204

Steven C. Berman
Stoll Stoll Berne Lokting &
Schlachter
209 S.W. Oak Street, 5th Floor
Portland, OR 97204

Texas Comptroller of Public
Accounts
Revenue Accounting Division -
Bankruptcy Section
P.O. Box 13528 Capitol Station
Austin, TX 78711

Beth Gernenz
c/o Edelman Combs Latturner
& Goodwin LLC
20 S Clark St Ste 1500
Chicago, IL 60603

Loeb & Loeb LLP
c/o Barney Given
10100 Santa Monica Blvd.
Suite 2200
Los Angeles, CA 90067

Holland & Knight, LLP
601 SW Second Avenue
Suite 1800
Portland, OR 97204

Brophy & Devaney, PLLC
The Overlook at Barton Creek
317 Grace Lane, Suite 210
Austin, Texas 78746

Citibank
Attn: Bankruptcy Dept
PO Box 790034
St. Louis, MO 63179-0034

Upgrade
Attn: Bankruptcy Dept
2N. Central Ave 10th Floor
Phoenix, AZ 85004

Discover Card
Attn: Bankruptcy Dept
PO Box 3025
New Albany, OH 43054-3025

First National Bank of Omaha
Attn: Bankruptcy Dept
PO Box 3412
Omaha, NE 68103-0412

American Express
Attn: Bankruptcy Dept
PO Box 981535
El Paso, TX 79998-1535

Dowin Coffy
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Dowin Coffy
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Marcella P. Singh
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Marcella P. Singh
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Andrea Scarborough
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Andrea Scarborough
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Earl Browne
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Earl Browne
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Rose Marie Buchert
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Sonji Grandy
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Sonji Grandy
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Anastasia Sherman
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Anastasia Sherman
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Dennis Geter
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Keisha Hamm
c/o John Scofield
628 E. 9th St
Houston, TX 77007

Keisha Hamm
c/o Kelly Guzzo, PLC
3925 Chain Bridge Rd
Suite 202
Fairfax, VA 22030

Bank of America
Attn: Bankruptcy Dept
PO Box 982234
El Paso, TX 79998-2234

Matthew Brandon Martorello
Case 24-90016-mxm-11
Service List

Anthony Tassone
215 Fulton Ave
St. Charles, IL 60174

Greenberg Traurig, LLP
c/o Jennifer Weddle
1200 17th St
Suite 2400
Denver, CO 80202

Nutter McClennen & Fish, LLP
c/o Ian Roffman
155 Seaport Blvd
Boston, MA 02210

Tribal Acquisition Company, LLC
E23970 Pow Wow Trail
PO Box 692
Watersmeet, MI 49969

RLM 2018 Family Trust
3805 Greenbrier Dr.
Dallas, TX  75225

Martorello 2018 Children's Trust
3805 Greenbrier Dr.
Dallas, TX  75225

Martorello Investments, LP
3805 Greenbrier Dr.
Dallas, TX  75225

RLM Management Trust
3805 Greenbrier Dr.
Dallas, TX  75225

Braviant Holdings, LLC
306 W Erie St
Suite 300
Office 1
Chicago, IL 60654

SunUp Financial, LLC
306 W Erie St
Suite 300 Office 1
Chicago, IL 60654

Amanda P. Swartz
Trial Attorney, Tax Division
U.S. Department of Justice
717 N. Harwood, Suite 400
Dallas, Texas 75201