Daniel P. Winikka (State Bar No. 00794873)
**WINIKKA LAW PLLC**
6060 N. Central Expressway, Suite 500
Dallas, TX 75206
Phone: 469-384-7710
Facsimile 469-384-7709
dan@danwinlaw.com

COUNSEL FOR DEBTOR IN POSSESSION

Craig F. Simon (State Bar No. 00784968)
**MEADOWS COLLIER REED COUSINS CROUCH & UNGERMAN LLP**
901 Main Street, Suite 3700
Dallas, TX 75202
Phone:  214-744-3700
Facsimile:  (214) 292-2356
csimon@meadowscollier.com

PROPOSED CO-COUNSEL FOR DEBTOR IN POSSESSION

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | § | |
|---|---|---|
| In re | § | Chapter 11 |
| | § | |
| MATTHEW BRANDON MARTORELLO, | § | Case No. 24-90016-mxm-11 |
| | § | |
| Debtor. | § | |

**DEBTOR'S EXHIBIT LIST FOR HEARING ON EMERGENCY MOTION FOR AN ORDER ENFORCING THE AUTOMATIC STAY**

| Ex. # | Description |
|---|---|
| 1. | October 18, 2024 Order Regarding Procedures for Settlement Conference [Doc. 1561] |
| 2. | October 18, 2024 Order [Doc. 677] |
| 3. | October 18, 2024 Transcript – Motions Hearing |
| 4. | October 24, 2024 Stay Violation Letter |
| 5. | October 25, 2024 Consent Motion to Vacate |
| 6. | October 25, 2024 Email from Andrew Guzzo |

1

DATED: November 1, 2024	Respectfully submitted,

*/s/ Daniel P. Winikka*
Daniel P. Winikka (TX 00794873)
**WINIKKA LAW, PLLC**
6060 North Central Expressway
Suite 500
Dallas, TX 75206
Telephone: (469) 384-7710
Facsimile: (469) 384-7709
dan@danwinlaw.com

**COUNSEL FOR DEBTOR IN POSSESSION**

*/s/ Craig F. Simon*
Craig F. Simon (TX 00784968)
**MEADOWS COLLIER REED COUSINS CROUCH & UNGERMAN LLP**
901 Main St.
Suite 3700
Dallas, TX 75202
Telephone: (214) 744-3700
Facsimile: (214) 292-2356
csimon@meadowscollier.com

**PROPOSED CO-COUNSEL FOR DEBTOR IN POSSESSION**

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on this 1st day of November, he caused to be served a true and correct copy of this Emergency Motion for Enforcement of the Automatic Stay, by (i) electronically filing it with the Court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system; and (ii) by email to counsel for the Virginia consumer borrower class as noted below and the Office of the U.S. Trustee.


Counsel for Virginia consumer borrower class
Kristi Cahoon Kelly, Esq.
Andrew J. Guzzo, Esq.
Kelly Guzzo PLC
3925 Chain Bridge Road, Ste 202
Fairfax, VA
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com

Susan B. Hersh
Trial Attorney
Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, TX 75242
susan.hersh@usdoj.gov

Elizabeth Young
Trial Attorney
Office of the U.S. Trustee
1100 Commerce, Room 976
Dallas, TX 75242
elizabeth.A.Young@usdoj.gov

                                        */s/ Daniel P. Winikka*
                                        Daniel P. Winikka