# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

LULA WILLIAMS, et al.,

    Plaintiffs,

v.                                              Civil Action No. 3:17cv461

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.


RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                                              Civil Action No. 3:18cv406

BIG PICTURE LOANS, LLC,
et al.,

    Defendants.


RENEE GALLOWAY, et al.,

    Plaintiffs,

v.                                              Civil Action No. 3:19cv314

JUSTIN MARTORELLO,
et al.,

    Defendants.

**ORDER**

Having been informed that a condition of the Stipulation And Agreement of Settlement (the "Settlement Agreement") herein (ECF No. 652-1, Docket No. 19cv314) cannot be satisfied by October 21, 2024 as specified therein (ECF No. 652, 1, ¶ 3.7, p. 15) and that

counsel for the parties consider that the date should be extended until November 13, 2024 to allow time for possible amendment of the Settlement Agreement and to allow time for counsel for the Plaintiffs to take other steps to allow these actions to move forward, now, therefore, it is hereby ORDERED that:

(1)   The deadline as contemplated by the Settlement Agreement (ECF No. 652-1, p. 15) in paragraph 3.7 "Liquidation of Interests in Braviant" shall be extended from October 21, 2024, to November 13, 2024, based on the agreement of the parties; and

(2)   By October 25, 2024, the Plaintiffs shall file in such of the above captioned cases as they deem appropriate, the MOTION TO REPATRIATE FOREIGN ASSETS AND FOR AN EVIDENTIARY HEARING (ECF No. 1409, Civil Action No. 3:17cv61), the MOTION TO SET ASIDE ALL TRANSFERS AND CONVEYANCES TO THE MARTORELLO 2018 CHILDREN'S TRUST AND THE RLM 2018 TRUST (ECF No. 1491, Civil Action No. 3:17cv461), and a motion to secure the full participation of Mr. Anthony Tassone in settlement discussions; and

(3)   Before November 13, 2024, counsel for the Plaintiffs shall file, in the United States Bankruptcy Court for the Northern District of Texas, in the case captioned <u>In re Matthew Brandon Martorello</u>, No. 24-0—16, MXM11 (the "Matthew Martorello Bankruptcy Case"), such motions respecting lifting of the automatic stay of proceedings and other motions as they shall be advised so as to

best assure the advancement of these cases unobstructed by the Matthew Martorello Bankruptcy Case;[1] and

(4)  Nothing in the ORDER entered on April 3, 2024 (ECF No. 1551, Civil Action No. 3:17cv461) and the ORDER entered on April 5, 2024 (ECF No. 701, Civil Action No. 3:18cv406) shall be considered to preclude the filing of any motions mentioned herein or any other motions designed to address changed circumstances affecting the satisfaction of the Settlement Agreement, compliances with this ORDER or to best assure advancement of these cases; and

(5)  Counsel and the parties shall attend a status hearing in the courtroom on November 15, 2024, at 10:00 AM. It is ORDERED that Plaintiffs' Counsel and a Representative for the Plaintiffs, Defendant Matt Martorello's Counsel, Defendant Rebecca Martorello and Defendant Rebecca Martorello's Counsel must appear. Mr. Martorello and his bankruptcy counsel are invited to attend; and

(6)  By November 13, 2024, counsel shall file an agenda addressing the proposed scheduling of depositions and any proposals for moving this action forward.

It is so ORDERED.

                          /s/ REP
                        Robert E. Payne
                        Senior United States District Judge

Richmond, Virginia
Date: October 18, 2024

---

[1] Informational copies shall be filed in these cases.

3