# VERITEX®
## COMMUNITY BANK

| ACCOUNT NUMBER | XXXXXX5709 |
|---|---|
| PAGE | 1 of 3 |

```
2174 1 AV 0.540  *0002308   S2
MATTHEW B MARTORELLO
DEBTOR IN POSSESSION
CHPT 11 CASE# 24-90016-11
3805 GREENBRIER DR
DALLAS TX 75225-5218
```



SCHOOL SPIRIT DEBIT CARDS
ORDER AT YOUR LOCAL BRANCH.
CLICK TO FIND A LOCATION NEAR YOU.
VERITEX COMMUNITY BANK   CUSTOMINZE YOUR DEBIT CARD TO MATCH YOUR SCHOOL COLORS!
Member FDIC
veritexbank.com

Find our Privacy Notice on our website under About Us at veritexbank.com.
Notice of Change to Terms and Conditions of Your Account Agreement
is available in Online Banking under E-Documents.

## ACCOUNT SUMMARY

**EPersonal Checking**

| | | | |
|---|---|---|---|
| Account Number | XXXXXX5709 | Statement Dates | 9/25/24 thru 9/30/24 |
| Previous Balance | 0.00 | Days in Statement Period | 6 |
| 1 Deposits/Credits | 25,200.00 | Average Ledger | 4,198.33 |
| 1 Checks/Debits | 10.00 | Average Collected | 4,198.33 |
| Service Charge | 0.00 | | |
| Interest Paid | 0.00 | | |
| Current Balance | 25,190.00 | | |

Account Title:
MATTHEW B MARTORELLO
DEBTOR IN POSSESSION
CHPT 11 CASE# 24-90016-11

## OVERDRAFT SUMMARY

| | Total For This Period | Total Year-to-Date |
|---|---|---|
| Overdraft Item Fees | 0.00 | 0.00 |
| Return Item Fees | 0.00 | 0.00 |

**FOR CONSUMER ACCOUNTS ONLY:**

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS, PLEASE WRITE US AT THE ADDRESS LISTED BELOW OR CALL US.

Please respond as soon as you can if you think your statement or receipt is wrong. Also, if you need more information about a transfer on the statement or receipt please respond to us as soon as possible. We must hear from you no later than 60 days after we send you the FIRST statement on which the error or problem appeared.

    (1)  Tell us your name and account number.

    (2)  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

    (3)  Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**Veritex Community Bank ǀ 12750 Merit Drive, Suite 1300, Dallas, Texas 75251 ǀ 833-VERITEX (833-837-4839)**

---

|  | CHECKS OUTSTANDING | |
|---|---|---|
|  | NO. | AMOUNT |

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR BANK STATEMENT**

**THIS IS PROVIDED TO HELP YOU BALANCE YOUR CHECKBOOK**

**BANK BALANCE**
SHOWN ON THIS STATEMENT $ _____

**CHECKBOOK BALANCE**
AT STATEMENT DATE $ _____

**ADD + (IF ANY)**
**DEPOSITS NOT SHOWN**
**ON THIS STATEMENT** _____

**SUBTRACT - (IF ANY)**
**ACTIVITY CHARGE** _____

**TOTAL** _____

**SUB-TOTAL** _____

**SUBTRACT - (IF ANY)**
**CHECKS OUTSTANDING** _____

**SUBTRACT - (IF ANY)**
**OTHER BANK CHARGES** _____

**BALANCE** $ _____

**BALANCE** $ _____

SHOULD AGREE WITH YOUR CHECKBOOK BALANCE

SHOULD AGREE WITH YOUR STATEMENT BALANCE

## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR STATEMENT

You must examine your statement of account with "reasonable promptness". If you discover (or reasonably should have discovered) any unauthorized signature or alterations, you must promptly notify us of the relevant facts. As between you and us, if you fail to do either of these duties you will have to either share the loss with us or bear the loss entirely yourself (depending on whether we used ordinary care and, if not, whether we contributed to the loss). This loss could be not only with respect to items on the statement but other items with unauthorized signatures or alteration by the same wrong doer.

You agree that the time you have to examine your statement and report to us will depend on the circumstances, but will not, in any circumstance, exceed a total of 30 days from when the statement is first sent or made available to you.

You further agree that if you fail to report any unauthorized signature, alterations, forgeries, or any of the errors in your account within 60 days of when we first send or make the statement available, you cannot assert a claim against us on any items in that statement, and as between you and us the loss will be entirely yours. This 60-day limitation is without regard to whether we used ordinary care. The limitation in this paragraph is in addition to that contained in the first paragraph of this section.

## TERMS GOVERNING ACCOUNTS

Deposits in or presentments to the Bank of any item for a customer's account shall constitute the customer's consent to the terms hereof with respect to the account and all items deposited therein or presented to the Bank for payment. All deposits and collections shall be governed by the pertinent provisions of the Uniform Commercial Code – Bank Deposits & Collection (of Texas) as from time to time amended, or as varied by agreements permitted by that statute, including those hereinafter set out.

Receipt from others of items for credit to a customer's account shall render the customer liable to the Bank to the same extent as though they had been endorsed by and received directly from the customer. No money or item shall be deemed to have been received by the Bank unless it shall have issued a receipt therefore.

The account shall at all times be subject to service and maintenance charges according to the practice of the Bank prevailing at the time.

When the Bank deems such action proper, the Bank may require that the account be closed.

The provisions hereof shall control, in event of conflict with any deposit slip or passbook.

The Bank reserves the right to change the provisions hereof by printing on its statement Terms Governing Accounts, incorporating the change. The new Terms Governing Account will be effective, prospectively, when the statement containing the change is made available to the customer, by mailing or otherwise.

| ACCOUNT NUMBER | XXXXXX5709 |
|---|---|
| PAGE | 3 of 3 |

MATTHEW B MARTORELLO
DEBTOR IN POSSESSION
CHPT 11 CASE# 24-90016-11
3805 GREENBRIER DR
DALLAS TX 75225-5218

## DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 9/30 | Wire Transfer Credit | 25,200.00 |
| | MATTHEW B MARTORELLO | |
| | 3805 GREENBRIER DR DALLAS TX 7 | |
| | USA | |
| | CITIBANK NA | |
| | 701 EAST 60TH STREET NORTH SI | |

## CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 9/30 | Wire Transfer Fee | 10.00- |

## DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 9/25 | 0.00 | 9/30 | 25,190.00 | | |

# CUSTOMER STATEMENT



1-877-367-8466 | www.eOption.com

| | Statement Period | Page |
|---|---|---|
| | June 29, 2024 to September 30, 2024 | 1 of 4 |

Clearing agent for your account is:
Hilltop Securities Inc. Member FINRA/NYSE/SIPC

MATT MARTORELLO
3805 GREENBRIER DR
DALLAS TX  75225

**Your Financial Professional**

CUSTOMER ACCOUNTS
Phone: (888) 793-5333
Office: R6 FP#: R601

**Account Summary for:**

| Account Ending In | Account Name | Cash &<br>Money Markets | Securities | Account Totals |
|---|---|---|---|---|
| XXXX9714 | MATT MARTORELLO | 70.13 | 0.00 | 70.13 |

Register for online access by visiting Momentum Client at https://momentum.hilltopsecurities.com/investor/HTS. Clearing agent for your account is: Hilltop Securities Inc. Member FINRA/NYSE/SIPC   (214)
859-1800.  Please be sure to read the Hilltop Securities Inc. Privacy Policy located on our website https://www.hilltopsecurities.com/disclosures/privacy-policy/.
Check deposits should be sent to Hilltop Securities Inc. 717 N. Harwood St. Suite 3400 Dallas, TX 75201.



# CUSTOMER STATEMENT

## Statement of Account

Hilltop Securities Inc. ("HTS") in addition to acting as a brokerage firm for its own retail and institutional customers, also acts as executing and clearing agent for a number of independent brokerage firms. These services are performed under contracts, known as Clearing Agreements, between HTS and the other brokerage firms. HTS' role is limited to performing execution, clearing and custodial functions for these brokerage firms. HTS makes no investment recommendations to the customers of these brokerage firms and assumes no responsibility for any investment recommendations that they may make.

If your Financial Professional is the employee or owner of a brokerage firm using the facilities of HTS to perform certain execution and clearing functions, then your Financial Professional is not an employee or agent of HTS and neither he nor his firm may contractually bind HTS or make any representations to you on its behalf. HTS is acting only as agent for your Financial Professional and accepts no liability or responsibility for any act or omission of your Financial Professional or its employees or agents. Funds or securities reflected on this statement are located at HTS and not at your Financial Professional.

This statement should accurately reflect all transactions and the correct name and address of the account owner(s). You should report promptly any inaccuracy or discrepancy in your account to your brokerage firm. If HTS is the clearing agent for your brokerage firm, you should notify both your firm and the supervisor of HTS Compliance Department at 800-957-2999. Any oral communications should be re-confirmed in writing to protect your rights, including rights under the Securities Investor Protection Act (SIPA). If this statement reflects the delivery of a certificate or funds that you have not received, please contact us immediately so we can arrange for issuance of a stop order and replacement. Failure to do so may result in you assuming responsibility of replacement.

### General

You will periodically receive a statement showing the securities and cash held for your account and any activity that has taken place since the preceding statement. Your statement may include positions that have not yet settled. A position that has not settled is a transaction for which payment has not yet been received or the actual security has not been delivered. If any of these positions do not settle, an account adjustment will be reflected on your next statement. Your statement also reflects any dividends or interest payments that HTS has credited on the securities in your account. Dates shown on initial purchase and sale transactions are trade dates. The date shown on any subsequent activity relating to the trade is the date the transaction was posted to the account.

### Payment for Order Flow

The firm receives remuneration for directing orders to particular market centers for execution. Payment for Order Flow is compensation paid to a brokerage firm by market centers in return for directing customer orders for execution. Such remuneration is considered compensation to the firm, and the source and amount of any compensation received by the firm in connection with your transaction will be disclosed upon request. This compensation may include non-cash items such as reciprocal arrangements, discounts, rebates or reductions or credits against fees that would otherwise be payable in full by your brokerage firm.

In determining where to route each customer order, HTS assesses the quality of the markets to which it routes order flow because meaningful opportunities for price improvement may exist. The foremost objective is to obtain best execution for our clients and our correspondent customers, regardless of any compensation factor. The obligation to obtain the best execution for our customers is also borne by the executing brokerage firm. If specific routing instructions are not received from you or your Financial Professional, it is the policy of HTS to direct orders to the market where we believe the customer will receive the best execution. HTS believes the order routing system may provide opportunity for orders to be executed at prices more favorable than the national best bid or offer. The factors we may consider in determining where to send an order include the opportunity for price improvement over other available prices, the ability to execute a trade regardless of the size of the order, and the quality of previous order executions.

### Account Balance

The Account Balance section shows the opening and closing balances in your account, the current market value of your securities for which a price is available, and your equity (market value of priced securities plus cash, less any short positions and debit balances). Various year-to-date statistical information is presented (totals for the calendar year are reflected on your last statement received during the year, or on the December 31st statement.)

### Margin Accounts

You are entitled to receive securities purchased on margin upon full payment of any indebtedness to us. We reserve the right to limit margin purchases in accordance with our policies as modified from time to time and in accordance with regulatory requirements. Any market increases and/or decreases will be marked-to-the-market on the basis of the daily closing price. If this is a margin account, this is a combined statement of your general account and of a special memorandum account maintained for you under section 220.6 or Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection upon request.

### Short Account Balances

If you have sold securities that you do not own under the short sale rule, we have, in accordance with regulations, segregated the proceeds from such transactions in to your Short Account. Any market increases or decreases from the original sale price will be marked-to-the-market and such increases and decreases will be transferred to your Margin Account. The daily closing price is used in determining any appreciation or depreciation of the securities sold short.

### Option Accounts

Assignment notices for option contracts are allocated among client short positions pursuant to a manual procedure that randomly selects from all client short option positions, including positions established on the day of assignment, those contracts that are subject to exercise. All short American style option positions are subject to assignment at any time. European style option contracts are only exercisable on the last trading day prior to the option's expiration date. A more detailed description of our random allocation procedure is available upon request. Information with respect to commissions and other charges related to the execution of option transactions has been included in confirmations of such transactions previously furnished to you. A summary of such information will be made promptly available to you upon your request.

### Securities Held by You

Securities which you may be holding in your personal possession (or your safe deposit box) will not appear on this statement.

## Portfolio Positions - Market Value

The amounts displayed in the Market Value column, or any amounts derived therefrom, are based on month end prices and are provided to us by outside quotation services. Due to rounding and space limitations, some prices may be truncated. Because of the nature of the data provided by the quotation services, the accuracy of such prices cannot be guaranteed. Therefore, you may not be able to sell securities at a price equal to or near the value shown. These are provided as estimates only. If securities are not priced, their value is not included in the market value column of your statement. For an actual quote, please contact your Financial Professional.

### Free Credit Balances

Any free credit balances are not segregated and may be used in HTS' business subject to the limitations of 17 CFR Section 240.15c3-3 under the Securities Exchange Act of 1934. You have the right to receive from us in the course of normal business operations, subject to open commitments in any of your accounts, any free credit balances to which you are entitled.

### Availability of Funds in Sweep Program

Account funds in the sweep program may be liquidated upon your request and the proceeds deposited to your securities account or remitted to you at any time. Retirement accounts may incur penalties if proceeds are distributed from the account.

### Interest/Dividends/Sale Proceeds

We are required by law to report annually to you and to the Internal Revenue Service (IRS) on substitute Form 1099 and 1099B certain interest, dividend income and sales proceeds credited to your account.

### Open Orders

This section displays open orders you have placed with us that have not been executed. Certain open orders may not appear on this statement and that fact does not affect the validity of orders which you have placed with us. If you desire to cancel or change any open order you must notify your Financial Professional. The prices on some orders may be reduced by the amount of the dividend declared on the date the stock goes ex-dividend.

### Investment Objectives

You should advise your Financial Professional of any material change that might affect your financial situation and/ or investment objectives. If you have an options account in accordance with the customer options agreement signed by you, you are required to promptly advise your Financial Professional of any material change in your financial situation and/or investment objectives.

### Transfer of Account

We can assign your accounts to anyone unless you give us written notice to the contrary at the time. This right will inure to the benefit of anyone to whom we transfer your accounts.

### Cost Basis

As a courtesy to our customers, our statements may display cost basis and realized gain/loss information. HTS makes no warranties with respect to the accuracy of this information and specifically disclaims any liability arising from your use or reliance upon the cost basis or gain/loss information for any purpose. We will accept customer or Financial Professional provided information. However, we do not guarantee or verify the accuracy of this data.

In calculating gains/losses, HTS uses a First-In/First-Out (FIFO) accounting method. We will honor requests for specific identification of individual tax lots.

We may have adjusted, or may in the future adjust, costs for events such as capital changes, spin-offs, and the reclassification of dividends as return of capital. We do not warrant that this information is complete or accurate. Always consult your tax advisor for proper tax treatment of these changes as they relate to your personal situation.

### Securities Protection

HTS is, and your Financial Professional may be, a member of the Securities Investor Protection Corporation (SIPC). As a result, SIPC protects the securities held at HTS in customer accounts (as defined by SIPC) up to a maximum of $500,000,000.00 per customer including up to $250,000.00 for cash. You may obtain information about the Securities Investor Protection Corporation (SIPC), including the SIPC brochure, by contacting SIPC at www.sipc.org or (202) 371-8300. HTS has purchased additional securities protection up to an aggregate of $200 million. This protection does not apply to any decline in the market value of your securities. For more details, talk with your Financial Professional.

### Financial Statement

A financial statement of HTS is available for your personal inspection at our main office. A copy will be mailed to you upon your written request.

### Statement Sweep Disclosure

Sweep Deposit Accounts - This statement is informational and provided as a courtesy and includes assets held at different financial entities. The Bank Insured Deposit is a Federal Deposit Insurance Corporation (FDIC) insured interest-bearing deposit account held at various participant banks including PlainsCapital Bank, an affiliate of HTS. Balances held within this program represent obligations of the participating banks holding Sweep Deposit Account balances for each customer. These balances should not be considered cash balances held at HTS. Bank Insured Deposit Participants are asked to visit http://hilltopsecurities.com/hilltop-securities-inc-disclosures/sweep-account-disclosure/ and review the "Bank Insured Deposit Terms and Conditions" document relating to Program Deposits. These funds are not covered by SIPC and are not considered securities. Funds are insured by the FDIC for balances up to $250,000 and your coverage limit may be affected by your other accounts held at the banks.

### Estimated Annual Income

Certain type of securities could include a return of principal or capital gains in which case the estimated annual income (EAI) would be overstated. The actual income might be lower or higher than the estimated amounts. EAI reflects only the income generated by an investment. It does not reflect changes in price, which may fluctuate. Not all tax lots may be included which could lower the estimated amounts. HTS makes no warranties as to the completeness or accuracy of this information and specifically disclaims any liability arising from your use or reliance on this information.



