**Insperity**

## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MARTORELLO, MATTHEW
**Company:** BRAVIANT LLC (3663800)
306 W ERIE ST STE 300
CHICAGO, IL 60654
Phone: (773) 280 8856

**Employee ID:** 2747322
**Pay Date:** 09/13/2024
**Pay Period:** 08/25/2024 To 09/07/2024
**Pay Frequency:** BiWeekly

**Check #:** 84479361
**Pay Type:** Salary
**Department:** 10
**Location:** 0

**Gross Earnings:** 1,384.62    **Total Taxes:** 73.34    **Total Deductions:** 425.97    **Net Pay:** 885.31

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Salary - Exempt | 08/25/2024 | 09/07/2024 | | 1,384.62 | 1,384.62 | 26,307.78 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Equipment Allowance - Reg | | | | | | 200.00 |
| **Gross** | | | | | **1,384.62** | **26,507.78** |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 69.79 | 139.58 |
| Dependent Med | 330.56 | 6,390.80 |
| Dependent D/V | 25.62 | 486.78 |
| 401K Plan | 0.00 | 17,114.29 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| SocSec | 59.44 | 1,208.40 |
| Medicare | 13.90 | 282.62 |
| **Total** | **73.34** | **1,491.02** |

# Insperity

**Did You Know That Insperity Premier(TM) is the Place to Go for your...**

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MARTORELLO, MATTHEW
Company: BRAVIANT LLC (3663800)
306 W ERIE ST STE 300
CHICAGO, IL 60654
Phone: (773) 280 8856

Employee ID: 2747322

Pay Date: 08/30/2024
Pay Period: 08/11/2024 To 08/24/2024
Pay Frequency: BiWeekly

Check #: 84141987

Pay Type: Salary
Department: 10
Location: 0

**Gross Earnings:** 1,409.62    **Total Taxes:** 75.25    **Total Deductions:** 1,334.37    **Net Pay:** 0.00

## Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 08/11/2024 | 08/24/2024 | | 1,384.62 | 1,384.62 | 24,923.16 |
| Equipment Allowance - Reg | 08/11/2024 | 08/24/2024 | | | 25.00 | 200.00 |
| **Gross** | | | | | 1,409.62 | 25,123.16 |

## Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Employee Med | 69.79 | 69.79 |
| Dependent Med | 330.56 | 6,060.24 |
| Dependent D/V | 25.62 | 461.16 |
| 401K Plan | 908.40 | 17,114.29 |
| **Total** | 1,334.37 | 23,705.48 |
| **After Tax** | | |
| **Total** | 0.00 | 0.00 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| SocSec | 60.99 | 1,148.96 |
| Medicare | 14.26 | 268.72 |
| **Total** | 75.25 | 1,417.68 |

### Federal Tax Withholding Elections
Marital Status: Married
Allowances: 5
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 1,417.68 |
| Social Security | 18,531.97 |
| Medicare | 18,531.97 |

## Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|

## Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

**≋ Insperity**

## *Did You Know That Insperity Premier(TM) is the Place to Go for your...*

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MARTORELLO, MATTHEW
**Company:** BRAVIANT LLC (3663800)
306 W ERIE ST STE 300
CHICAGO, IL 60654
**Phone:** (773) 280 8856

**Employee ID:** 2747322

**Pay Date:** 08/16/2024
**Pay Period:** 07/28/2024 To 08/10/2024
**Pay Frequency:** BiWeekly

**Check #:** 83825954

**Pay Type:** Salary
**Department:** 10
**Location:** 0

**Gross Earnings:** 1,384.62    **Total Taxes:** 78.18    **Total Deductions:** 1,306.44    **Net Pay:** 0.00

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| *Current Pay Period* | | | | | | |
| Salary - Exempt | 07/28/2024 | 08/10/2024 | | 1,384.62 | 1,384.62 | 23,538.54 |
| *Previous Insperity wages paid / Other wages paid* | | | | | | |
| Equipment Allowance - Reg | | | | | | 175.00 |
| **Gross** | | | | | 1,384.62 | 23,713.54 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Dependent Med | 337.04 | 5,729.68 |
| Dependent D/V | 25.62 | 435.54 |
| 401K Plan | 943.78 | 16,205.89 |
| **Total** | 1,306.44 | 22,371.11 |
| **After Tax** | | |
| **Total** | 0.00 | 0.00 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| SocSec | 63.36 | 1,087.97 |
| Medicare | 14.82 | 254.46 |
| **Total** | 78.18 | 1,342.43 |

### Federal Tax Withholding Elections

Marital Status: Married
Allowances: 5
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 1,342.43 |
| Social Security | 17,548.32 |
| Medicare | 17,548.32 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

**≋ Insperity**

## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

---

**Employee:** MARTORELLO, MATTHEW
**Company:** BRAVIANT LLC (3663800)
306 W ERIE ST STE 300
CHICAGO, IL 60654
**Phone:** (773) 280 8856

**Employee ID:** 2747322

**Pay Date:** 08/02/2024
**Pay Period:** 07/14/2024 To 07/27/2024
**Pay Frequency:** BiWeekly

**Check #:** 83498420

**Pay Type:** Salary
**Department:** 10
**Location:** 0

**Gross Earnings:** 1,384.62    **Total Taxes:** 78.18    **Total Deductions:** 1,306.44    **Net Pay:** 0.00

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 07/14/2024 | 07/27/2024 | | 1,384.62 | 1,384.62 | 22,153.92 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Equipment Allowance - Reg | | | | | | 175.00 |
| **Gross** | | | | | 1,384.62 | 22,328.92 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Dependent Med | 337.04 | 5,392.64 |
| Dependent D/V | 25.62 | 409.92 |
| 401K Plan | 943.78 | 15,262.11 |
| **Total** | 1,306.44 | 21,064.67 |
| **After Tax** | | |
| **Total** | 0.00 | 0.00 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| SocSec | 63.36 | 1,024.61 |
| Medicare | 14.82 | 239.64 |
| **Total** | 78.18 | 1,264.25 |

### Federal Tax Withholding Elections

Marital Status: Married
Allowances: 5
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 1,264.25 |
| Social Security | 16,526.36 |
| Medicare | 16,526.36 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.



