

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED
THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 3, 2024**

*Mark X. Mullin*
**United States Bankruptcy Judge**

_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| MATTHEW BRANDON MARTORELLO | Case No. 24-90016-mxm-11 |
| Debtor | |

### ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Before the Court is the *Motion for Relief from the Automatic Stay [Docket 55]* (the "Motion") filed by interested party Loeb & Loeb LLP ("Loeb"). By the Motion, Loeb seeks relief from the automatic stay to allow it to file Motions for Withdrawal in the United States District Courts for the Eastern District of Virginia, the District of Oregon and the District of Massachusetts. Any and all objections that have been filed are hereby overruled to the extent that they have not been withdrawn. Having considered the Motion, the Court concludes that Loeb is entitled to relief

240244719.1
233953-10004

from the automatic stay pursuant to 11 U.S.C. § 362(d)(1). Accordingly, it is therefore:

ORDERED that the Motion is hereby GRANTED.

IT IS SO ORDERED.

###

United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 24-90016-mxm |
| Matthew Brandon Martorello | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-9 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 03, 2024 | Form ID: pdf012 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Matthew Brandon Martorello, 3805 Greenbrier Dr, Dallas, TX 75225-5218 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Dec 05, 2024 | Signature: | /s/Gustava Winters |

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amanda Swartz | on behalf of Creditor United States (IRS) amanda.p.swartz@usdoj.gov |
| Behrooz P. Vida | on behalf of Interested Party Rebecca LeAnn Martorello filings@vidalawfirm.com bkfilings@yahoo.com;TheVidaLawFirmPLLC@jubileebk.net;legalprokirstin@gmail.com |
| Bernard R. Given, II | on behalf of Interested Party Loeb & Loeb LLP bgiven@loeb.com mortiz@loeb.com;ladocket@loeb.com;bsimmons@loeb.com;fmckeown@loeb.com |
| Craig F. Simon | on behalf of Defendant Matthew B Martorello csimon@meadowscollier.com csimon@meadowscollier.com;preichenstein@meadowscollier.com;eburch@meadowscollier.com;clasala@meadowscollier.com;agray@meadowscollier.com;emosher@meadowscollier.com;emosher@ecf.courtdrive.com |
| Craig F. Simon | |

District/off: 0539-9     User: admin     Page 2 of 2
Date Rcvd: Dec 03, 2024     Form ID: pdf012     Total Noticed: 1

| | |
|---|---|
| | on behalf of Debtor Matthew Brandon Martorello csimon@meadowscollier.com csimon@meadowscollier.com;preichenstein@meadowscollier.com;eburch@meadowscollier.com;clasala@meadowscollier.com;agray@meadowscollier.com;emosher@meadowscollier.com;emosher@ecf.courtdrive.com |
| Daniel P. Winikka | on behalf of Debtor Matthew Brandon Martorello dan@danwinlaw.com dan@danwinlaw.com |
| John B. Scofield, Jr | on behalf of Creditor Dana Duggan jbs@caddellchapman.com |
| John B. Scofield, Jr | on behalf of Creditor Richard Lee Smith Jr. jbs@caddellchapman.com |
| John D. Gaither | on behalf of Creditor Virginia Borrowers jgaither@neliganlaw.com rclark@neliganlaw.com;cperkins@neliganlaw.com |
| John D. Gaither | on behalf of Creditor Richard Lee Smith Jr. jgaither@neliganlaw.com, rclark@neliganlaw.com;cperkins@neliganlaw.com |
| John D. Gaither | on behalf of Creditor Dana Duggan jgaither@neliganlaw.com rclark@neliganlaw.com;cperkins@neliganlaw.com |
| Michael Allen Caddell | on behalf of Creditor Richard Lee Smith Jr. mac@caddellchapman.com, kek@caddellchapman.com;cbc@caddellchapman.com |
| Michael Allen Caddell | on behalf of Creditor Dana Duggan mac@caddellchapman.com kek@caddellchapman.com;cbc@caddellchapman.com |
| Patrick J. Neligan, Jr. | on behalf of Plaintiff Dowin Coffy pneligan@neliganlaw.com rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com |
| Patrick J. Neligan, Jr. | on behalf of Plaintiff Gloria Turnage pneligan@neliganlaw.com rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com |
| Patrick J. Neligan, Jr. | on behalf of Plaintiff Marcella Singh pneligan@neliganlaw.com rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com |
| Patrick J. Neligan, Jr. | on behalf of Creditor Richard Lee Smith Jr. pneligan@neliganlaw.com, rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com |
| Patrick J. Neligan, Jr. | on behalf of Plaintiff George Hengle pneligan@neliganlaw.com rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com |
| Patrick J. Neligan, Jr. | on behalf of Creditor Virginia Borrowers pneligan@neliganlaw.com rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com |
| Patrick J. Neligan, Jr. | on behalf of Creditor Dana Duggan pneligan@neliganlaw.com rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com |
| Patrick J. Neligan, Jr. | on behalf of Plaintiff Lula Williams pneligan@neliganlaw.com rclark@neliganlaw.com;jgaither@neliganlaw.com;cperkins@neliganlaw.com;rclark@ecf.courtdrive.com |
| Robert Luke Graham | on behalf of Creditor United States (IRS) robert.l.graham@usdoj.gov Southwestern.Taxcivil@usdoj.gov |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 23