| | |
|---|---|
| Patrick J. Neligan, Jr. | Kristi C. Kelly, |
| State Bar. No. 14866000 | Admitted *pro hac vice* |
| John D. Gaither | Andrew J. Guzzo, |
| State Bar No. 24055516 | Admitted *pro hac vice* |
| NELIGAN LLP | KELLY GUZZO, PLC |
| 4851 LBJ Freeway, Suite 700 | 3925 Chain Bridge Road, Suite 202 |
| Dallas, Texas 75244 | Fairfax, VA 22030 |
| Telephone: 214-840-5300 | (703) 424-7572 - Telephone |
| pneligan@neliganlaw.com | (703) 591-0167 - Facsimile |
| jgaither@neliganlaw.com | Email: kkelly@kellyguzzo.com |
| | Email: aguzzo@kellyguzzo.com |

*Counsel for the Virginia Borrowers*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| MATTHEW MARTORELLO | § | CASE NO. 24-90016-mxm-11 |
| | § | |
| DEBTOR | § | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the *Virginia Borrowers' Motion For Recognition Of Class Proof Of Claim Pursuant To Rule 7023 And 9014* [Docket No. 76] is scheduled for Wednesday, January 15, 2025 at 1:30 p.m.. (Central Time) before the Honorable Mark X. Mullin, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, Room 128, U.S. Courthouse, 501 West Tenth Street, Fort Worth, Texas 76102.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/mullin

Meeting Number: 2310 650 8783

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Access Code: 2310 650 8783

WebEx Hearing Instructions may be obtained from Judge Mullin's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-mullin-hearing-dates.

Dated:  December 10, 2024

| | |
|---|---|
| */s/ Patrick J. Neligan, Jr.* <br> Patrick J. Neligan, Jr. <br> State Bar. No. 14866000 <br> John D. Gaither <br> State Bar No. 24055516 <br> NELIGAN LLP <br> 4851 LBJ Freeway, Suite 700 <br> Dallas, Texas 75244 <br> Telephone: 214-840-5300 <br> pneligan@neliganlaw.com <br> jgaither@neliganlaw.com | */s/ Andrew J. Guzzo* <br> Kristi C. Kelly, admitted *pro hac vice* <br> Andrew J. Guzzo, admitted *pro hac vice* <br> KELLY GUZZO, PLC <br> 3925 Chain Bridge Road, Suite 202 <br> Fairfax, VA 22030 <br> (703) 424-7572 - Telephone <br> (703) 591-0167 - Facsimile <br> Email: kkelly@kellyguzzo.com <br> Email: aguzzo@kellyguzzo.com <br><br> *Counsel for the Virginia Borrowers* |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was served via the Court's ECF system on December 10, 2024.

*/s/ Patrick J. Neligan, Jr.*
Patrick J. Neligan, Jr.