 **CUSTOMER STATEMENT** 

**Account Ending In:  XXXX9714**
**MATT MARTORELLO**

## Account Summary

| | Prior Date Value | Current Date Value |
|---|---|---|
| **Total Account Value** | **0.00** | **0.00** |
| | | |
| Margin Balance | 70.13 | 70.13 |
| **Net Account Value** | **70.13** | **70.13** |



☐ Margin Balance 100.00%

143701 2/5



## Change in Account Value

| | Cash/MMkt Margin/Short | Investments | Total Account |
|---|---|---|---|
| Beginning Balance | 70.13 | | 70.13 |
| Funds Deposited/Swept | | | |
| Income Activity | | | |
| Securities Sold/Matured | | | |
| Securities Received | | | |
| Funds Withdrawn/Swept | | | |
| Margin Interest | | | |
| Securities Purchased | | | |
| Securities Delivered | | | |
| Change in Value of Securities | | | |
| **Ending Balance** | **70.13** | **0.00** | **70.13** |

**CUSTOMER STATEMENT** 

| Account Ending In:  XXXX9714 | | Statement Period | | | Page | |
| MATT MARTORELLO | | June 29, 2024 to September 30, 2024 | | | 3 of 4 | |

## Account Positions

| | Account Type | Symbol Cusip | Quantity Long/Short | Current Price | Current Value | % of Portfolio | Est Annual Income |
|---|---|---|---|---|---|---|---|
| **Cash & Money Market** | | | | | | | |
| Margin | Margin | | | | 70.13 | 100.00% | |
| **Total Cash & Money Market** | | | | | **70.13** | **100.00%** | |
| | | | | | | | |
| **Total of All Positions** | | | | | **0.00** | | |

**End of Account Positions**




Case 24-90016-mxm11   Doc 67-1   Filed 11/20/24   Entered 11/20/24 21:45:19   Desc
Schedule  Bank Statements   Page 8 of 66

# CUSTOMER STATEMENT



**Account Ending In:  XXXX9714**
MATT MARTORELLO

**Statement Period**        **Page**
June 29, 2024 to September 30, 2024     4 of 4

**For Advisory Accounts:**  Advisory fees are calculated on the fair market value of the assets, as determined by Envestnet, on the last business day of the preceding calendar quarter. If the management of the account commences or is terminated at any time other than at the beginning or end of a calendar quarter, the fee is prorated based on the initial account value and the number of days the account was open in that quarter. For calculation purposes the fee is based on 365 actual days in a year (366 for leap year). The calculation is as follows: (Market Value x Rate x ((Days / 365)) with the Rate being the agreed upon fee within the Advisory Agreement. For more complete information on the fee charged, please contact your financial advisor. If you would like a copy of the most recent form ADV or disclosure brochure document, which describes our programs, including services and fees, you may contact your financial advisor.  Please contact your financial advisor if you would like to place any reasonable investment restrictions on your Advisory account.  You should contact your financial advisor if you have had any changes to your financial condition that would warrant changing your investment objectives or risk tolerance.

Hilltop Securities Inc. ("HTS") is subject to the U.S. Securities and Exchange Commission's Uniform Net Capital Rule (the "Rule"), which requires the maintenance of minimum net capital.  HTS has elected to use the alternative method, permitted by the Rule, which requires that it maintain minimum net capital, as defined in Rule 15c3-1 of the Exchange Act, equal to the greater of $1,000,000 or 2% of aggregate debit balances, as defined in Exchange Act Rule 15c3-3 of the Securities Exchange Act of 1934.  The Company is also subject to the net capital requirements of the CFTC Regulation 1.17 ("Rule 1.17") and requirements of the National Futures Association, and is required to maintain "adjusted net capital" equal to or in excess of the greatest of $45,000 or the amount of net capital required by Rule 15c3-1.  At June 30, 2024, HTS had net capital of $270,835,000, or approximately 82.84% of aggregate debit balances, which was $264,296,000 in excess of its minimum net capital requirement of $6,539,000 at that date.  The audited statement of financial condition as of June 30, 2024 is available on HTS's web site at www.hilltopsecurities.com, or by dialing our toll-free request line, 800-326-2174, and is provided pursuant to the Financial Industry Regulatory Authority ("FINRA"), Conduct Rule 2261 (Disclosure of Financial Condition).

The following information is being provided to you as required by FINRA 2267 (Investor Education and Protection).  The toll-free FINRA Regulation and Disclosure Program Hotline is 800-289-9999, and the FINRA web site is www.finra.org.  An investor brochure that includes information describing the Public Disclosure Program can be obtained by calling the toll-free number or visiting the web site.

Finra Rule 2231 requires the Firm to provide valuations and disclosures relating to direct participation program (DPP) and unlisted real estate investment trust (REIT) securities on customer statements.  To comply, the firm has chosen to provide an estimated value for each security, as well as business development companies (BDCs), from one of the following sources: 1) annual report 2) outside service or 3) other source.  These estimated values have been developed from data that is as of a date no more than 12 months prior to the date of this statement and are calculated in one of two ways as outlined below.  Where prices cannot be obtained by HTS from any of the aforementioned parties, the Current Price field will not contain any data.  Further, please note that DPP, REIT and BDC securities are not listed on a national securities exchange and are generally illiquid.  If a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account statement.

(A) Net Investment: "Net investment" shall be based on the "amount available for investment" percentage in the "Estimated Use of Proceeds" section of the offering prospectus or, where "amount available for investment" is not provided, another equivalent disclosure that reflects the estimated percentage deduction from the aggregate dollar amount of securities registered for sale to the public of sales commissions, dealer manager fees, and estimated issuer offering and organization expenses. When the issuer provides a range of amounts available for investment, the member may use the maximum offering percentage unless the member has reason to believe that such percentage is unreliable, in which case the member shall use the minimum offering percentage.

IMPORTANT—Part of your distribution may include a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement.

(B) Appraised Value: The "Appraised Value" methodology consists of the appraised valuation disclosed in the issuer's most recent periodic current report filed with the SEC.  Rule 2340(c)(1)(b) requires that the per share estimated value disclosed in an issuer's most recent periodic or current report be based on valuations of the assets and liabilities of the DPP or REIT, and that those valuations be:

     a.   Performed at least annually

     b.   Conducted by, or with the material assistance or confirmation of, a third party valuation expert or service; and

     c.   Derived from methodology that conforms to standard industry practice.

Where a DPP is subject to the Investment Company Act of 1940 ("1940 Act") (e.g. business development companies), instead of a valuation that meets the appraisal requirement listed above, the appraised value will be consistent with the valuation requirements of the 1940 Act and the rules thereunder.

Municipal Investor Client Education and Protection

Hilltop Securities Inc. is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board.  Additional information regarding these organizations may be found at www.sec.gov and www.msrb.org.  A municipal investor brochure is posted on the website of the Municipal Securities Rulemaking Board that describes the protections that may be provided by the Municipal Securities Rulemaking Board rules and how to file a complaint with an appropriate regulatory authority.  Registration with the organizations does not imply any endorsement or approval has been granted to Hilltop Securities Inc.

Institutional Bank Insured Deposits (IBID)

Notwithstanding anything to the contrary in this statement, the Institutional Bank Insured Deposits (IBID) - The Demand Deposit Marketplace (DDM) - Specific Order Program ("Program") is not a 'sweep' program.  The Program is a 'specific order' program under which Hilltop acts upon a Specific Order from its customer directing Hilltop to transfer a specified amount of funds from the customer's brokerage or other account at Hilltop to and from deposit accounts at other financial institutions under the Program, in the manner and under the terms and conditions specified in that Specific Order.

Copyright 2021, S&P Global Market Intelligence. Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall. Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**END OF STATEMENT**



CUSTOMER STATEMENT





# CUSTOMER STATEMENT



## Investment Banking Solutions

**THIS NOTICE APPLIES ONLY TO ACCOUNTS PARTICIPATING IN THE HILLTOP SECURITIES INC. BANK INSURED DEPOSIT PROGRAM**

Hilltop Securities Inc.'s Bank Insured Deposit Sweep Program ("BID") is an FDIC-insured account that sweeps funds to participant banks in increments of $250,000.00, to achieve FDIC insurance coverage up to $5 million per account owner, per ownership category depending on the number of participant banks in the program. To learn more please visit Hilltop Securities' website at https://www.hilltopsecurities.com/disclosures/sweep-account-disclosure/.

Current banks in BID, including those banks with which Hilltop Securities Inc. may be in negotiations to enter the BID, include:

*PlainsCapital Bank, an affiliate of HilltopSecurities
Amerant Bank, N.A.
Banc of California (formerly Pacific Western Bank)
Bank of East Asia
Centennial Bank
^Citibank N.A.
ConnectOne Bank
East West Bank
Evolve Bank & Trust
First Bank & Trust
First Bank NJ
First Credit Bank
Flagstar Bank N.A.

Merrick Bank
Metropolitan Commercial Bank
NexBank
^Peapack-Gladstone Bank
Pinnacle Bank
*Poppy Bank
SMBC MANUBANK (formerly Manufacturers Bank)
Third Coast Bank SSB
*,#TriState Capital Bank
Truist Bank
United Community Bank
Western Alliance Bank



*Denotes a bank which receives priority in meeting and maintaining its target BID balances for overnight deposits and/or term deposits.
#Denotes a bank in which Hilltop Securities Inc. maintains a reserve account.
^Denotes an Excess Deposit Bank.

Please note if you have deposits held directly with one of these participant banks, that balance is separate from the balance in Hilltop's BID program. Please notify your financial professional if the combined deposits are in excess of $250,000.



**CUSTOMER STATEMENT**



# Hilltop Securities Inc. Privacy Policy

At Hilltop Securities Inc. (HTS), we are committed to protecting your privacy and the confidentiality of your personal and financial information. The measures we take to keep your personal information private and secure are outlined below.

HTS has multiple affiliates, including Momentum Independent Network Inc., Hilltop Securities Insurance Agency Inc., Hilltop Securities Asset Management, LLC, PrimeLending, Inc. and Plains Capital Bank. These companies, along with HTS Inc., are wholly owned subsidiaries of Hilltop Holdings Inc., a financial holding company whose stock is listed on the New York Stock Exchange under the ticker symbol HTH. Since the affiliates are all part of one corporate family, they work with one another and may work together to service your financial needs. The sharing of your information among our affiliates enables us to serve you more efficiently and makes it more convenient for you to do business with us. We are permitted by law to share information with our affiliates about your account history and your experiences with us. All of our affiliates follow similar privacy policies.

## How We Protect Confidentiality

HTS uses procedural, physical and electronic system safeguards to store and secure information about you in compliance with federal standards. Our systems protect your information from unauthorized access, alteration, and destruction. Access is permitted only to those individuals within our organization who need the information to perform their job responsibilities.

When we enter into agreements with other companies to provide services to us or to make products and services available to you, we include a confidentiality clause. Under such an agreement, these companies may receive information about you, but they may only use it for the intended purpose - to benefit you.

## Persons Covered by the Privacy Policy

The HTS' Privacy Policy applies to anyone who is a current or former HTS brokerage or investment advisory client or who registers with one of our services or promotional offers. We provide you with a copy of this policy when you open an account, and we send you annual notifications

thereafter. If we change our policy regarding the sharing of information, we will notify you in advance and give you the opportunity to "opt out" of such disclosure.

## How We Obtain Information About You

In the normal course of business, we collect, retain and use information about you to serve your financial needs, administer your account(s) and inform you of products and services that may be of interest. This data, known as non-public personal information, may be collected from several sources, including: applications and other forms you file with us (e.g., name, assets, income), records of transactions with us, our affiliates, non-affiliated third parties and others (e.g., credit report). Because we strive to provide you with the best possible service, the accuracy and completeness of your personal information is important to us. We ask that you review your information regularly to ensure that it is correct. Please contact your financial professional or HTS directly if you need to correct or update your personal information.

## Sharing Information-With Whom and Why

HTS does not sell your personal information to anyone. We restrict the types of information we share and the types of entities with whom we share it. The primary reason for sharing information about you is to increase your convenience in transacting business with us and to give you more financial service choices.

We do not disclose your personal information to non-affiliated third parties, unless one of the following exceptions applies: (1) We disclose personal information to service providers that assist us in processing your transactions or servicing your account(s). An example would be the company that prints and mails your account statement.  (2) We disclose or report personal information in limited circumstances when we believe in good faith that disclosure is required or permitted under law. For example, we would provide information in cooperation with securities regulators or law enforcement authorities, to resolve consumer disputes, or to perform credit evaluations and authenticate checks.

## Internet Security

We do not retrieve account or personal information from visitors who browse the public areas of our website.

Clients who have the ability to access their accounts online are required to log on to our secure websites with their user name and individually selected password. Your password is known solely to you and should never be shared with anyone. Each time you access your account, please log off when you are finished.  This will prevent someone else from accessing your account if you leave your computer unattended.

HTS employees use information about you to respond to your needs and to provide you with information about specific products in which you may have an interest. We instruct our employees to use strict standards of care in handling the personal, confidential information of customers and remind them on a regular basis of their obligations with regard to the confidentiality of customer information.

## Option to Opt Out and Change Notices

If for any reason at any time in the future, we find it necessary to disclose any of your personal information in a way that is inconsistent with this policy, we will give you advance notice of the proposed change and the opportunity to opt out of such disclosure. For your reference, this Privacy Policy has been posted at www.hilltopsecurities.com. If you have questions or concerns, please contact us via email at info@hilltopsecurities.com.

Hilltop Securities Inc.

717 N. Harwood Street, Suite 3400

Dallas, Texas 75201

(214) 859-1800

info@hilltopsecurities.com

www.hilltopsecurities.com

Member:  NYSE/FINRA/SIPC





CUSTOMER STATEMENT



Account Statement - (@Matt-Martorello) - August 31st to October 1st 2024

Account Activity

| ID | Datetime | Type | Status | Note | From | To |
|---|---|---|---|---|---|---|
| 414781623 | 2024-09-01T21:30:26 | Payment | Complete | Hotel for to | Matt Marto | Brook Wimr |
| 415050038 | 2024-09-05T14:23:21 | Payment | Complete | Baseball Le | Matt Marto | Jason Payto |
| 415274922 | 2024-09-08T16:51:24 | Payment | Complete | Photo | Matt Marto | Ashley Lock |
| 415845877 | 2024-09-16T13:55:16 | Payment | Complete | Matthew sh | Matt Marto | Lauren Whi |

| Amount (to | Amount (tip | Amount (ta | Amount (fe | Tax Rate | Tax Exempt | Funding So | Destination | Beginning E |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $224.33 |
| ($824.00) | | 0 | $24.00 | 0 | | Mastercard *8470 | | |
| ($618.00) | | 0 | $18.00 | 0 | | Mastercard *8470 | | |
| ($29.00) | | 0 | | 0 | | Venmo balance | | |
| ($68.65) | | 0 | | 0 | | Venmo balance | | |

| Ending Balance | Statement | Terminal Lo | Year to Date | Disclaimer |
|---|---|---|---|---|
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| | | Venmo | | |
| $126.68 | $42.00 | | $129.01 | In case of |

# RBFCU

rbfcu.org

P.O. Box 2097, Universal City, TX 78148-2097

**Statement Period**
09/01/2024 through 09/30/2024

*Direct Inquiries to Member Services:*
*P.O. Box 2097, Universal City, TX 78148-2097*
*1-210-945-3300 / rbfcu.org*
*Routing #:* ███9681

Use the RBFCU Mobile® app to open or
review accounts, send money and more!
Download today. RBFCU does not charge a
fee for the RBFCU Mobile app, but you may
be charged for data by your mobile wireless
provider.

REBECCA L MARTORELLO
MATT MARTORELLO
3805 GREENBRIER DR
DALLAS  TX  75225-5218

| PRIMARY SAVINGS SUMMARY | ███6228 | | |
|---|---|---|---|
| **Savings Rate - 0.30 | *APYE - 0.00 | | | |
| **Previous Statement Balance** | **Total Credits** | **Total Debits** | **Current Statement Balance** |
| $1.00 | $0.00 | $0.00 | $1.00 |

| Primary Savings Account \| Deposits & Other Transactions |
|---|
| No activity this statement period. |

| Other Information | | |
|---|---|---|
| **Description** | **This Period - Savings** | **YTD - Savings** |
| Insufficient Funds Fees (Paid) / Courtesy Pay Fees | $0.00 | $0.00 |
| Insufficient Funds Fees (Returned) | $0.00 | $0.00 |
| Dividends | $0.00 | $0.00 |

*APYE: Annual Percentage Yield Earned.  APYE is calculated based upon account activity and average monthly balance.
** Rate as of statement closing date.

*Please examine your statement upon receipt and report any differences, irregularities, or discrepancies as specified in the RBFCU Membership Agreement.*

THIS PAGE LEFT INTENTIONALLY BLANK - THANK YOU FOR YOUR MEMBERSHIP




# RBFCU

rbfcu.org

P.O. Box 2097, Universal City, TX 78148-2097

**Statement Period**
09/01/2024 through 09/30/2024

*Direct Inquiries to Member Services:*
*P.O. Box 2097, Universal City, TX 78148-2097*
*1-210-945-3300 / rbfcu.org*
*Routing #:* ▮▮▮▮▮▮

Use the RBFCU Mobile® app to open or review accounts, send money and more! Download today. RBFCU does not charge a fee for the RBFCU Mobile app, but you may be charged for data by your mobile wireless provider.

MATT MARTORELLO
REBECCA L MARTORELLO
3805 GREENBRIER DR
DALLAS TX 75225-5218

## PRIMARY SAVINGS SUMMARY | ▮▮▮6237

**Savings Rate - 0.30 | *APYE - 0.00

| Previous Statement Balance | Total Credits | Total Debits | Current Statement Balance |
|---|---|---|---|
| $1.00 | $0.00 | $0.00 | $1.00 |

### Primary Savings Account | Deposits & Other Transactions

No activity this statement period.

### Other Information

| Description | This Period - Savings | YTD - Savings |
|---|---|---|
| Insufficient Funds Fees (Paid) / Courtesy Pay Fees | $0.00 | $0.00 |
| Insufficient Funds Fees (Returned) | $0.00 | $0.00 |
| Dividends | $0.00 | $0.00 |

## CHECKING SUMMARY | ▮▮▮6246

Checking Rate - 0.05 | *APYE - 0.00

| Previous Statement Balance | Total Credits | Total Debits | Current Statement Balance |
|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 |

### Checking Account Deposits

No activity this statement period.

### Freedom Check Card & Other Transactions

No activity this statement period.

### Checks Cleared

No activity this statement period.