## Did You Know That Insperity Premier(TM) is the Place to Go for your...

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MARTORELLO, MATTHEW
**Company:** BRAVIANT LLC (3663800)
306 W ERIE ST STE 300
CHICAGO, IL 60654
**Phone:** (773) 280 8856

**Employee ID:** 2747322

**Pay Date:** 07/19/2024
**Pay Period:** 06/30/2024 To 07/13/2024
**Pay Frequency:** BiWeekly

**Check #:** 83226591

**Pay Type:** Salary
**Department:** 10
**Location:** 0

**Gross Earnings:** 1,409.62   **Total Taxes:** 80.09   **Total Deductions:** 1,329.53   **Net Pay:** 0.00

### Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 06/30/2024 | 07/13/2024 | | 1,384.62 | 1,384.62 | 20,769.30 |
| Equipment Allowance - Reg | 06/30/2024 | 07/13/2024 | | | 25.00 | 175.00 |
| **Gross** | | | | | 1,409.62 | 20,944.30 |

### Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Dependent Med | 337.04 | 5,055.60 |
| Dependent D/V | 25.62 | 384.30 |
| 401K Plan | 966.87 | 14,318.33 |
| **Total** | 1,329.53 | 19,758.23 |
| **After Tax** | | |
| **Total** | 0.00 | 0.00 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| SocSec | 64.91 | 961.25 |
| Medicare | 15.18 | 224.82 |
| **Total** | 80.09 | 1,186.07 |

### Federal Tax Withholding Elections
Marital Status: Married
Allowances: 5
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 1,186.07 |
| Social Security | 15,504.40 |
| Medicare | 15,504.40 |

### Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|

### Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.

Insperity PEO Services, L.P.   19001 Crescent Springs Drive, Kingwood, TX 77339-3802   866-715-3552

# ⁂ Insperity

***Did You Know That Insperity Premier(TM) is the Place to Go for your...***

1. Personal employment information 2. Current and past paycheck records, W2 and W4 forms 3. Health insurance information and credentials 4. 401(k) plan account (if you have one) 5. Flexible spending account (FSA) plan or HSA (if you have one) 6. Insperity contact information and tutorials/overview videos 7. MarketPlace(SM) access

*Just log in to portal.insperity.com for easy and instant access to this important information and much more!*

**Employee:** MARTORELLO, MATTHEW
**Company:** BRAVIANT LLC (3663800)
306 W ERIE ST STE 300
CHICAGO, IL 60654
**Phone:** (773) 280 8856

**Employee ID:** 2747322

**Pay Date:** 07/05/2024
**Pay Period:** 06/16/2024 To 06/29/2024
**Pay Frequency:** BiWeekly

**Check #:** 82898606

**Pay Type:** Salary
**Department:** 10
**Location:** 0

**Gross Earnings:** 1,384.62     **Total Taxes:** 78.18     **Total Deductions:** 1,306.44     **Net Pay:** 0.00

## Earnings

| Description | Start Date | End Date | Hrs/Units | Rate | Current | YTD |
|---|---|---|---|---|---|---|
| **Current Pay Period** | | | | | | |
| Salary - Exempt | 06/16/2024 | 06/29/2024 | | 1,384.62 | 1,384.62 | 19,384.68 |
| **Previous Insperity wages paid / Other wages paid** | | | | | | |
| Equipment Allowance - Reg | | | | | | 150.00 |
| **Gross** | | | | | 1,384.62 | 19,534.68 |

## Deductions & Credits

| Description | Current | YTD |
|---|---|---|
| **Pre-Tax** | | |
| Dependent Med | 337.04 | 4,718.56 |
| Dependent D/V | 25.62 | 358.68 |
| 401K Plan | 943.78 | 13,351.46 |
| **Total** | 1,306.44 | 18,428.70 |
| **After Tax** | | |
| **Total** | 0.00 | 0.00 |

## Taxes

| Description | Current | YTD |
|---|---|---|
| Federal Taxes | 0.00 | 0.00 |
| SocSec | 63.36 | 896.34 |
| Medicare | 14.82 | 209.64 |
| **Total** | 78.18 | 1,105.98 |

### Federal Tax Withholding Elections
Marital Status: Married
Allowances: 5
Additional Withholding: $ 0.00

### Insperity YTD Taxable Amount

| Description | Amount |
|---|---|
| Federal | 1,105.98 |
| Social Security | 14,457.44 |
| Medicare | 14,457.44 |

## Direct Deposit Information

| Routing # | Account # | Amount |
|---|---|---|

## Paid Time Off/Vacation and/or Sick Information

| Plan - Level | Available | Used | Balance |
|---|---|---|---|

Your worksite employer provides the Paid Time Off/Vacation and/or Sick Information shown. "Balance" reflects hours available for use under the PTO, vacation, and/or sick time provided to Insperity by your worksite employer. See your supervisor with questions about your Balance. If your Paid Time Off/Vacation and/or Sick Information does not appear, this information will be provided by your worksite employer, as applicable.