### Other Information

| Description | This Period - Checking | YTD - Checking |
|---|---|---|
| Insufficient Funds Fees (Paid) / Courtesy Pay Fees | $0.00 | $0.00 |
| Insufficient Funds Fees (Returned) | $0.00 | $0.00 |
| Dividends | $0.00 | $0.00 |

| LINE OF CREDIT INFORMATION | ▮▮▮4361 | | |
|---|---|---|---|
| **Type of Loan** | **Previous Balance** | **Current Balance** | **Interest Charged YTD** |
| HELOC | $0.00 | $0.00 | $0.00 |

| **Limit** | **Advances** | **Payments** | **Available** | **Annual Percentage Rate** | **Periodic (Daily) Rate** |
|---|---|---|---|---|---|
| $1,800,000.00 | $0.00 | $0.00 | $1,800,000.00 | 8.00 | 0.021918 |

No activity this statement period.

Note: Limited Line of Credit Information is provided for this statement cycle.  A Line of Credit Bill Notice providing detailed information will be generated prior to the payment due date of your Line of Credit if a payment is required.  If you have questions regarding your Line of Credit, please contact our Member Service Center.

| Other Information | | |
|---|---|---|
| **Description** | **This Period - Line of Credit** | **YTD - Line of Credit** |
| Late Fees | $0.00 | $0.00 |

*APYE: Annual Percentage Yield Earned.  APYE is calculated based upon account activity and average monthly balance.
** Rate as of statement closing date.

*Please examine your statement upon receipt and report any differences, irregularities, or discrepancies as specified in the RBFCU Membership Agreement.*




Apex Clearing Corporation
350 N. St. Paul Street 1300
Dallas, TX 75201

# tastytrade

1330 W. Fulton Street, Suite 600, Chicago, IL 60607  |  312.724.7075

*July 1, 2024 - September 30, 2024*

PAGE **1** OF 6

ACCOUNT NUMBER     ▇▇▇▇**88-11  TUA**

**MATT MARTORELLO**

MATT MARTORELLO
3805 GREENBRIER DR
DALLAS TX  75225-5218

INDIVIDUAL ACCOUNT

## ▶ ACCOUNT SUMMARY

|  | OPENING BALANCE | CLOSING BALANCE |
|---|---|---|
| Margin account | $1,114.50 | $1,114.50 |
| NET ACCOUNT BALANCE | 1,114.50 | 1,114.50 |
| TOTAL PRICED PORTFOLIO | 0.00 | 0.00 |
| **Total Equity Holdings** | **$1,114.50** | **$1,114.50** |

## ▶ PORTFOLIO EQUITY ALLOCATION



Cash
100.000%

ACCOUNT CARRIED BY:
**APEX CLEARING
CORPORATION**
MEMBER FINRA, NYSE and SIPC

**See Reverse Side for Important Tax Information.** This statement shall be conclusive if not objected to in writing within ten days. Errors and omissions excepted. Please address all communications to the firm and not to individuals. Address changes or other material changes on your account should be directed to the office servicing your account. Kindly mention your account number. **This statement should be retained for income tax purposes.**

You may have received a confirmation for a trade, which does not appear on this statement. If this confirmation was for a "regular way" transaction, and the trade date as shown on the confirmation was after the date as of which this statement appears at the top of this statement the trade will appear on your next regular monthly statement.

If this is a margin account and we maintain a special miscellaneous account for you, this is a combined statement of your general account and special miscellaneous account maintained for you under Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the special miscellaneous account as required by Regulation T is available for your inspection at your request.

The per annum rate of interest charged on the debit balance in your account is shown on this statement. This rate may change from time to time in accordance with fluctuations in interest rates. Interest is computed from the 16th day of the preceding month to the 15th day of the current month except in December and January. In December, the charges include the last day of the year and, in January, the interest is calculated from the first day of the month. The interest is based on the average daily net debit balance in your account with us, and for the actual number of days based on an interest year of 360 days. When calculating margin interest, free credit balances in all accounts will be offset against any debit in the margin account and the interest will be charged on the net debit balance.

We are required to report to the Internal Revenue Service all cash dividends and registered bond interest credited to your account on securities held for you in our name. We also report coupon bond interest. All dividends and interest credits should be included in your income tax return.

Information relative to commission and any other charges incurred in connection with listed option transactions occurring during the month has previously been furnished to you in confirmation of such transactions. A summary of this information will be made available to you promptly upon request. Exercise assignment notices for option contracts are allocated among customer short positions pursuant to a manual procedure with randomly selects from among all customer short option positions including those contracts which are subject to exercise. All short American style option positions are liable for assignment at any time whereas European style options are assigned at expiration. A more detailed description of our random allocation procedure is available upon request.

You are to promptly advise your brokerage firm or bank of any material changes concerning your investment objectives or financial situation.

Our financial statement is available for your personal inspection at our office, or a copy of it will be mailed upon your written request.

SIPC Protection. As a member of the Securities Investor Protection Corporation (SIPC), funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org. Apex has purchased an additional insurance policy through a group of London Underwriters to supplement SIPC protection. This additional insurance policy becomes available to customers in the event that SIPC limits are exhausted and provides protection for securities and cash up to certain limits. Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities

Any free credit balance represents funds payable upon demand which, although properly accounted for on our books of records, is not segregated, and may be used in the conduct of this firm's business as permissible under the SEC Rule 15c3-2.

NOTICE TO CUSTOMERS

Apex is a member of the New York Stock Exchange and various other exchanges. Apex acts as clearing agent for your trades.

As required under SEC rules, both the Firm's Order Routing Report as well as information regarding specific order routing information is available free of charge upon request.

Your account, which was introduced to us by your broker or bank, is established under your name on a "fully disclosed" basis at Apex. As a clearing agent, we provide securities clearance and may provide order execution on you broker's or bank's instructions.

You will remain a customer of your broker or bank. Apex will not be involved with or have any responsibility for decisions regarding securities transactions in your account. Your broker or bank will be responsible for opening, approving and monitoring all activities in connection with your account. The entry of orders, and any instructions regarding the deposit or withdrawal of securities or monies should be made through your broker or bank.

In addition to the above mentioned services, Apex will provide cashiering services, safeguarding of funds and securities while in Apex's possession, monitoring compliance with applicable credit Regulation T and Apex's internal policies, preparing and mailing your account records (including transaction confirmations and periodic statements of your account).

Interest charges to your account will be based on the size and net debit balance during the interest period. These rates are subject to revision without notice in accordance with any changes in the broker call loan rate. For more complete information regarding interest charged to customers, consult the Truth in Lending Notice which is made available through your broker or bank.

Apex is a member of the Financial Industry Regulatory Authority, Inc. ("FINRA") and we are required to inform you of the availability of the FINRA Investor Brochure, which contains information on FINRA BrokerCheck. You may contact FINRA at 800-289-9999 or at their website at www.finra.org. Apex carries your account and acts as your custodian for funds and securities deposited with us directly by you, through your brokerage firm or bank or as a result of transactions we process for your account. Any suspected inaccuracy or discrepancy in your account statement must be promptly reported to both your brokerage firm or bank (not to your individual broker or agent) and Apex. In order to protect your rights, including your right to SIPC coverage, please confirm any oral communication in writing and include your brokerage account number. General inquiries or concerns regarding your account should be directed to your brokerage firm or bank. Account positions and balance inquiries or concerns should be directed to Apex by telephone at 214-765-1009

ACCOUNT SUMMARY:
Displays applicable account type balance, money fund balances, priced portfolio value, and total account equity as of the opening and closing of the statement period. Priced Portfolio Value and Total Portfolio Equity are rounded to the nearest dollar. Total Priced Portfolio and Expense does not include unpriced securities.

INCOME AND EXPENSE SUMMARY:
Lists all income earned during the current statement period, as well as year to date.  Section includes taxable and non-taxable dividends and interest, capital gains and MLP (Master Limited Partnership) distributions. This section also displays Margin Interest Expenses.

PORTFOLIO EQUITY ALLOCATION:
The Pie Chart is an estimate for illustrative purposes only.

PORTFOLIO SUMMARY:
Lists all securities held in your account.

MARKET VALUE:
This amount represents the value of the security position in your portfolio based on appraisals obtained from the various quotation services. These appraisals are based on the closing prices, bond yields and/or the mean bid and ask on the last day of the statement period. Because of the nature of the data provided by the quotation services, we cannot guarantee the accuracy of such prices or the valuation dates particularly in the case of inactive or infrequently traded securities.
Some securities in your portfolio may be listed as "Unpriced" on your statement. We use an automated pricing service from an outside vendor and certain prices may not be available to them. You can obtain a current quotation, upon request, from your broker or bank
Bond prices might differ from current market quotes. Similarly, bond ratings may differ from current actual ratings. Computerized pricing and rating services are often unable to supply us with up to the minute information. Your broker or bank will be pleased to obtain a current quotation upon request.

ESTIMATED ANNUAL INCOME
The current annual dividend or bond interest rate for each security held, if available from quotation services. The rate is multiplied by the number of shares or par value of bonds to determine estimated annual income.
OPEN ORDERS:
Displays all GTC (Good-Till-Cancelled) orders in your account. Also included in the section are GTX orders (GTC orders eligible for extended trading hours).
MONEY MARKET ACTIVITY:
Purchases, reinvestments and liquidations of money market funds, plus redemptions of money market fund checks.
DEFINITION OF ACCOUNT TYPES   C=Cash, M=Margin, I=Income, L=Legal, S=Short, X=RVP/DVP, and O=Other

REALIZED GAIN/LOSS DETAIL AND PORTFOLIO SUMMARY SECTIONS:
Displays mutual funds by average cost and other securities by individual tax lot. Realized gains (losses) are reflected on a trade date basis for transactions settling during the current period or the period in which the shares were received, if later. Realized gains and losses may include transactions that settle during the following statement cycle. These transactions appear in the Portfolio Holdings section. Estimated unrealized gains (losses) are displayed for most securities currently held. The cost basis used in determining gains (losses) does not reflect wash sales and may not reflect all capital adjustments. Most exchanges reflected on this statement are treated as non-taxable, unless or until other information has been communicated to us. Cost basis of preferred securities with original issue discount ("OID") is not adjusted for the accretion of OID. For most long positions transferred between beneficial owners, the transferor's cost basis will be retained. For shares acquired from a decedent, you should consult your tax advisor to determine the appropriate valuations and holding period that applies. ALTHOUGH THE COST BASIS SHOWN MAY HAVE BEEN ADJUSTED, YOUR COST BASIS MAY REQUIRE ADDITIONAL ADJUSTMENTS, NOTE: WE DO NOT REPRESENT THE CALCULATIONS OF REALIZED AND UNREALIZED GAINS (LOSSES) AS AN OFFICIAL TAX ACCOUNTING OF SUCH FIGURES. FOR TAX PURPOSES, YOU SHOULD RELY ON YOUR OWN RECORDS AND THE CONSOLIDATED FORM 1099 SENT TO YOU.

Order Routing:
The SEC requires all broker-dealers that route orders in equity securities and options to make available quarterly reports that present a general overview of their routing practices. The reports must identify the significant venues to which customer orders were routed for execution during the applicable quarter and disclose the material aspects of the broker-dealer's relationship with such venues. In addition, the Rule (SEC 606) requires broker-dealers to disclose, on customer request, the venues to which the individual customer's orders were routed for the six months prior to the request, and the execution time for the orders that were executed. For further information, please contact your broker or financial advisor.

PLEASE RETAIN THIS STATEMENT AS IT WILL BE HELPFUL IN PREPARING YOUR INCOME TAX RETURNS AND MAY BE NEEDED ALONG WITH SUBSEQUENT STATEMENTS TO VERIFY INTEREST CHARGES IN YOUR ACCOUNT. THIS STATEMENT SHALL BE DEEMED CONCLUSIVE UNLESS OBJECTED TO IN WRITING WITHIN 10 BUSINESS DAYS OF THE STATEMENT CLOSING DATE.
MUTUAL FUNDS AND OTHER SECURITIES ARE NOT INSURED BY THE FDIC, ARE NOT DEPOSITS OR OBLIGATIONS OF, OR GUARANTEED BY APEX, AND INVOLVE INVESTMENT RISKS, INCLUDING THE POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED.

*July 1, 2024 - September 30, 2024*



PAGE **2** OF 6

ACCOUNT NUMBER ████**88-11  TUA**

1330 W. Fulton Street, Suite 600, Chicago, IL 60607  |  312.724.7075

**MATT MARTORELLO**

**▶ ANNOUNCEMENTS**

**IMPORTANT INFORMATION**

**Statement of Financial Condition**
A copy of Apex Clearing Corporation's Unaudited Statement of Financial Condition as of June 30, 2024 is available on the website at https://apexfintechsolutions.com/legal/disclosures/. A copy may also be obtained at no cost by calling Apex Clearing Corporation.  As of June 30, 2024, Apex Clearing Corporation had a net capital of $445,881,608 and was $416,473,687 in excess of its required net capital of $29,407,921.  As of July 31, 2024, Apex Clearing Corporation had net capital of $476,161,687 and was $440,570,210 in excess of its required net capital of $35,591,477.

**Apex's Policy for Dividends and Interest**
Apex's policy is to pay all dividends and interest in US Dollars. Apex will allow the following countries to be paid in their foreign currency (Canadian Dollars, British Pounds, Euros, Argentine Peso, Chinese Renminbi, Korean Won, Philippine Peso and Brazilian Real).

**Participation in Fully Paid Lending Program**
Customers participating in the Fully-Paid Securities Lending Program should be aware that shares on loan are not covered by FDIC or SIPC. Cash securities collateralizing shares are held at JP Morgan Chase & Co. and not subject to FDIC or SIPC protections. Please consult the Master Securities Lending Agreement for additional information.

**Information Regarding Cost Basis for Foreign Account Statements**
Foreign Currency: Cost basis is required to be reported in U.S. dollars for tax purposes. It is the responsibility of the account holder to convert sales proceeds paid in foreign currency to U.S. dollars to avoid inaccurate cost basis calculations. When reporting the purchase or sale, you must determine the U.S. dollar amounts to be reported as of the settlement date, at the spot rate or by following a reasonable spot rate convention. See Regulations section 1.6045-1(d)(8).

**Payment of Interest to holders of Municipal Securities -**  you may be subject to a substitute interest payment if the transfer of ownership of your municipal security has not been completed prior to the next interest payment. Please contact a tax professional for more specific details.

**IMPORTANT INFORMATIO N**

To our valued customers:
FINRA Rule 2231 requires that we advise you to promptly report any inaccuracy or discrepancy in your account (within 10 days after available) to your brokerage firm and clearing firm (where these are different firms) and to re-confirm any oral communications in writing.
https://www.finra.org/rules-guidance/notices/06-72
**"IMPORTANT - Part of your distribution includes a return of capital. Any distribution that represents a return of capital reduces the estimated per share value shown on your account statement."**
The preceding notice is required when reporting distributions on Direct Participation Programs  and/or REITs and is subject to the DPP or REIT sponsor's final capital return determination as detailed in the IRS Form 1099 or K-1, as applicable.
Alternative or Other Investments, DPP, and Unlisted securities are not listed on a national securities exchange, are generally illiquid and that, even if a customer is able to sell the securities, the price received may be less than the per share estimated value provided in the account. The evaluation method used for any particular  DPP or REIT will be provided to clients upon request.
**Certain positions are not held on Apex's books or custodied by Apex and are not Protected by SIPC.**

*July 1, 2024 - September 30, 2024*



**ACCOUNT NUMBER** ███88-11 **TUA**

PAGE **3** OF 6

**MATT MARTORELLO**

1330 W. Fulton Street, Suite 600, Chicago, IL 60607  |  312.724.7075

**INDIVIDUAL ACCOUNT**

▶   ANNOUNCEMENTS  (CONTINUED)

Pursuant to SEC Rule 606, Apex Clearing Corporation is required to make publicly available a quarterly report with regard to its routing of non-directed orders. For the purpose of this Rule, we have entered into an agreement with Quantum5 Market Surveillance (a Division of S3 Matching Technologies) to disclose all required information pertaining to this rule. This information can be accessed on the internet at: **http://public.s3.com/rule606/apex/**, or a written copy will be furnished at no cost upon request via telephone to (214) 765-1009.

SEC Rule 606 (b) requires a broker-dealer to disclose to its customers, upon request, "the identity of the venue to which the customer's orders were routed for execution in the six months prior to the request, whether the orders were directed orders or non-directed orders, and the time of the transactions, if any, that resulted from such orders."

In accordance with the Emergency Economic Stabilization Act of 2008  broker-dealers are required to track and report cost basis to the IRS in three phases over the next three years.

•Equity securities acquired on or after January 1, 2011

•Mutual fund and dividend reinvestment plan (DRIP) shares acquired on or after January 1, 2012:

•Debit securities, options, and all other financial instruments acquired on or after January 1, 2014. (The IRS has extended this date from the previously announced date of January 1, 2013.)

Beginning this upcoming tax reporting season the cost basis of any covered equity security transaction (purchased after 12/31/10) that is required to be reported on a 1099-B will include its associated cost basis. If you have any questions about this important change to the IRS mandated reporting requirements, please contact your broker-dealer or registered advisor.

**IMPORTANT INFORMATION CONTINUED**

Please take note of the following description of Apex Clearing Corporation's excess SIPC coverage, which reflects certain changes made to the coverage effective August 8, 2013.  The Securities Investor Protection Corporation ("SIPC") protects certain customer funds up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. Please note SIPC does not cover commodity contracts and options on futures. For additional information regarding SIPC coverage, including a brochure, please contact SIPC at (202) 371-8300 or visit www.sipc.org.

Apex has purchased an additional insurance policy to supplement SIPC protection.  This additional insurance policy, widely known as "excess SIPC," becomes available to customers in the event that SIPC limits are exhausted.  This additional insurance provides protection for securities and cash up to an aggregate limit of $150 million, subject to sub-limits for any one customer of $37.5 million for securities and $900,000 for cash.  Similar to SIPC protection, this additional insurance does not protect against a loss in the market value of securities.  For additional information, please contact your broker.

**IMPORTANT INFORMATION**
APEX CLEARING CORPORATION DISCLOSURE STATEMENT

Apex Clearing Corporation ("Apex") recognizes the importance of providing information on an ongoing basis to the customers whose accounts are cleared through Apex. Your broker/dealer has designated Apex as its clearing firm. In accordance with industry rules and regulations, Apex is required to disclose on an annual basis certain important regulatory notices and disclosures. To comply with these requirements, Apex has published an Annual Disclosure Statement which is available on the Apex corporate web site, www.apexclearing.com. For customers who do not have access to the internet please call Apex at 214-765-1009 and request a complete copy of the Annual Disclosure Statement be mailed to your address of record.

A brief summary of the content of the Annual Disclosure Statement is as follows:

• Anti-Money Laundering - Federal law requires all financial institutions to obtain, verify and record information that identifies each person who opens an account.

• Privacy Policy - The privacy of customers is a responsibility which Apex respects and protects for former customers as well as current customers.

• Margin Disclosure Statement: FINRA Rule 2264 - The Information furnished provides basic facts about purchasing securities on margin and alerts customers of certain risks involved in trading securities in a margin account.

• Day-Trading Risk Disclosure Statement: FINRA Rule 2270 - Information to be considered before engaging in a day-trading strategy.

*July 1, 2024 - September 30, 2024*



PAGE **4** OF 6

ACCOUNT NUMBER ███████88-11 **TUA**

1330 W. Fulton Street, Suite 600, Chicago, IL 60607 | 312.724.7075

**MATT MARTORELLO**

▶ ANNOUNCEMENTS (CONTINUED)

- Business Continuity Plan: FINRA Rule 4370 - A further summary of Apex's Disaster Recovery Plan to reasonable ensure business continuity.
- SEC Rule 606 and 607 (Payment for Order Flow and Order Routing information) - (Rule 606) Requires Apex to make public a quarterly report with regard to routing of non-directed orders and (Rule 607) Requires Apex to disclose its payment for order flow practices.
- SEC Rule 10b-10 - Requires customers are provided with prior written notification of certain transactions that are not reported immediately through a trade confirmation.
- SIPC Information: FINRA Rule 2266 - The Securities Investor Protection Corporation ("SIPC") requires that funds are available to meet customer claims up to a ceiling of $500,000, including a maximum of $250,000 for cash claims. For more information about SIPC coverage or to receive a brochure, please visit the SIPC website at www.sipc.org or, call (202) 371-8300.
- Investor Education and Protection: FINRA Rule 2267 - Requires Apex to provide information about FINRA's BrokerCheck program. The investor brochure may be obtained from FINRA BrokerCHeck hotline number (800) 289-9999 or the FINRA web site address www.FINRA.org.
- Joint NASD Industry Breakpoint Task Force - A further summary of a July 2003 report which recommends written disclosure regarding mutual fund breakpoints.
- Carrying Agreements: FINRA Rule 4311 - The firm with which you have opened your securities account has retained Apex to provide certain record keeping, clearance, and settlement functions. A further summary of details is disclosed.
- Extended Hours Trading Risk Disclosure: FINRA Rule 2265 - Risks to consider include lower liquidity, higher volatility, changing prices, unlinked markets, news announcements, wider spreads, and lack of calculation.
- Liens and Levies - Apex will abide by the directions of federal, state, or other levying authorities.
- Regulation E - Disclosure regarding certain electronic transfers is required under the provisions of this regulation as issued by the Board of Governors of the Federal Reserve System.
- Municipal Securities Rulemaking Board ("MSRB") Rule G-10 requires an annual notification that 1) Apex Clearing Corporation is registered with the U.S. Securities and Exchange Commission and the Municipal Securities Rulemaking Board, 2) the MSRB publishes an investor brochure that is published on their website that describes the protections that may be provided by the MSRB and how to file a complaint with the regulatory authorities and 3) a copy of the MSRB Investor Brochure as well as information regarding prospective, new and existing MSRB rules may be found on the MSRB website by going to the following link: http://www.msrb.org/,

**IMPORTANT INFORMATION**

Coming Soon - Addition of U.S. Bank, Citibank, and Old National: We are in the process of adding U.S. Bank National Association, Citibank, National Association, and Old National Bank to the FDIC-Insured Deposit Sweep Program for all eligible accounts. The banks will be eligible to receive deposits on or before September 30, 2024.

**IMPORTANT INFORMATION - Privacy Policy**

APEX has launched its new Global Class Actions Asset Recovery Program. This Service automatically processes all proof of claim forms when a security in your account is eligible for participation in a class action lawsuit. Any proceeds from the Class Action Service will be subsequently deposited into your account. Your account will automatically be enrolled in the Class Action Service as of June 1, 2024. An administration fee of 20% will be deducted from any class action settlement funds prior to the deposit of proceeds into your account. If you would like your claim to be filed on your behalf, no action is needed. If, at any time, you do not wish to participate in the Class Actions Service, you may choose to un-enroll by reaching out to your Broker. For additional information, please visit https://apexfintechsolutions.com/legal/disclosures/

Apex Clearing Corporation ("Apex") carries your account as a clearing broker by arrangement with your broker-dealer or registered investment advisor as Apex's introducing client. At Apex, we understand that privacy is an important issue for customers of our introducing firms. It is our policy to respect the privacy of all accounts that we maintain as clearing broker and to protect the security and confidentiality of non-public personal information relating to those accounts. Please note that this policy generally applies to former customers of Apex as well as current customers.

I N D I V I D U A L   A C C O U N T

*July 1, 2024 - September 30, 2024*

PAGE **5** OF 6

ACCOUNT NUMBER   ████88-11  TUA



1330 W. Fulton Street, Suite 600, Chicago, IL 60607  |  312.724.7075

**MATT MARTORELLO**

► ANNOUNCEMENTS  (CONTINUED)

**Personal Information Collected**
In order to service your account as a clearing broker, information is provided to Apex by your introducing firm who collects information from you in order to provide the financial services that you have requested. The information collected by your introducing firm and provided to Apex or otherwise obtained by Apex may come from the following sources and is not limited to:
• Information included in your applications or forms, such as your name, address, telephone number, social security number, occupation, and income;
• Information relating to your transactions, including account balances, positions, and activity;
• Information which may be received from consumer reporting agencies, such as credit bureau reports;
• information relating to your creditworthiness;
• Information which may be received from other sources with your consent or with the consent of your introducing firm.

In addition to servicing your account, Apex may make use of your personal information for analysis purposes, for example, to draw conclusions, detect patterns or determine preferences.

**Sharing of Nonpublic Personal Information**
Apex does not disclose non-public personal information relating to current or former customers of introducing firms to any third parties, except as required or permitted by law, including but not limited to any obligations of Apex under the USA PATRIOT Act, and in order to facilitate the clearing of customer transactions in the ordinary course of business.

Apex has multiple affiliates and relationships with third party companies. Examples of these companies include financial and non-financial companies that perform services such as data processing and companies that perform securities executions on your behalf. We may share information among our affiliates and third parties, as permitted by law, in order to better service your financial needs and to pursue legitimate business interests, including to carry out, monitor and analyze our business, systems and operations.

**Security**
Apex strives to ensure that our systems are secure and that they meet industry standards. We seek to protect non- public personal information that is provided to Apex by your introducing firm or otherwise obtained by Apex by implementing physical and electronic safeguards. Where we believe appropriate, we employ firewalls, encryption technology, user authentication systems (i.e. passwords and personal identification numbers) and access control mechanisms to control access to systems and data. Apex endeavors to ensure that third party service providers who may have access to non-public personal information are following appropriate standards of security and confidentiality. Further, we instruct our employees to use strict standards of care in handling the personal financial information of customers.  As a general policy, our staff will not discuss or disclose information regarding an account except; 1) with authorized personnel of your introducing firm, 2) as required by law or pursuant to regulatory request, or 3) as  authorized by Apex to a third party or affiliate providing services to your account or pursuing Apex's legitimate business interests.

**Access to Your Information**
You may access your account information through a variety of media offered by your introducing firm and Apex (i.e. statements or online services). Please contact your introducing firm if you require any additional information.

**IMPORTANT INFORMATION - Privacy Policy - CONTINUED**
Apex may use "cookies" in order to provide better service, to facilitate its customers' use of the website, to track usage of the website, and to address security hazards. A cookie is a small piece of information that a website stores on a personal computer, and which it can later retrieve.

**Changes to Apex's Privacy Policy**
Apex reserves the right to make changes to this policy.

I N D I V I D U A L   A C C O U N T

*July 1, 2024 - September 30, 2024*



1330 W. Fulton Street, Suite 600, Chicago, IL 60607  |  312.724.7075

ACCOUNT NUMBER ████████88-11  TUA

MATT MARTORELLO

▶  ANNOUNCEMENTS **(CONTINUED)**

**CONTACT APEX CLEARING**
**For general inquiries, please submit your questions to our Individual Investor Contact Page on the Apex website. Our Customer Support team will assist in providing the necessary answers to your questions.**

**Individual Investor Contact Page: https://go.apexfintechsolutions.com/individual-investor-contact-form**

**Physical mail may be sent to:**
**Apex Clearing Corporation**
**Attn: Customer Support**
**350 N. St. Paul St., Suite 130**
**Dallas, Texas 75201**

**Account Holder Information**

Our records currently reflect the following investment objectives and financial information for your account:

| | | |
|---|---|---|
| **Telephone (1) :** | **Profession:** | **Employment Status:**   NE |
| **Telephone (2) :** 5WW | **Broker Employee:** | |

**Investment Objective:** Speculation          **Risk Tolerance:**          **Time Horizon:**

**Estimated Income:** $500,001 TO $1,200,000          **Estimated Net Worth:** - OVER $5,000,001

**Estimated Liquid Net Worth:** $1,000,001 TO $5,000,000          **Liquidity Needs:**

If any of the information above is incorrect or missing, mark any  necessary  corrections and return this document directly to the registered representative and/or broker dealer listed on the first page of the  account  statement.  For any future changes to information contained in this document, contact your registered  representative and/or broker dealer. Please note that not all defined investment objectives listed below are available to each client; investment objectives are set up by each registered representative and/or broker dealer independently. To discuss which investment objectives are available to you, please contact the registered representative and/or broker dealer directly listed on the first  page of your  account  statement.

**Investment Objectives Defined As:**

**Balanced**  -  Diversification of assets classes for equal blend of income and long-term growth

**Capital Appreciation**  -  High Risk, capital growth invested primarily in stocks and options

**Capital Preservation**  -  A conservative investment strategy characterized by a desire to avoid risk of loss

**Growth**  -  Investing in securities with strong earnings and/or revenue growth or potential

**Growth and Income**  -  A balance between capital appreciation and current income with the willingness to forgo a portion of current income in order to provide for potential future growth.

**Income**  -  Strategy focused on current income rather than capital appreciation, wants to use proceeds of the account as a source of income

**Long Term Growth With Great Risk**  -  Aggressive growth (trade volatile securities that have wide changes in price)

**Long Term Growth With Safety**  -  Long term capital appreciation with relative safety of principal

**Short Term Growth With Risk**  -  Appreciation with acceptance of high risk

**Speculation/Speculative**  -  Taking larger risks, usually by frequent trading, with hope of higher than average gains, want increase in value of investments  -  High Risk All strategies involve various types and levels of risk;  the most common of which are: market, credit, inflation, business and interest rate risk.

End of Statement

## Schwab One® Account of

**MATTHEW BRANDON MARTORELLO**

| | |
|---|---|
| Account Number | ███-5938 |
| Statement Period | September 1-30, 2024 |

## Account Summary

| Ending Account Value as of 09/30 | Beginning Account Value as of 09/01 |
|---|---|
| **$863.02** | **$862.81** |

| | This Statement | YTD |
|---|---|---|
| **Beginning Value** | **$862.81** | $0.00 |
| Deposits | 0.00 | 861.73 |
| Withdrawals | 0.00 | 0.00 |
| Dividends and Interest | 0.21 | 1.29 |
| Transfer of Securities | 0.00 | 0.00 |
| Market Appreciation/(Depreciation) | 0.00 | 0.00 |
| Expenses | 0.00 | 0.00 |
| **Ending Value** | **$863.02** | **$863.02** |

Account Ending Value reflects the market value of your cash and investments. It does not include pending transactions, unpriced securities or assets held outside Schwab's custody.

## Margin Loan Information

| Opening Margin Loan Balance | Closing Margin Loan Balance | Funds Available to Withdraw * | Securities Buying Power * |
|---|---|---|---|
| **$0.00** | **$0.00** | **$863.02** | **$0.00** |

Margin Loan Rates
Vary by Balance

**11.25% - 13.07%**

* Values include any cash plus the amount available using margin borrowing.
For more information about the margin feature, please visit schwab.com/margin.

### Manage Your Account

**Customer Service and Trading:**
Call your Schwab Representative
1-800-435-4000
24/7 Customer Service

For the most current records on your account visit schwab.com/login. Statements are archived up to 10 years online.

### Commitment to Transparency

Client Relationship Summaries and Best Interest disclosures are at schwab.com/transparency. Charles Schwab & Co., Inc. Member SIPC.

### Online Assistance

 Visit us online at schwab.com

Visit schwab.com/stmt to explore the features and benefits of this statement.

 **Time to go digital**

Sign up for paperless at schwab.com/ez

MATTHEW BRANDON MARTORELLO
3805 GREENBRIER DR
DALLAS TX    75225



## Schwab One® Account of

**MATTHEW BRANDON MARTORELLO**

Statement Period
**September 1-30, 2024**

## A Message About Your Account

### Statement of Financial Condition

The most recent statement of financial condition for Charles Schwab & Co., Inc. (CS&Co) may be obtained at no cost at http://www.schwab.com/legal/financials or by calling 1-800-435-4000. For clients of independent investment advisors, contact Schwab Alliance at 1-800-647-5465. International clients, call +1-415-667-7870 and Charles Schwab Hong Kong clients, call +852-2101-0500. At June 30, and July 31, 2024, CS&Co had net capital of $8.8 billion and $9.0 billion, respectively, and a net capital requirement of $1.7 billion and $1.8 billion, respectively. A copy of the report may be requested via: Investor Relations, 211 Main Street, San Francisco, CA 94105. Independent investment advisors are not owned by, affiliated with, or supervised by CS&Co.

## Positions - Summary

| Beginning Value as of 09/01 | + | Transfer of Securities(In/Out) | + | Dividends Reinvested | + | Cash Activity | + | Change in Market Value | = | Ending Value as of 09/30 |
|---|---|---|---|---|---|---|---|---|---|---|
| $862.81 | | $0.00 | | $0.00 | | $0.21 | | $0.00 | | **$863.02** |

## Cash and Cash Investments

| Type | Symbol | Description | Quantity | Price($) | Beginning Balance($) | Ending Balance($) | Change in Period Balance($) | Pending/Unsettled Cash($) | Interest/ Yield Rate |
|---|---|---|---|---|---|---|---|---|---|
| Cash | | | | | 862.81 | 863.02 | 0.21 | 0.00 | |
| **Total Cash and Cash Investments** | | | | | **$862.81** | **$863.02** | **$0.21** | | |

## Transactions - Summary

| Beginning Cash* as of 09/01 | + | Deposits | + | Withdrawals | + | Purchases | + | Sales/Redemptions | + | Dividends/Interest | + | Expenses | = | Ending Cash* as of 09/30 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $862.81 | | $0.00 | | $0.00 | | $0.00 | | $0.00 | | $0.21 | | $0.00 | | $863.02 |

| Other Activity | **$0.00** | Other activity includes transactions which don't affect the cash balance such as stock transfers, splits, etc. |
|---|---|---|

*Cash (includes any cash debit balance) held in your account plus the value of any cash invested in a sweep money fund.



**Schwab One® Account** of

**MATTHEW BRANDON MARTORELLO**

Statement Period

**September 1-30, 2024**

## Transaction Details

| Date | Category | Action | Symbol/CUSIP | Description | Quantity | Price/Rate per Share($) | Charges/Interest($) | Amount($) |
|------|----------|--------|--------------|-------------|----------|------------------------|---------------------|-----------|
| 09/27 | Interest | Credit Interest | | SCHWAB1 INT 08/29-09/26 | | | | 0.21 |
| **Total Transactions** | | | | | | | | **$0.21** |

Date column represents the Settlement/Process date for each transaction.

08/29 through 09/26: $0.21 based on .450% average Schwab One® interest rate paid on 21 days in which your account had an average daily balance of $862.90.

## Terms and Conditions

**GENERAL INFORMATION AND KEY TERMS:** This Account statement is furnished solely by Charles Schwab & Co., Inc. ("Schwab") for your Account at Schwab ("Account"). Unless otherwise defined herein, capitalized terms have the same meanings as in your Account Agreement. If you receive any other communication from any source other than Schwab which purports to represent your holdings at Schwab (including balances held at a Depository Institution) you should verify its content with this statement. **Accrued Income:** Accrued Income is the sum of the total accrued interest and/or accrued dividends on positions held in your Account, but the interest and/or dividends have not been received into your Account. Schwab makes no representation that the amounts shown (or any other amount) will be received. Accrued amounts are not covered by SIPC account protection until actually received and held in the Account. **AIP (Automatic Investment Plan) Customers:** Schwab receives remuneration in connection with certain transactions effected through Schwab. If you participate in a systematic investment program through Schwab, the additional information normally detailed on a trade confirmation will be provided upon request. **Average Daily Balance:** Average daily composite of all cash balances that earn interest and all loans from Schwab that are charged interest. **Bank Sweep and Bank Sweep for Benefit Plans Features:** Schwab acts as your agent and custodian in establishing and maintaining your Deposit Account(s) as a feature of your brokerage Account(s). Deposit Accounts held through these bank sweep features constitute direct obligations of one or more FDIC insured banks ("Program Banks") that are not obligations of Schwab. Funds swept to Program Banks are eligible for deposit insurance from the FDIC up to the applicable limits for each bank for funds held in the same insurable capacity. The balance in the Deposit Accounts can be withdrawn on your order and the proceeds returned to your brokerage Account or remitted to you as provided in your Account Agreement. For information on FDIC insurance and its limits, as well as other important disclosures about the bank sweep feature(s) in your Account(s), please refer to the Cash Features Disclosure Statement available online or from a Schwab representative. **Cash:** Any Free Credit Balance owed by us to you payable upon demand which, although accounted for on our books of record, is not segregated and may be used in the conduct of this firm's business. **Dividend Reinvestment Customers:** Dividend reinvestment transactions were effected by Schwab acting as a principal for its own account, except for the reinvestment of Schwab dividends, for which an independent broker-dealer acted as the buying agent. Further information on these transactions will be furnished upon written request. **Gain (or Loss):** Unrealized Gain or (Loss) and Realized Gain or (Loss) sections ("Gain/Loss Section(s)") contain a gain or a loss summary of your Account. This information has been provided on this statement at the request of your Advisor, if applicable. This information is not a solicitation or a recommendation to buy or sell. **Schwab does not provide tax advice and encourages you to consult with your tax professional. Please view the Cost Basis Disclosure Statement for additional information on how gain (or loss) is calculated and how Schwab reports adjusted cost basis information to the IRS. Interest:** For the Schwab One Interest, Bank Sweep, and Bank Sweep for Benefit Plans features, interest is paid for a period that may differ from the Statement Period. Balances include interest paid as indicated on your statement by Schwab or one or more of its Program Banks. These balances do not include interest that may have accrued during the Statement Period after interest is paid. The interest paid may include interest that accrued in the prior Statement Period. For the Schwab One Interest feature, interest accrues daily from the second-to-last business day of the prior month and is posted on the second-to-last business day of the current month. For the bank sweep feature(s), interest accrues daily from the 16th day of the prior month and is credited/posted on the first business day after the 15th of the current month. If, on any given day, the interest that Schwab calculates for the Free Credit Balances in the Schwab One Interest feature in your brokerage account is less than $.005, you will not accrue any interest on that day. For balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features, interest will accrue even if the amount is less than $.005. **Margin Account Customers:** This is a combined statement of your margin account and special memorandum account maintained for you under Section 220.5 of Regulation T issued by the Board of Governors of the Federal Reserve System. The permanent record of the separate account as required by Regulation T is available for your inspection. Securities purchased on margin are Schwab's collateral for the loan to you. It is important that you fully understand the risks involved in trading securities on margin. These risks include: 1) You can lose more funds than you deposit in the margin account; 2) Schwab can force the sale of securities or other assets in any of your account(s) to maintain the required account equity without contacting you; 3) You are not entitled to choose which assets are liquidated nor are you entitled to an extension of time on a margin call; 4) Schwab can increase its "house" maintenance margin requirements at any time without advance written notice to you. **Market Price:** The most recent price evaluation available to Schwab on the last business day of the report period, normally the last trade price or bid as of market close. Unpriced securities denote that no market evaluation update is currently available. Price evaluations are obtained from outside parties. Schwab shall have no responsibility for the accuracy or timeliness of any such valuations. Assets Not Held at Schwab are not held in your Account or covered by the Account's SIPC account protection and are not otherwise in Schwab's custody and are being provided as a courtesy to you. Information on Assets Not Held at Schwab, including but not limited to valuations, is reported solely based on information you provide to Schwab. Schwab can neither validate nor certify the existence of Assets Not Held at Schwab or the accuracy, completeness or timeliness of the information about Assets Not Held at Schwab, whether provided by you or otherwise. Descriptions of Assets Not Held at Schwab may be abbreviated or truncated. Some securities, especially thinly traded equities in the OTC market or foreign markets, may not report the most current price and are indicated as Stale Priced. Certain Limited Partnerships (direct participation programs) and unlisted Real Estate Investment Trust (REIT) securities, for which you may see a value on your monthly Account statement that reflects the issuer's appraised estimated value, are not listed on a national securities exchange, and are generally illiquid. Even if you are able to sell such securities, the price received may be less than the per share appraised estimated value provided in the account statement. **Market Value:** The Market Value is computed by multiplying the Market Price by the Quantity of Shares. This is the dollar value of your present holdings in your specified



## Schwab One® Account of

MATTHEW BRANDON MARTORELLO

Statement Period

September 1-30, 2024

# Terms and Conditions (continued)

Schwab Account or a summary of the Market Value summed over multiple accounts. **Non-Publicly Traded Securities:** All assets shown on this statement, other than certain direct investments which may be held by a third party, are held in your Account. Values of certain Non-Publicly Traded Securities may be furnished by a third party as provided by Schwab's Account Agreement. Schwab shall have no responsibility for the accuracy or timeliness of such valuations. The Securities Investor Protection Corporation (SIPC) does not cover many limited partnership interests. **Schwab Sweep Money Funds:** Includes the primary money market funds into which Free Credit Balances may be automatically invested pursuant to your Account Agreement. Schwab or an affiliate acts and receives compensation as the Investment Advisor, Transfer Agent, Shareholder Service Agent and Distributor for the Schwab Sweep Money Funds. The amount of such compensation is disclosed in the prospectus. The yield information for Schwab Sweep Money Funds is the current 7-day yield as of the statement period. Yields vary. If on any given day, the accrued daily dividend for your selected sweep money fund as calculated for your Account is less than ½ of 1 cent ($0.005), your Account will not earn a dividend for that day. In addition, if you do not accrue at least 1 daily dividend of $0.01 during a pay period, you will not receive a money market dividend for that period. Schwab and the Schwab Sweep Money Funds investment advisor may be voluntarily reducing a portion of a Schwab Sweep Money Fund's expenses. Without these reductions, yields would have been lower. **Securities Products and Services:** Securities products and services are offered by Charles Schwab & Co., Inc., **Member SIPC. Securities products and services, including unswept intraday funds and net credit balances held in brokerage accounts are not deposits or other obligations of, or guaranteed by, any bank, are not FDIC insured, and are subject to investment risk and may lose value. SIPC does not cover balances held at Program Banks in the Bank Sweep and Bank Sweep for Benefit Plans features.** Please see your Cash Feature Disclosure Statement for more information on insurance coverage. **IN CASE OF ERRORS OR DISCREPANCIES: If you find an error or discrepancy relating to your brokerage** activity (other than an electronic fund transfer) you must notify us promptly, but no later than 10 days after this statement is sent or made available to you. If this statement shows that we have mailed or delivered security certificate(s) that you have not received, notify Schwab immediately. You may call customer service at 800-435-4000. (Outside the U.S., call +1-415-667-8400.) If you're a client of an independent investment advisor, call us at 800-515-2157. Any oral communications should be re-confirmed in writing to further protect your rights, including rights under the Securities Investor Protection Act (SIPA). If you do not so notify us, you agree that the statement activity and Account balance are correct for all purposes with respect to those brokerage transactions. IN CASE OF COMPLAINTS:** If you have a complaint regarding your Schwab statement, products or services, please write to Client Service & Support at Charles Schwab & Co., Inc., P.O. Box 982603 El Paso, TX 79998-2603, or call customer service at **800-435-4000**. (Outside the U.S., call **+1-415-667-8400**.) If you're a client of an independent investment advisor, call us at 800-515-2157. **Address Changes:** If you fail to notify Schwab in writing of any change of address or phone number, you may not receive important notifications about your Account, and trading or other restrictions might be placed on your Account. **Additional Information:** We are required by law to report to the Internal Revenue Service adjusted cost basis information (if applicable), certain payments to you and credits to your Account during the calendar year. Retain this statement for income tax purposes. A financial statement for your inspection is available at Schwab's offices or a copy will be mailed to you upon written request. Any third-party trademarks appearing herein are the property of their respective owners. Charles Schwab & Co., Inc., Charles Schwab Bank, Charles Schwab Premier Bank, and Charles Schwab Trust Bank are separate but affiliated companies and subsidiaries of The Charles Schwab Corporation. © 2024 Charles Schwab & Co., Inc. ("Schwab"). All rights reserved. **Member SIPC**. (O1NWSTMT) (0221-117W)



**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**

Envelope # BQTPMKBBBCJMS

MATTHEW BRANDON MARTORELLO
3805 GREENBRIER DR
DALLAS TX 75225-5218

**Your Portfolio Value:** **$336.87**

**Portfolio Change from Last Period:** ▲ $1.24

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Portfolio Value** | **$335.63** | **$15,081.19** |
| Additions | - | 1,175,255.79 |
| Subtractions | - | -1,192,645.51 |
| Change in Investment Value * | 1.24 | 2,645.40 |
| **Ending Portfolio Value **  | **$336.87** | **$336.87** |
| Accrued Interest (AI) | - | |
| Ending Portfolio Value incl. AI | $336.87 | |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out or Multi-currency transactions, plus any distribution and income earned during the statement period.*
\*\*   *Excludes unpriced securities.*

**Your Advisor/Agent**

REQUISITE CAPITAL MANAGEMENT
DOUGLAS JOHN
4001 MAPLE AVE STE 290
DALLAS TX 75219

**Phone:**  (214) 295-7155

*Your Advisor is an independent organization and is not affiliated with Fidelity Investments. Brokerage services provided by **Fidelity Brokerage Services LLC (FBS)**, Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried with National Financial Services LLC (NFS), Member NYSE, SIPC.*

MR_CE_BQTPMKBBBCJMS_BBBBB 20240930



M04447289120240930



**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**

## Portfolio Summary

### Accounts Included in This Report

| Page | Account Type/Name | Account Number | Beginning Value | Net Additions & Subtractions[T] | Change in Investment Value * | Ending Value |
|---|---|---|---|---|---|---|
| | **GENERAL INVESTMENTS** | | | | | |
| 5 | FIDELITY® CASH MANAGEMENT ACCOUNT MATTHEW B MARTORELLO - INDIVIDUAL | 0643 | $0.06 | - | - | $0.06 |
| 7 | BROKERAGE MATTHEW B MARTORELLO - INDIVIDUAL TOD | 4014 | 335.57 | - | 1.24 | 336.81 |
| | **Ending Portfolio Value** | | **$335.63** | **-** | **$1.24** | **$336.87** |

\*   *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

T   *Includes transfers between Fidelity accounts.*



MR_CE_BOTPMKBBBCJMS_BBBBB 20240930



**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**

## Portfolio Summary (continued)

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | **$1.24** | **$2,645.40** |
| Dividends | 1.24 | 2,644.86 |
| Interest | - | 0.54 |
| **Total** | **$1.24** | **$2,645.40** |

### Top Holdings

| Description | Value | Percent of Portfolio |
|---|---|---|
| Fidelity Government Cash Reserves | 336.81 | 100% |
| FDIC Insured Deposit At BNY Mellon Not Covered By Sipc | 0.06 | - |
| **Total** | **$336.87** | **100%** |



MR_CE_BQTPMKBBBCJMS_BBBBB 20240930



**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**

## Portfolio Summary (continued)

### Estimated Cash Flow
*(Rolling as of September 30, 2024)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| October  2024 | -- | -- | -- | -- | $1.00 | -- | $1.00 |
| November | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| December | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| January  2025 | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| February | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| March | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| April | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| May | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| June | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| July | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| August | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| September | -- | -- | -- | -- | 1.00 | -- | 1.00 |
| **Total** | **--** | **--** | **--** | **--** | **$12.00** | **--** | **$12.00** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

*-- not available*





**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**

**Account #** ▮▮▮**0643**
**MATTHEW BRANDON MARTORELLO - INDIVIDUAL**

## Account Summary

Account Value:                                   **$0.06**

Change in Account Value                          ▶ **$0.00**

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | **$0.06** | **$30.15** |
| **Subtractions** | **-** | **-30.63** |
| Withdrawals | - | -30.63 |
| **Change in Investment Value \*** | **0.00** | **0.54** |
| **Ending Account Value** | **$0.06** | **$0.06** |

\*    *Reflects appreciation or depreciation of your holdings due to price changes, transactions
from Other Activity In or Out and Multi-currency transactions, plus any distribution and
income earned during the statement period.*

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | **-** | **$0.54** |
| Interest | - | 0.54 |
| **Total** | **-** | **$0.54** |

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| FDIC Insured Deposit At BNY Mellon Not Covered By Sipc | $0.06 | 100% |
| **Total** | **$0.06** | **100%** |

*Your Advisor is an independent organization and is not affiliated with Fidelity Investments. Brokerage services provided by **Fidelity Brokerage Services LLC (FBS)**, Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried with National Financial Services LLC (NFS), Member NYSE, SIPC.*



S

MR_CE_BOTPMKBBBCJMS_BBBBB 20240930

**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**



Account # ▇▇▇▇0643
**MATTHEW BRANDON MARTORELLO - INDIVIDUAL**

# Holdings

## Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Est. Annual Income (EAI) | Est.Yield (EY) |
|---|---|---|---|---|---|
| **FDIC INSURED DEPOSIT AT BNY MELLON** q<br>NOT COVERED BY SIPC  (QBNYQ)<br>-- Interest rate: 2.44% h | 0.060 | $1.0000 | $0.06 | - | - |
| **Total Core Account (100% of account holdings)** | | | **$0.06** | **-** | |
| **Total Holdings** | | | **$0.06** | **$0.00** | |

h    *The stated Interest Rate is the interest rate effective for Cash Balances in your FDIC-Insured Deposit Sweep on the last day of the statement period.*

q    *Customers are responsible for monitoring their total assets at the Program Bank to determine the extent of available FDIC insurance. Subject to the terms of the customer agreement, customers are reminded that funds are swept to a Program Bank the business day following the date that funds are credited to your account and until swept to a Program Bank, funds are covered by SIPC. For additional information, please see the FDIC-Insured Deposit Sweep Disclosures on Fidelity.com.*

MR_CE_BQTPMKBBBCJMS_BBBBB 20240930



 **REQUISITE** capital management

**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**

Account #▮▮▮▮4014
**MATTHEW BRANDON MARTORELLO - INDIVIDUAL - TOD**

## Account Summary

Account Value: **$336.81**

Change in Account Value ▲ **$1.24**

| | This Period | Year-to-Date |
|---|---|---|
| **Beginning Account Value** | $335.57 | $15,051.04 |
| **Additions** | - | 1,175,255.79 |
| Deposits | - | 399,377.50 |
| Exchanges In | - | 775,878.29 |
| **Subtractions** | - | -1,192,614.88 |
| Withdrawals | - | -1,190,990.12 |
| Transaction Costs, Fees & Charges | - | -1,624.76 |
| **Change in Investment Value *** | 1.24 | 2,644.86 |
| **Ending Account Value** | $336.81 | $336.81 |
| Accrued Interest (AI) | 0.00 | |
| Ending Account Value Incl. AI | $336.81 | |

\*  *Reflects appreciation or depreciation of your holdings due to price changes, transactions from Other Activity In or Out and Multi-currency transactions, plus any distribution and income earned during the statement period.*

### Top Holdings

| Description | Value | Percent of Account |
|---|---|---|
| Fidelity Government Cash Reserves | $336.81 | 100% |
| **Total** | **$336.81** | **100%** |

### Income Summary

| | This Period | Year-to-Date |
|---|---|---|
| **Taxable** | **$1.24** | **$2,644.86** |
| Dividends | 1.24 | 2,644.86 |
| **Total** | **$1.24** | **$2,644.86** |

*Your Advisor is an independent organization and is not affiliated with Fidelity Investments. Brokerage services provided by **Fidelity Brokerage Services LLC (FBS)**, Member NYSE, SIPC (800) 544-6666. Brokerage accounts carried with National Financial Services LLC (NFS), Member NYSE, SIPC.*

 **Fidelity** INVESTMENTS®

MR_CE_BOTPMKBBBCJMS_BBBBB 20240930

S

**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**



**Account #** ■■■■**4014**
**MATTHEW BRANDON MARTORELLO - INDIVIDUAL - TOD**

## Account Summary

### Estimated Cash Flow
*(Rolling as of September 30, 2024)*

| Month | Bond & CD Income | Bond & CD Principal | Stock Income | ETP Income | Mutual Fund Income | Other Income | Total Est. Cash Flow |
|---|---|---|---|---|---|---|---|
| October  2024 | -- | -- | -- | -- | $1 | -- | $1 |
| November | -- | -- | -- | -- | 1 | -- | 1 |
| December | -- | -- | -- | -- | 1 | -- | 1 |
| January  2025 | -- | -- | -- | -- | 1 | -- | 1 |
| February | -- | -- | -- | -- | 1 | -- | 1 |
| March | -- | -- | -- | -- | 1 | -- | 1 |
| April | -- | -- | -- | -- | 1 | -- | 1 |
| May | -- | -- | -- | -- | 1 | -- | 1 |
| June | -- | -- | -- | -- | 1 | -- | 1 |
| July | -- | -- | -- | -- | 1 | -- | 1 |
| August | -- | -- | -- | -- | 1 | -- | 1 |
| September | -- | -- | -- | -- | 1 | -- | 1 |
| **Total** | **--** | **--** | **--** | **--** | **$12** | **--** | **$12** |

This table presents the estimated monthly interest and dividend income and return of principal that your current holdings may generate over the next rolling 12 months. The cash flows displayed are estimates provided for informational purposes only and there is no guarantee that you will actually receive any of the amounts displayed. These estimates should not be relied upon for making investment, trading or tax decisions. The estimates for fixed income are calculated using the security's coupon rate. The estimates for all other securities are calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. IADs are sourced from third party vendors believed to be reliable, but no assurance can be made as to accuracy. There are circumstances in which these estimates will not be presented for a specific security you hold.

**Bond & CD Income** includes interest payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Bond & CD Principal** includes maturing principal payments for fixed and variable rate bonds, international bonds that pay in USD, and Certificates of Deposit (CDs).

**Stock Income** includes estimated dividend payments for common stocks, preferred stocks, ADRs, closed-end mutual funds, and MLPs.

**ETP Income** includes estimated dividend payments for Exchange Traded Funds (ETFs) and Exchange Traded Notes (ETNs).

**Mutual Fund Income** includes estimated dividend payments for Fidelity and non-Fidelity mutual funds.

**Other Income** includes, but is not limited to estimated dividend payments for Unit Investment Trusts (UITs), REITs, and LPs.

This table does not include cash flow from foreign denominated fixed income.

*-- not available*



MR_CE_BQTPMKBBBC/MS_BBBBB 20240930



**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**

Account # ████4014
**MATTHEW BRANDON MARTORELLO - INDIVIDUAL - TOD**

# Holdings

## Core Account

| Description | Quantity | Price Per Unit | Total Market Value | Est. Annual Income (EAI) | Est.Yield (EY) |
|---|---|---|---|---|---|
| FIDELITY GOVERNMENT CASH RESERVES (FDRXX) -- 7-day yield: 4.63% | 336.810 | $1.0000 | $336.81 | $16.86 | 5.010% |
| **Total Core Account (100% of account holdings)** | | | **$336.81** | **$16.86** | |
| **Total Holdings** | | | **$336.81** | **$16.86** | |

EAI   ***Estimated Annual Income (EAI) & Estimated Yield (EY)*** *- EAI is an estimate of annual income for a specific security position over the next rolling 12 months. EAI may be negative on short*
& EY  *positions. EY is calculated by dividing the current EAI for a security position by its statement closing date market value. EAI and EY are estimates only and may include return of principal*
*and/or capital gains, which would render them overstated. Actual income and yield might be lower or higher than the estimated amounts.* **For calculation details, refer to the**
**"Additional Information and Endnotes" section.**

# Activity

## Dividends, Interest & Other Income

*(Includes dividend reinvestment)*

| Settlement Date | Security Name | Symbol/ CUSIP | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 09/30 | **FIDELITY GOVERNMENT CASH RESERVES** | 316067107 | Dividend Received | - | - | $1.24 |
| **Total Dividends, Interest & Other Income** | | | | | | **$1.24** |







**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**

Account # ████4014
**MATTHEW BRANDON MARTORELLO - INDIVIDUAL - TOD**

# Activity

## Core Fund Activity

*For more information about the operation of your core account, please refer to your Customer Agreement.*

**Settlement Account**

| Date | Type | Transaction | Description | Quantity | Price | Amount | Balance |
|------|------|-------------|-------------|----------|-------|--------|---------|
| 09/30 | CASH | Reinvestment | **FIDELITY GOVERNMENT CASH RESERVES** <br> REINVEST @   $1.000 | 1.240 | $1.0000 | $1.24 | $336.81 |
| **Total Core Fund Activity** | | | | | | **$1.24** | |

# Additional Information and Endnotes

**A COPY OF YOUR INVESTMENT REPORT IS AVAILABLE TO:**

REQUISITE CAPITAL MANAGEMENT
DOUGLAS JOHN
4001 MAPLE AVE STE 290
DALLAS TX 75219



MR_CE_BQTPMKBBBCJMS_BBBBB 20240930



**INVESTMENT REPORT**
**September 1, 2024 - September 30, 2024**



**Account #** ████**4014**
**MATTHEW BRANDON MARTORELLO - INDIVIDUAL - TOD**

# Additional Information and Endnotes

► Order Flow Practices: As the introducing broker for your account, FBS routes your orders to our clearing firm affiliate, National Financial Services ("NFS"). In deciding where to send orders received for execution, NFS looks at a number of factors, such as size of the order, trading characteristics of the security, favorable execution prices (including the opportunity for price improvement), access to reliable market data, availability of efficient automated transaction processing, and execution cost. Some market centers or broker-dealers may execute orders at prices superior to the publicly quoted market. NFS's order routing policies are designed to result in transaction processing that is favorable to its customers. Where a customer directs the market center to which an order is routed, FBS or NFS will route the order to such market center in accordance with the customer's instructions without regard to its general order-routing practices.

FBS and/or NFS receives remuneration, compensation, or other consideration for directing customer orders to certain market centers. Such consideration may take the form of financial credits, monetary payments, rebates, volume discounts, or reciprocal business. The details of any credit, payment, rebate, or other form of compensation received in connection with the routing of a particular order will be provided upon your request. Unless your account is managed on a discretionary basis by Strategic Advisers LLC, an affiliate of NFS, NFS may execute certain transactions as principal. In addition, from time to time, Fidelity may provide aggregated trade execution data to customers and prospective customers.

Order Routing Disclosure Quarterly reports: Quarterly information regarding the routing of orders by NFS in listed equity securities and listed options is available online at Fidelity.com. The reports are formatted in accordance with Securities and Exchange Commission requirements. Investor Inquiry: You can request your specific order routing and execution information for the preceding six months. This information will include the identity of the marketplace where your orders were routed for execution, whether the orders were directed or non-directed, and, if executed, the time of the execution. You may contact Fidelity for additional details on the information that is available.

BrokerCheck(R) by FINRA: As part of the Financial Industry Regulatory Authority (FINRA) BrokerCheck program, you have access to the BrokerCheck hotline at 800-289-9999 and FINRA website at www.finra.org. You can call or email your inquiries and request a brochure that includes information detailing the BrokerCheck program. 560989.2.0

Municipal Securities Rulemaking Board Investor Brochure: Fidelity Brokerage Services LLC is registered with the U.S. Securities and Exchange Commission (SEC) and the Municipal Securities Rulemaking Board (MSRB). An investor brochure may be obtained at MSRB.org that describes the protections that may be provided by the MSRB and how to file a complaint with an appropriate regulatory authority. 445123.15.0

► Fidelity is required by the Securities Exchange Act of 1934 to provide certain financial information from the Statement of Financial Condition of National Financial Services LLC (NFS). At July 31, 2024, NFS, an affiliate of Fidelity Brokerage Services LLC, had net capital of $10,649 million, which was 23.50% of aggregate debit items and exceeded its minimum requirement by $9,742 million. To acquire the Statement of Financial Condition of National Financial Services LLC (NFS), go to fidelity.com/customer-service/nfs-statement-financial-condition. If you wish to obtain a copy of this document at no cost, or have any questions regarding its contents, please call Fidelity at 800-343-3548. 457389.43.0

► If your brokerage account is established with asset based pricing, please review the terms and conditions governing this program: https://clearingcustody.fidelity.com/app/literature/item/868856.html. If you have any questions, please contact your advisor. 911663.1.0



MR_CE_BOTPMKBBBC/MS_BBBBB 20240930

INVESTMENT REPORT
**September 1, 2024 - September 30, 2024**



**Account #** ████ **4014**
**MATTHEW BRANDON MARTORELLO - INDIVIDUAL - TOD**

# Additional Information and Endnotes

▶ Effective November 2024, Pinnacle bank will be removed from the Bank Deposit Sweep Program bank list. You are not required to take action. If you would like to opt out of a bank or have questions, please contact your financial professional. 1008950.9.0

**Estimated Annual Income (EAI) & Estimated Yield (EY)**   - EAI for fixed income is calculated using the coupon rate. For all other securities, EAI is calculated using an indicated annual dividend (IAD). The IAD is an estimate of a security's dividend payments for the next 12 months calculated based on prior and/or declared dividends for that security. EY reflects only the income generated by an investment and not changes in its price which may fluctuate. Interest and dividend rates are subject to change at any time and may be affected by current and future economic, political and business conditions. EAI and EY are provided for informational purposes only and should not be used or relied on for making investment, trading or tax decisions. EAI and EY are based on data obtained from information providers believed to be reliable, but no assurance can be made as to accuracy, timeliness or completeness.

**Copyright 2022, S&P Global Market Intelligence.**  Reproduction of any information, data or material, including ratings ("Content") in any form is prohibited except with the prior written permission of the relevant party. Such party, its affiliates and suppliers ("Content Providers") do not guarantee the accuracy, adequacy, completeness, timeliness or availability of any Content and are not responsible for any errors or omissions (negligent or otherwise), regardless of the cause, or for the results obtained from the use of such Content. In no event shall Content Providers be liable for any damages, costs, expenses, legal fees, or losses (including lost income or lost profit and opportunity costs) in connection with any use of the Content. A reference to a particular investment or security, a rating or any observation concerning an investment that is part of the Content is not a recommendation to buy, sell or hold such investment or security, does not address the suitability of an investment or security and should not be relied on as investment advice. Credit ratings are statements of opinions and are not statements of fact.

**Moody's© Copyright 2022, Moody's Investors Service, Inc.**  ("Moody's"). Moody's ratings ("Ratings") are proprietary to Moody's or its affiliates and are protected by copyright and other intellectual property laws. Ratings are licensed to Licensee by Moody's. RATINGS MAY NOT BE COPIED OR OTHERWISE REPRODUCED, REPACKAGED, FURTHER TRANSMITTED, TRANSFERRED, DISSEMINATED, REDISTRIBUTED OR RESOLD, OR STORED FOR SUBSEQUENT USE FOR ANY SUCH PURPOSE, IN WHOLE OR IN PART, IN ANY FORM OR MANNER OR BY ANY MEANS WHATSOEVER, BY ANY PERSON WITHOUT MOODY'S PRIOR WRITTEN CONSENT. Moody's® is a registered trademark.

Please go to Fidelity.com/disclosures to review important legal and regulatory disclosures. Historical statements, confirms and other regulatory documents are available to access and download at Fidelity.com/statements.

Interval Fund Owners: Please note an interval fund is structured as an unlisted closed-end mutual fund, and not a traditional open-end mutual fund. Material differences between an interval fund and a traditional open-end mutual fund may exist, including trading/liquidity limitations, and buyback and repurchase features. Please refer to the prospectus for the interval fund you own for specific information and other important considerations or contact your financial professional.



**If you have a question about your account or require service, please call your investment advisor/authorized agent.**
**Lost or Stolen Cards** - For Fidelity® Debit Card, call 800-323-5353. For details refer to your Fidelity Check Card Agreement and Disclosure Statement.
**Additional Investments with Fidelity** - Please make all checks payable to Fidelity Brokerage Services LLC (FBS). Please include your account number on the check. Do not include trading instructions with check deposits. We mail statements at least quarterly for any account with a balance. Please review your statement and report any inaccuracies or discrepancies immediately. Questions regarding your brokerage account or the activity therein should be directed to FBS at **800-544-6666,** and National Financial Services LLC ("NFS"), who carries your brokerage accounts, at **866-408-1138.** Any oral communications regarding inaccuracies or discrepancies should be reconfirmed in writing to protect your rights, including those under the Securities Investor Protection Act ("SIPA"). Please contact Fidelity or your authorized agent promptly of any material changes in your investment objectives or financial situation related to your brokerage account(s). If you request a reprint of your statement, the disclosure information may not be the same as the original.
**Terms and Conditions of the Statement** - Other than with respect to Fidelity-advised products and services, Fidelity does not endorse or recommend any particular investment, trading activity, or investment advisor/authorized agent, or have any responsibility that we will not review, monitor or supervise suitability of directly trading by any investment advisor/authorized agent. Fidelity has not verified the content of any logo or artwork on this statement identifying a firm other than Fidelity. The firm represented by such a logo or artwork is not an agent of or affiliated with Fidelity.
**Changes in Portfolio Value and Account Summary** - Shows activity in your portfolio and in each of your accounts for the statement period. To confirm that an authorized, direct deposit was made to your Fidelity Account, call Fidelity at 1-800-544-5555.
**Value by Account** - Shows the value of your account(s), for the current and previous statement periods.
**Income Summary** - Shows income by tax status for the statement and year-to-date periods. Except for interest earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of this **tax-exempt** income may be subject to state and local taxes and the federal alternative minimum tax. Fidelity reports earnings on investments in Traditional IRAs, Rollover IRAs, SEP-IRAs and Keoghs as tax-deferred income. Earnings on Roth-IRAs are reported as tax-exempt income, since distributions may be tax-exempt after meeting the five-year age requirement and certain other conditions.
**Cost Basis, Gain/Loss, and Holding Period Information** - NFS is required to report certain cost basis and holding period information to the IRS on Form 1099-B. Unless otherwise specified, NFS applies the average cost method for open-end mutual funds and the first-in, first-out (FIFO) method for all other securities. Cost basis is adjusted for wash sales on securities with the same CUSIP held in the same account (unless your account receives mark-to-market reporting). Your statement may not reflect all adjustments required for tax purposes. Customers should consult their tax advisors for further information.
**Cost** - Fidelity provides purchase cost information for securities held in retirement accounts. Such information may be adjusted for certain transactions and does not reflect reinvestments of dividends or capital gains. Fidelity reports transaction profit or loss information when securities are sold within a retirement account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times or prices.
**Contributions/Distributions** - Summarizes Traditional IRA and Roth IRA contributions, and taxable and non-taxable distributions from this statement and year-to-date periods.
**Total Value** - The reported market value of an investment at the beginning or end of a statement period.
**Unrealized Gain/Loss** - For long positions, ending market value minus cost basis in non-retirement accounts and ending market value minus cost in retirement accounts. For short positions, proceeds minus ending market value. Unrealized gain/loss is calculated for pending sales because they are not in holdings. Unrealized gain/loss is not calculated for pending purchases because they are not in holdings.
**Holding Type Percentage** - Percentages by holding type only include long positions. Holding type percentages are rounded to the nearest percent and summed. If the sum is less than 100%, the difference between 100% and the sum is added to the holding type with the largest percentage.
**Account Protection** - Securities in accounts carried by NFS, a Fidelity Investments company, are protected in accordance with the Securities Investor Protection Corporation (SIPC) up to $500,000 (including cash claims limited to $250,000). For more information, including the SIPC brochure, please see www.sipc.org or call 1-202-371-8300. NFS has arranged for additional protection for cash and covered securities to supplement its SIPC coverage. Neither coverage protects against a decline in the market value of securities. Mutual funds and/or other securities are not backed or guaranteed by any bank, nor are they insured by the FDIC and involve investment risk including possible loss of principal. Bank deposits are not securities and are not covered by SIPC. Funds used to purchase or sweep to a bank deposit are SIPC protected until deposited to a Program Bank at which time funds may be eligible for FDIC insurance.
**Information About Mutual Funds and Their Performance - Before investing consider the fund's or insurance product's investment objectives, risks, charges and expenses. Contact Fidelity or visit Fidelity.com for a prospectus containing this information. Read it carefully before investing. Performance data shown represents past performance, and is no guarantee of future results. Investment return and principal value will fluctuate, so you may have a loss or a gain when shares are sold. Current performance may be higher or lower than that quoted. Visit Fidelity.com/performance for most recent month-end performance.** Each fund reserves the right to terminate or modify its exchange privilege. Foreign investment, especially those in emerging markets, may involve greater risks than U.S. investments. **Sales Loads and Fees.** In connection with (i) access to, purchase, sale, exchange or redemption of, and/or maintenance of positions in mutual funds, ETFs and other investment products such as alternative investments or private placements ("funds") or (ii) infrastructure needed to support such funds, some funds, or

their investment affiliates, pay FBS and/or NFS sales loads and 12b-1 fees described in the Offering Materials as well as additional compensation for shareholder services, start-up fees, platform support and maintenance, and marketing, engagement and analytics programs. Additional information about the source(s) and amount(s) of compensation as well as other remuneration received by FBS or NFS will be furnished to you upon written request. At the time you purchase shares of funds those shares will be assigned either a load, transaction fee (TF) or no transaction fee (NTF) status. When you subsequently sell those shares, any fees applicable to your transaction will be assessed based on the status assigned to the shares at the time of purchase.
**Customer Free Credit Balance - Free credit balances (FCB)** are funds payable to you on demand. FCB are subject to open commitments such as uncleared checks and exclude proceeds from sales of certificated securities without delivery of the certificate. If your FCB is swept to a core position, you can liquidate the core position and have the proceeds sent to you or held in your account subject to the terms of your account agreement. Required rule 10b-10(a) information not contained herein will be provided on written request. Fidelity may use this free credit balance in connection with its business, subject to applicable law.
**Assets Separate From Your Brokerage Account** - Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Other Assets, that may be reported on your statement, maintained with Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Mutual Fund Accounts) are not carried by NFS, not covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held in brokerage accounts managed by Fidelity Personal and Workplace Advisors LLC (FPWA) are carried by NFS and covered by SIPC but do not contribute to your margin and maintenance requirements.
**Short Account Balances** - Securities sold short are held in a segregated short account. These securities are marked-to-market for margin purposes and increase or decrease from the short sale price is transferred weekly to your margin account. Your short account balance is shown as of the last weekly mark-to-market, not statement end date.
**Information About your Option Transactions** - Each transaction confirmation previously delivered to you contains full information about commissions and other charges, and such information is available promptly upon request. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The writer of a European-style option is subject to exercise assignment only during the exercise period. For more information about these, please call Fidelity at 800-544-6666.
**Equity Dividend Reinvestment** - Shares credited to your account resulted from transactions by FBS acting as agent for your account, or the Depository Trust Company (DTC).
**Price Information/Total Market Value** - The Total Market Value has been calculated to 9 decimal places but the individual unit price is displayed in 5 decimal places. The Total Market Value represents prices obtained from various sources, may be impacted by the frequency with which such prices are reported and such prices are not guaranteed. Prices received from pricing vendors are generally based on current market quotes, but when such quotes are not available pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all factors that affect the value of the security, including liquidity risk. In certain situations, a price may be derived from a single broker quote. The prices provided are not firm bids or offers. Certain securities may reflect as "N/A" or "unavailable" where the price for such security is generally not available from a pricing source. The Market Value of a security, including those priced at par value, may differ from its purchase price and may not closely reflect the value at which the security may be sold or purchased based on various market factors. The sale or redemption of any fixed income security prior to maturity may result in a loss. Prices for Certificates of Deposit (CDs) are generally estimates and are not based on actual market prices. The secondary market for CDs is generally illiquid. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In executing orders on the Floor, the Floor broker may permit the Designated Market Maker to trade on parity with the order for some or all of the executions associated with filling that order, where such permission would not be inconsistent with the brokers best execution obligations.
**Fidelity Investments** - Fidelity Distributors Company LLC (FDC) is the distributor for Fidelity Funds with marketing and shareholder services provided by FBS or NFS. Brokerage services are provided by FBS, which clears all transactions through its affiliate NFS. NFS carries all brokerage accounts. FBS and NFS are members of the NYSE and SIPC. Upon written request, Fidelity will mail a NFS financial statement, which is also available at its office. Fidelity Investments (with pyramid logo) is a trademark of FMR LLC. Insurance products are distributed by FBS, Fidelity Insurance Agency, Inc., and Fidelity Investments Insurance Agency of Texas, Inc. **FPWA Services** - Fidelity Go®, Fidelity Managed FidFolios℠ and Fidelity® Strategic Disciplines are advisory services offered by FPWA, a registered investment adviser. Fidelity® Strategic Disciplines includes the Breckinridge Intermediate Municipal Strategy, the Fidelity® Equity-Income Strategy, the Fidelity® U.S. Large Cap Equity Strategy, the Fidelity® Tax-Managed U.S. Equity Index Strategy , the Fidelity® International Equity Strategy, the Fidelity® Tax-Managed International Equity Index Strategy, the Fidelity® Intermediate Municipal Strategy and the Fidelity® Core Bond Strategy. Fidelity® Wealth Services are advisory services offered by FPWA or Fidelity Personal Trust Company, FSB (FPTC), a federal savings bank. Nondeposit investment products and trust services offered by FPTC and its affiliates are not insured or guaranteed by the Federal Deposit Insurance Corporation or any other government agency, are not obligations of any bank, and are subject to risk, including possible loss of principal. **These advisory services are provided for a fee.** FBS, NFS, FDC, FPWA and FPTC are direct or indirect subsidiaries of FMR LLC.

MR_CE_BOTPMKBBC,IMS__BBBBB 20240930 S

534024.28.0

This page is intentionally left blank.

MR_CE_BOTPMKBBBCJMS_BBBBB 20240930    S

**September 1 - September 30, 2024**      Page 1 of 8
**Citigold Account** ████ 6710

**CITIGOLD SERVICES**
**PO Box 6201**
**Sioux Falls, SD 57117-6201**
***Citigold Dedicated Servicing: 888-248-4465***
For banking, call your Relationship Manager:
   *Cristina Canno*, 813-604-6793*
For investments, call your Financial Advisor:
   *Aaron Hargis*, 210-677-7181*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

**MATTHEW B MARTORELLO**
**3805 Greenbrier Dr**
**Dallas TX          75225-5218**

---

Your Citigold simplified banking Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 79,024.30 | 56.51 |
| **Savings** | | |
| Insured Money Market Accounts | 232.45 | 232.46 |
| **Citigold Relationship Total** | **$79,256.75** | **$288.97** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.00 | 0.32 |
| **Savings** | | |
| Insured Money Market Accounts | 0.01 | 0.11 |
| **Citigold Relationship Total** | **$0.01** | **$0.43** |

* To ensure quality service, calls are randomly monitored and may be recorded.

---

**Messages From Citigold**

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

**September 1 - September 30, 2024**    Page 2 of 8
MATTHEW B MARTORELLO
Citigold Account ███████6710

## You are Citigold for September 2024

Your Combined Average Monthly Balance has changed. Your Relationship Tier status could change if you don't maintain Citigold balances. Just a reminder, you need to have three consecutive calendar months of different Combined Average Monthly Balances for us to change your Relationship Tier.

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| July 2024 | $0 - $14,999 | Citigold |
| August 2024 | $15,000 - $29,999 | Citigold |
| September 2024 | $30,000 - $109,999 | Citigold |

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | ████6710 | None | None | N/A | No Fee - Citigold Waiver |
| Citibank® Savings Plus | ████1675 | None | None | N/A | No Fee - Citigold Waiver |
| Total | | None | None | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

## Checking

Checking Activity

**Regular Checking** ████6710

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 09/01/24 | Opening Balance | | | 79,024.30 |
| 09/06/24 | ACH Electronic Debit  UNIV PRK GENERAL UTILITYPMT | 512.23 | | 78,512.07 |
| 09/10/24 | Outgoing Domestic Wire Transfer ONLINE 257394429597936 0910[1] | 187.50 | | 78,324.57 |
| 09/10/24 | Outgoing Domestic Wire Transfer ONLINE 217151565236120 0910[1] | 632.00 | | 77,692.57 |
| 09/10/24 | Outgoing Domestic Wire Transfer ONLINE 377959684752352 0910[1] | 51,300.00 | | 26,392.57 |

010/R1/04F014
0

**September 1 - September 30, 2024**    Page 3 of 8
MATTHEW B MARTORELLO
Citigold Account ████6710

| **Checking** | Continued |
|---|---|

Checking
Activity
Continued

**Regular Checking  908286710**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 09/12/24 | ACH Electronic Debit  AMERICAN EXPR   ACH PMT   M1234        1 | 208.30 | | 26,184.27 |
| 09/20/24 | ACH Electronic Debit  CITI AUTOPAY    PAYMENT  271492065930010 1 | 927.76 | | 25,256.51 |
| 09/30/24 | Outgoing Domestic Wire Transfer ONLINE 178859917882802 0930[1] | 25,200.00 | | 56.51 |
| | Total Subtracted/Added | 78,967.79 | 0.00 | |
| 09/30/24 | Closing Balance | | | 56.51 |

 All transaction times and dates reflected are based on Eastern Time.
[1] This date reflects the actual date your transaction was credited to your account.

| **Savings** | |
|---|---|

Citibank®
Savings Plus
Account Activity

**Citibank® Savings Plus  916061675**

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 09/01/24 | Opening Balance | | | 232.45 |
| 09/30/24 | Interest paid for 30 days,  Annual Percentage Yield Earned 0.05% | | 0.01 | 232.46 |
| 09/30/24 | Closing Balance | | | 232.46 |

APY and Interest Rate. Annual percentage yields (APY) and interest rates on variable rate accounts may change. At our discretion, we may change the Interest Rate on your variable rate account at any time. The Interest Rate is determined by the Relationship Tier that is applicable to your variable rate account. Please see your Client Manual Agreement for more information. We may assign the same interest rate to more than one balance range, but Citi reserves the right to apply an interest rate based on your account balance. Please see your Client Manual Agreement for Account balance ranges.

## Important Disclosures

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

### CITIBANK ACCOUNTS
The products reported on this statement have been combined onto one monthly statement at your request.  Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT
**FDIC Insurance:**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.
**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visit Citi.com, or call 1-800-627- 3999. For TTY: we accept 711 or other Relay Service.

### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

When you initiate a payment by phone, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you requested on the phone. For additional information about cancelling an ACH payment, see your Client Manual Agreement for details.

### IN CASE OF ERRORS
**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.
*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information.  We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.
**The following special procedures apply to errors or questions about international wire transfers or international Citibank Global Transfers to a recipient located in a foreign country:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

### CHECKING PLUS DISCLOSURES
**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:*  The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding  Annual Percentage Rate may vary.

*Interest Charge:*  The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days that rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation".) Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.)  For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.
Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Payment Instructions:* You can make payments online at www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail.  If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003.** For phone payments accepted through our Collections Department, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone.

*Other Information:*  Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

*Request for Credit Balance Refunds:*  If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe.  You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

*Billing Rights Summary -*  *What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

010/R1/04F0140

**September 1 - September 30, 2024**     Page 5 of 8
MATTHEW B MARTORELLO
Citigold Account ███6710

**CREDIT CARDS**

Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage®  is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and
registered throughout the world.

**Citibank is an Equal Housing Lender.**



Citibank, N.A. Member FDIC

**September 1 - September 30, 2024**   Page 6 of 8
MATTHEW B MARTORELLO
Citigold Account ▇▇▇▇▇6710

1.   Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward Your CAMB. All of the EDI accounts contributing to Your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2.   Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

*Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

*Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3.   **CAMB Balance Range Chart**

|  | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

**September 1 - September 30, 2024**    Page 7 of 8
MATTHEW B MARTORELLO
Citigold Account ███████6710

4.  Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

| Account Fees and Waiver Eligibility | | | | | |
|---|---|---|---|---|---|
| | **Account Fees** | | **Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply** | | |
| **Description** | **Monthly Service Fee** | **Non-Citi ATM Fee** | **Activity** | **Citigold Private Client, Citigold or Citi Priority Relationship Tiers** | **Month of account opening and for the first 3 full calendar months after account opening.** |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit* of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

* An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

010/R1/04F014
0

**September 1 - September 30, 2024**          Page 8 of 8
MATTHEW B MARTORELLO
Citigold Account          6710

**This page has been intentionally left blank.**

**September 1 - September 30, 2024**    Page 1 of 8
**Citigold Account** ███████6710

**CITIGOLD SERVICES**
**PO Box 6201**
**Sioux Falls, SD 57117-6201**

*Citigold Dedicated Servicing:  888-248-4465*
For banking, call your Relationship Manager:
  *Cristina Canno*, 813-604-6793*
For investments, call your Financial Advisor:
  *Aaron Hargis*, 210-677-7181*
For TTY: We accept 711 or other Relay Service.
Website: www.citibank.com

**MATTHEW B MARTORELLO**
**3805 Greenbrier Dr**
**Dallas TX          75225-5218**

Your Citigold simplified banking Account Statement. The following summary portion of the statement is provided for informational purposes.

| Value of Accounts | Last Period | This Period |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 79,024.30 | 56.51 |
| **Savings** | | |
| Insured Money Market Accounts | 232.45 | 232.46 |
| **Citigold Relationship Total** | **$79,256.75** | **$288.97** |

| Earnings Summary | This Period | This Year |
|---|---|---|
| **Citibank Accounts** | | |
| **Checking** | | |
| Checking | 0.00 | 0.32 |
| **Savings** | | |
| Insured Money Market Accounts | 0.01 | 0.11 |
| **Citigold Relationship Total** | **$0.01** | **$0.43** |

* To ensure quality service, calls are randomly monitored and may be recorded.

### Messages From Citigold

If you have questions about marketing communications, please visit www.citi.com/offersforyou or call 1-888-248-4465(TTY: We accept 711 or other Relay Service).

010/R1/04F014
0

**September 1 - September 30, 2024**   Page 2 of 8
MATTHEW B MARTOBELLO
Citigold Account ▮▮▮▮6710

## You are Citigold for September 2024

Your Combined Average Monthly Balance has changed. Your Relationship Tier status could change if you don't maintain Citigold balances. Just a reminder, you need to have three consecutive calendar months of different Combined Average Monthly Balances for us to change your Relationship Tier.

| Calendar Month[1] | Combined Average Monthly Balance Range[2] | Relationship Tier[3] |
|---|---|---|
| July 2024 | $0 - $14,999 | Citigold |
| August 2024 | $15,000 - $29,999 | Citigold |
| September 2024 | $30,000 - $109,999 | Citigold |

## Account Fees and Charges[4]

| Account Type | Account | Monthly Service Fee | Rebate of Surcharges from Non- Citi ATM Transactions | Average Monthly Balance | Waiver Applied |
|---|---|---|---|---|---|
| Regular Checking | ▮▮6710 | None | None | N/A | No Fee - Citigold Waiver |
| Citibank® Savings Plus | ▮▮1675 | None | None | N/A | No Fee - Citigold Waiver |
| Total | | None | None | | |

**Fees.** When not linked to a checking account, savings account balances (excluding Citi Miles Ahead Savings) for the calendar month prior to the end of the monthly statement period will be used to determine your Average Savings Balance, which determines if you receive a monthly service fee. All fees assessed in this Statement Cycle, including Non-Citi ATM fees, will appear as charges on the first Business Day of your next Account Statement. Please refer to your Client Manual Agreement for details on how we determine your monthly fees and charges.

## Checking

Checking Activity

**Regular Checking** ▮▮6710

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 09/01/24 | Opening Balance | | | 79,024.30 |
| 09/06/24 | ACH Electronic Debit  UNIV PRK GENERAL UTILITYPMT | 512.23 | | 78,512.07 |
| 09/10/24 | Outgoing Domestic Wire Transfer ONLINE 257394429597936 0910[1] | 187.50 | | 78,324.57 |
| 09/10/24 | Outgoing Domestic Wire Transfer ONLINE 217151565236120 0910[1] | 632.00 | | 77,692.57 |
| 09/10/24 | Outgoing Domestic Wire Transfer ONLINE 377959684752352 0910[1] | 51,300.00 | | 26,392.57 |

**September 1 - September 30, 2024**    Page 3 of 8
MATTHEW B MARTORELLO
Citigold Account ██████6710

| **Checking** | Continued |
|---|---|

Checking
Activity
Continued

**Regular Checking** ██████6710

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 09/12/24 | ACH Electronic Debit  AMERICAN EXPR   ACH PMT   M1234        1 | 208.30 | | 26,184.27 |
| 09/20/24 | ACH Electronic Debit  CITI AUTOPAY    PAYMENT   271492065930010 1 | 927.76 | | 25,256.51 |
| 09/30/24 | Outgoing Domestic Wire Transfer ONLINE 178859917882802 0930[1] | 25,200.00 | | 56.51 |
| | Total Subtracted/Added | 78,967.79 | 0.00 | |
| 09/30/24 | Closing Balance | | | 56.51 |

*All transaction times and dates reflected are based on Eastern Time.*
[1] *This date reflects the actual date your transaction was credited to your account.*

| **Savings** | |
|---|---|

Citibank®
Savings Plus
Account Activity

**Citibank® Savings Plus** ██████1675

| Date | Description | Amount Subtracted | Amount Added | Balance |
|---|---|---|---|---|
| 09/01/24 | Opening Balance | | | 232.45 |
| 09/30/24 | Interest paid for 30 days,  Annual Percentage Yield Earned 0.05% | | 0.01 | 232.46 |
| 09/30/24 | Closing Balance | | | 232.46 |

APY and Interest Rate. Annual percentage yields (APY) and interest rates on variable rate accounts may change. At our discretion, we may change the Interest Rate on your variable rate account at any time. The Interest Rate is determined by the Relationship Tier that is applicable to your variable rate account. Please see your Client Manual Agreement for more information. We may assign the same interest rate to more than one balance range, but Citi reserves the right to apply an interest rate based on your account balance. Please see your Client Manual Agreement for Account balance ranges.

## Important Disclosures

**Please read the paragraphs below for important information on your accounts with us. Note that some of these products may not be available in all states.**

### CITIBANK ACCOUNTS
The products reported on this statement have been combined onto one monthly statement at your request.  Opening and closing dates of the statement period are disclosed with the opening and closing balance for each bank product in the applicable transaction activity section. The ownership and title of individual products reported here may be different from the addressee(s) on the first page.

### CHECKING, SAVINGS AND CERTIFICATES OF DEPOSIT
**FDIC Insurance:**
Products reported in CHECKING, SAVINGS and CERTIFICATES OF DEPOSIT are insured by the Federal Deposit Insurance Corporation. Please consult your Client Manual Agreement for full details and limitations of FDIC coverage.
**APY and Interest Rate:**
For current interest rates and annual percentage yields, please visitCiti.com, or call 1-800-627- 3999. For TTY: we accept 711 or other Relay Service.

### CERTIFICATES OF DEPOSIT
Certificates of Deposit (CD) information may show dashes in certain fields if on the date of your statement your new CD was not yet funded or your existing CD renewed but is still in its grace period.

When you initiate a payment by phone, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone. For additional information about cancelling an ACH payment, see your Client Manual Agreement for details.

### IN CASE OF ERRORS

**In Case of Errors or Questions about Your Electronic Fund Transfers:**
If you think your statement or record is wrong, or if you need more information about a transfer on the statement or record, telephone us or write to us at the address shown on the first page of your statement as soon as possible. We must hear from you no later than 60 days after we sent you the **first** statement on which the error or problem appeared. You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

*Give us the following information:* (1) your name and account number, (2) the dollar amount of the suspected error, (3) describe the error or the transfer you are unsure about and explain as clearly as you can why you believe there is an error or why you need more information. We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

**The following special procedures apply to errors or questions about International wire transfers or International Citibank Global Transfers to a recipient located in a foreign country:**
Telephone us or write to us at the address shown in the Customer Service Information section on your statement as soon as possible. We must hear from you within 180 days of the date we indicated to you that the funds would be made available to the recipient of that transfer. At the time you contact us, we may ask for the following information: 1) your name, address and account number; 2) the name of the person receiving the funds, and if you know it, his or her telephone number and/or address; 3) the dollar amount of the transfer; 4) the reference code for the transfer; and 5) a description of the error or why you need additional information. We may also ask you to select a choice of remedy (credit to your account in an amount necessary to resolve the error or alternatively, a resend of the transfer in an amount necessary to resolve the error for those cases where bank error is found). We will determine whether an error has occurred within 90 days after you contact us. If we determine that an error has occurred, we will promptly correct that error in accordance with the error resolution procedures under the Electronic Fund Transfer Act and federal Regulation E or in accordance with the laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

**IRAs AND KEOGH Plans** Citibank, N.A. is custodian of your Citibank IRA and trustee of your Citibank Keogh Plan.

### CHECKING PLUS DISCLOSURES

**Checking Plus Line of Credit - Fixed Rate and Variable Rate**
*Average Daily Balance:*  The Average Daily Balance is computed by taking the beginning balance on your account each day, adding any new advances and adjustments as of the day they are made, and subtracting any payments as of the day received, credits as of the day issued, and any unpaid Interest Charges or other fees and charges. This gives you a daily balance. Add up all the daily balances for the statement period and divide the total by the number of days in the statement period. This gives you the Average Daily Balance. For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding  Annual Percentage Rate may vary.

*Interest Charge:*  The Interest Charge is computed by applying the Daily Periodic Rate to the "daily balance" of your account for each day in the statement period. To get the "daily balance" we take the beginning balance each day, add any new advances and adjustments, and subtract any unpaid interest or other finance charges and any payments or credits. This gives us the daily balance. You may verify the amount of the Interest Charge by (1) multiplying each of the average daily balances by the number of days this rate was in effect, and then (2) multiplying each of the results by the applicable Daily Periodic Rate, and (3) adding these products together. (All of these numbers can be found in the table called "Interest Charge Calculation". Each average daily balance is disclosed as Balance Subject to Interest Rate. The daily periodic rate is the Annual Percentage Rate divided by 365, except in leap years when it will be divided by 366.)  For Checking Plus (variable rate), the Daily Periodic Rate and the corresponding Annual Percentage Rate may vary.

Interest Charges are assessed on loans as of the day we pay your check or otherwise make funds available to you from your account. The total Interest Charges paid during the year will be shown on your statement. We may report information about your account to credit bureaus.  Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

*Payment Instructions:* You can make payments online via www.citibank.com, at any Citibank branch, Citicard Banking Center, or by mail.  If paying by mail, you must include your account number and send your payment to: **Citibank, N.A., PO Box 78003, Phoenix, AZ 85062-8003.** For phone payments accepted through our Collections Department, you authorize Citi to electronically debit your specified bank account by an ACH transaction in the amount and on such date that you indicated on the phone. You may cancel a one-time payment by calling the number on your statement within the timeframe disclosed to you on the phone.

*Other Information:*  Checks drawn against a business account are not acceptable as payment for a personal loan obligation.

*Request for Credit Balance Refunds:*  If your statement shows a credit balance it means your loan payments have exceeded the total amount you owe.  You may request a full refund of the credit balance by writing to us at the address shown on the first page of your statement.
You are entitled to remedies for error resolution for an electronic funds transfer in accordance with the Electronic Funds Transfer Act and federal Regulation E or in accordance with laws of the state where your account is located as may be applicable. See your Client Manual Agreement for details.

*Billing Rights Summary - What To Do If You Think You Find A Mistake On Your Statement.*
If you think there is an error on your statement, write to us at the address shown on the first page of your statement (Attn: Checking Plus).

In your letter, give us the following information:
- *Account Information:* Your name and account number.
- *Dollar amount:* The dollar amount of the suspected error.
- *Description of the Problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement. You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

010/R1/04F014
0

**September 1 - September 30, 2024**   Page 5 of 8
MATTHEW B MARTORELLO
Citigold Account ████6710

**CREDIT CARDS**

Information about your Citibank credit card account(s) on this statement is summary information as of your last credit card statement.
You will continue to receive your regular monthly credit card statement(s).
Citibank credit cards are issued by Citibank, N.A. AAdvantage® is a registered trademark of American Airlines, Inc.
Citi, Citi and Arc Design and other marks used herein are service marks of Citigroup Inc. or its affiliates, used and
registered throughout the world.

**Citibank is an Equal Housing Lender.**



Citibank, N.A. Member FDIC

1.  Your Combined Average Monthly Balance (CAMB) is the summation of the End of Day Available Now balances for all Eligible Deposit and Investment account(s) (EDI) across a calendar month divided by the number of days in that month. CAMB is based on the calendar month and is not tied to Your Statement Period. Only certain account types qualify as EDI accounts and you must be the owner (or beneficial owner) of an EDI account for it to contribute toward your CAMB. All of the EDI accounts contributing to your CAMB may not appear on this Account Statement. Some accounts that appear on this Account Statement are not EDI accounts. Please call us to learn which EDI accounts you own that contribute to your CAMB.

    Eligible Family Members who live at the same address can choose to link their EDI accounts creating a Family CAMB range. Please see definition of Eligible Family Members in the Family Link section of the Client Manual Agreement. Retirement accounts have different rules for Family Linking than other EDI accounts. You may invite or be invited by Eligible Family Members (Members) to Family Linking. Starting in the first month existing deposit customers who are Eligible Family Members ("Members") successfully join or create a Family Link, their family CAMB will include EDI accounts they own along with EDI accounts owned by Members. If you were converted to a Legacy Relationship along with owners of accounts in your Package(s) pursuant to separate notice which provided the Effective Date of that conversion, similar to Family Linking the CAMB for Members in Legacy Relationships will include all EDI accounts they own along with EDI accounts owned by Members. Your family or legacy relationship CAMB may be higher than your individual CAMB, entitling you to join a Relationship Tier or different Relationship Tier. If you no longer want to be a member of Family Linking or a Legacy Relationship or no longer qualify for Family Linking or Legacy Relationships, speak to a banker on the phone or in a branch. Please see the Client Manual Agreement for more information on Family Links and Legacy Relationships.

2.  Your Relationship Tier status will determine your Annual Percentage Yield for Citi Savings accounts (but not other Savings accounts) and may impact your eligibility for Monthly Service Fee and Non-Citi ATM waivers, along with other fees, features and benefits. Customers who did not own a Citibank checking, savings, CD, IRA, or investment account (investment accounts are offered through CGMI) in the 30 calendar days prior to opening their new EDI account ("New to Relationship" customers) may choose their Relationship Tier when opening the new EDI account. Re-Tiering will begin reviewing New to Relationship customer CAMB in the first full month after account opening, but it takes three months of sustained Balance Ranges for an Up-Tiering or Re-Tiering Out change. Unless a Tier exception applies, customers are Re-Tiered automatically on the first calendar day of the month. Through Re-Tiering, if an existing customer CAMB range meets the minimum Balance Range required for a higher Relationship Tier for three consecutive calendar months, they will automatically be Up-Tiered. If an existing customer wants to maintain their Relationship Tier, they need to make sure their CAMB does not drop below their Relationship Tier's minimum Balance Range for three consecutive calendar months.

    You may be able to join Relationship Tiers faster and maintain Relationship Tiers by enrolling in Tier Acceleration. For three months after enrollment, Citi will review your "End of Day" balances on the last Business Day of the month across all EDI accounts you own ("EOD Balance"). Your EOD Balance is your Available Now Balance across eligible deposit and investment accounts at 10:30 p.m. EST. If your EOD balance meets the Balance Range for the same or a higher Relationship Tier on one or more eligible months, you will join that Relationship Tier on the first day of the next calendar month.

    Your individual Account Statement will show both your current monthly Relationship Tier and up to 3 months of CAMB and Relationship Tier history.

    *Important: When customers own accounts as Joint Owners, the Relationship Tier associated with their account will be determined by the highest Relationship Tier among joint owners. The CAMB shown on a joint Account Statement will show the highest CAMB range among account owners.*

    *Important: On statements, Joint Account owners will see the highest balance range of CAMB and highest Relationship Tier among Joint Account owners. Family Relationship members will see the Family CAMB range. Members in a Legacy Relationship will see the Legacy Relationship CAMB range. As a result, Joint Account owners, Family Linking members, and Members of Legacy Relationships may be able to deduce approximate balances of other owners and members. When deciding to open a Joint Account, join a Family Linking, or remain in Legacy Relationships, customers should evaluate their privacy needs, along with their need for rate and fee advantages.*

3.  **CAMB Balance Range Chart**

| | Citi Priority | Citigold | Citigold Private Client |
|---|---|---|---|
| **To attain Relationship Tier** | $30,000-199,999.99 | $200,000-999,999.99 | $1,000,000 or more |
| **To remain in Relationship Tier** | $30,000-199,999.99 | $180,000-999,999.99 | $800,000 or more |

010/R1/04F014
0

4.  Citibank generally charges fees for its products and services. Deposit accounts are subject to service, transaction or other fees not covered by the Monthly Service Fee. For a complete list of applicable fees and to learn the impact of Relationship Tiers on those fees, please visit the Fee Schedule of the Client Manual Agreement. Please also carefully review any fee disclosures provided at the time of a transaction or when a service is provided, such as when you open a Safe Deposit Box or order checks.

| Account Fees and Waiver Eligibility | | | | | |
|---|---|---|---|---|---|
| | **Account Fees** | | **Monthly Service Fee and Non-Citi ATM Fee Waived in months where the following situations apply** | | |
| **Description** | **Monthly Service Fee** | **Non-Citi ATM Fee** | **Activity** | **Citigold Private Client, Citigold or Citi Priority Relationship Tiers** | **Month of account opening and for the first 3 full calendar months after account opening.** |
| Regular Checking | $15 | $2.50 | Enhanced Direct Deposit* of $250 or more | Yes | Yes |
| Access Checking | $5 | $2.50 | Enhanced Direct Deposit* of $250 or more Important: Non-Citi ATM fee is non-waivable | Yes | Yes |
| Citi Savings | $4.50 | $2.50 | Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Accelerate Savings | $4.50 | $2.50 | Average Monthly Balance of $500 or more or Any owner also owns a checking account | Yes | Yes |
| Citi Miles Ahead | $0 | $0 | N/A | N/A | N/A |
| COMMA Savings accounts | $0 | $0 | N/A | N/A | N/A |

*  An Enhanced Direct Deposit is an electronic deposit through the Automated Clearing House ("ACH") Network of payroll, pension, social security, government benefits and other payments to your checking account totaling at least $250 or more in a calendar month. An Enhanced Direct Deposit also includes all deposits via Zelle and other P2P payments when made via ACH using providers such as Venmo or PayPal. Teller deposits, cash deposits, check deposits, wire transfers, transfers between Citibank accounts, ATM transfers and deposits, mobile check deposits, and P2P payments using a debit card do not qualify as an Enhanced Direct Deposit.

**September 1 - September 30, 2024**          Page 8 of 8

MATTHEW B MARTORELLO

Citigold Account          6710

**This page has been intentionally left blank.**

# TradeStation®

ACCOUNT NUMBER: ████4044

FIRM / SALESMAN: S    09

STATEMENT DATE: SEP 30, 2024

MONTHLY COMMODITY STATEMENT

MATT MARTORELLO
3805 GREENBRIER DR
DALLAS, TX 75225

**\* \* \* \* \* \* \* \* \* \* \* \* Y O U R   A C T I V I T Y   T H I S   M O N T H \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

| DATE | AT | LONG/BUY | SHRT/SELL | DESCRIPTION | PRICE/LEGND | CC | DEBIT | CREDIT |
|------|----|----------|-----------|-------------|-------------|----|-------|--------|
| 9/04/24 | F1 | | | TRADESTATION: GLOBEX VALUE BUN | | US | 20.00 | |
| 9/04/24 | F1 | | | TRADESTATION: CME GLOBEX MD NO | | US | 5.00 | |
| 9/04/24 | F1 | | | TRADESTATION: CBOT GLOBEX MD N | | US | 5.00 | |
| 9/04/24 | F1 | | | TRADESTATION: NYMEX GLOBEX MD | | US | 5.00 | |
| 9/04/24 | F1 | | | TRADESTATION: CBOT DELAYED 09/ | | US | 2.00 | |
| 9/04/24 | F1 | | | TRADESTATION: NYSE 09/24 | | US | 3.00 | |
| 9/04/24 | F1 | | | EX TAX TX, 6.250%: 09/24 | CASH | US | 2.44 | |
| 9/04/24 | F1 | | | TRADESTATION: COMEX GLOBEX MD | | US | 5.00 | |
| 9/04/24 | F1 | | | TRADESTATION: NASD 09/24 | | US | 3.00 | |
| 9/04/24 | F1 | | | TRADESTATION: LVL 2 09/24 | | US | 11.00 | |
| 9/10/24 | F1 | | | MONTHLY INACTIVITY FEE SEPTEMB | | US | 10.00 | |

```
                    *US$-SEGREGATED(F1)*
BEGINNING BALANCE               1,418.59
THIS MONTH'S ACTIVITY              71.44-
ENDING BALANCE                  1,347.15

ACCOUNT VALUE AT MARKET         1,347.15
CONVERTED MARKET VALUE          1,347.15
```

Please examine all the information transmitted to you in this report and report any error's or irregularities to your
TradeStation intermediary or to TradeStation client services department at (800) 822-0512. Failure to immediately advise of any
such errors or irregularities before the opening of trading on the trading day subsequent to the execution of the transaction
in dispute will be deemed your agreement that the transmitted information is correct and has been ratified by you.



**TOLLESON PRIVATE BANK**   5550 Preston Road, Suite B, Dallas, Texas 75205
214-252-3033



MEMBER
**FDIC**

_Tolleson Online Banking_   _Federal Deposit Insurance Corp_

MATTHEW B MARTORELLO
3805 GREENBRIER DRIVE
DALLAS TX 75225

Date  9/30/24        Page    1
Account Number   Ending     9638
Enclosures

## CHECKING ACCOUNT

| | | |
|---|---|---|
| CHECKING ACCOUNT | | Number of Enclosures         0 |
| Account Number        Ending      9638 | | Statement Dates    9/03/24 thru  9/30/24 |
| Previous Balance            3,735.00 | | Days in the statement period       28 |
| 3 Deposits/Credits          1,840.90 | | Average Ledger              4,274.23 |
| 2 Checks/Debits               480.00 | | Average Collected           4,274.23 |
| Total Service Charge             .00 | | Interest Earned                  .16 |
| Interest Paid                    .17 | | Annual Percentage Yield Earned  0.05% |
| Ending Balance              5,096.07 | | 2024 Interest Paid              2.04 |

### DEPOSITS AND ADDITIONS

| Date | Description | Amount |
|---|---|---|
| 9/13 | PREM REF    ALLSTATE INS CO<br>CCD<br>ERF.010   010 D | 47.19 |
| 9/13 | PAYROLL     ASF, DBA Insperi<br>PPD<br>ty | 885.31 |
| 9/27 | PAYROLL     ASF, DBA Insperi<br>PPD<br>ty | 908.40 |
| 9/30 | Interest Deposit | .17 |

### CHECKS AND WITHDRAWALS

| Date | Description | Amount |
|---|---|---|
| 9/19 | PAYMENT    NORDSTROM<br>WEB | 40.00- |
| 9/20 | ATM W/D 0719 09/20/24 00007907<br>TBK BANK SSB<br>6072 SHERRY LANE<br>DALLAS        TX C#0540 | 440.00- |

 **TOLLESON PRIVATE BANK**  5550 Preston Road, Suite B, Dallas, Texas 75205  214-252-3033  MEMBER  **FDIC**

*Tolleson Online Banking  Federal Deposit Insurance Corp*

```
MATTHEW B MARTORELLO            Date  9/30/24       Page      2
3805 GREENBRIER DRIVE          Account Number  Ending      9638
DALLAS TX 75225                Enclosures
```

CHECKING ACCOUNT                    Ending    9638  (Continued)

### DAILY BALANCE INFORMATION

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 9/03 | 3,735.00 | 9/19 | 4,627.50 | 9/27 | 5,095.90 |
| 9/13 | 4,667.50 | 9/20 | 4,187.50 | 9/30 | 5,096.07 |

### INTEREST RATE SUMMARY

| Date | Interest Rate |
|------|---------------|
| 9/02 | 0.050000% |

| OUTSTANDING CHECKS | RECONCILIATION INSTRUCTIONS |
|---|---|

**Reconciliation of Account**

Date _____

**CHECKS WRITTEN BUT NOT PAID**

| NUMBER | AMOUNT |
|---|---|
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Please examine this statement and items at once and refer any exceptions immediately.

Sort your checks numerically or by date issued.

Mark off in your checkbook each of your checks paid by the bank and list the numbers and amounts of those not paid in the space provided at the left. Include any checks still not paid from previous statements.

Subtract from your checkbook balance any SERVICE CHARGE (S.C.) or bank charge appearing on this statement.

Reconcile your statement in the space provided below.

| | |
|---|---|
| Enter bank balance from statement | |
| Add deposits not credited by bank (if any) | |
| TOTAL | |
| Total of Checks not paid | Subtract total of checks not paid |
| THIS AMOUNT SHOULD EQUAL YOUR CHECKBOOK BALANCE ➡ | |

**Any Charge for Imprinted Checks Includes State Sales Tax Computed at the Current Rate, When Applicable**

## EXPLANATION OF BALANCE ON WHICH FINANCE CHARGE IS COMPUTED

We calculate the FINANCE CHARGE on your account by multiplying the daily balance of your account, including current transactions, by the daily periodic rate each day during the billing cycle. This gives us a daily finance charge. Then we add together each daily finance charge to derive a total FINANCE CHARGE for the billing cycle. To get the daily balance on which each daily finance charge is computed, we take the beginning balance of your account each day, add any new advances and subtract any payments or credits and unpaid finance charges.

The "average daily balance" shown on the front of this statement is for purposes of illustration only. To validate the amount of your finance charge, multiply the number of days in the billing cycle by the average daily balance shown, then multiply the product by the daily periodic rate.

*Note: If the statement closing date falls on a Friday or on any business day immediately prior to a non-business day, the number of days in the billing cycle will include the subsequent number of non-business days until the next business day, and the finance charge will continue to accrue. However, the number of days in the next billing cycle will not include any days included in the prior cycle.

## BILLING RIGHTS SUMMARY

**In Case of Errors or Questions About Your Account Statement**

If you think your statement is wrong, or if you need more information about a transaction on your statement, write us on a separate sheet at the address shown on the face of this statement as soon as possible. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights.

In your letter, give us the following information.
1. Your name and account number.
2. The dollar amount of the suspected error.
3. Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your statement that are not in question. While we investigate your question, we cannot report you as delinquent or take action to collect the amount you question.

## IN CASE OF ERROR OR QUESTIONS ABOUT YOUR ELECTRONIC TRANSFERS

If you need more information about an electronic transfer appearing on this statement, or if you think your statement or receipt is wrong, please telephone or write us as soon as possible at the phone number or address designated on the front of this statement. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.
1. Tell us your name and account number (if any).
2. Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will recredit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

If you would like to confirm that an automatic deposit to your account has been made as scheduled, you may call us during normal business hours at the phone number designated on the front of this statement.